EXHIBIT 

# Apartment Lease Contract

Date of Lease Contract: **June 28, 2016**
(when the Lease Contract is filled out)

*This is a binding document. Read carefully before signing.*

## Moving In — General Information

**1. PARTIES.** This Lease Contract (sometimes referred to as the "lease") is between *you*, the resident(s) (*list all people signing the Lease Contract*):
**Laura Frechette**

and *us*, the owner:
**BEL Calibre Holdings, LLC**

(*name of apartment community or title holder*). You've agreed to rent Apartment No. **86-103**, at **586 Calibre Crest Parkway #103** (*street address*) in **Altamonte Springs** (*city*), Florida, **32714** (*zip code*)for use as a private residence only. The terms "you" and "your" refer to all residents listed above. The terms "we," "us," and "our" refer to the owner listed above (or any of owner's successors' in interest or assigns). Written notice to us from our managers constitutes notice to us or from us. If anyone else has guaranteed performance of this Lease Contract, a separate Lease Contract Guaranty for each guarantor is attached.

The ☐ Owner or ☒ Manager of these apartments is **Greystar**

whose address is **315 E Robinson St Suite 555 Orlando, Florida 32801**. Such person or company is authorized to receive notices and demands in the landlord's behalf.

A lease termination notice must be given in writing. Notice to the landlord must be delivered to the management office at the apartment community or any other address designated by management as follows: **599 Calibre Crest Parkway, Altamonte Springs, Florida 32714**
Notice to the tenant must be delivered to the Resident's address as shown above.

**2. OCCUPANTS.** The apartment will be occupied only by you and (*list all other occupants not signing the Lease Contract*):

No one else may occupy the apartment. Persons not listed above must not stay in the apartment for more than **14** consecutive days without our prior written consent, and no more than twice that many days in any one month. *If the previous space isn't filled in, two days per month is the limit.*

**3. LEASE TERM AND TERMINATION NOTICE REQUIREMENTS.** The initial term of the Lease Contract begins on the **28th** day of **June**, **2016**, and ends at midnight the **27th** day of **September**, **2017**. This Lease Contract will automatically renew month-to-month unless either party gives at least **60** days' written notice of termination or intent to move-out as required by this paragraph and paragraph 37. If the number of days isn't filled in, at least 30 days' notice is required. In the event you fail to provide us with the required number of days' written notice of termination and intent to vacate coinciding with the lease expiration date, as required by this paragraph and paragraph 37, you acknowledge and agree that you shall be liable to us for liquidated damages in the sum of $ **935.00** (equal to one month's rent) in accordance with Fla. Stat. §83.575(2). This liquidated damages amount is exclusive to insufficient notice under this paragraph and paragraph 37, and does not limit collection rights with respect to other amounts potentially owed to us. If the lease term is not a month-to-month tenancy, we must notify you with written notice no later than **60** days before the end of the lease term if the lease will not be renewed

**Month-to-Month Tenancies:** In the event this Lease Contract renews on a month-to-month basis, you must pay the amount of rent we charge at the time the month-to-month tenancy commences plus applicable fees and/or premiums. We may change your rent at any time thereafter during a month-to-month tenancy by giving you no less than 30 days' written notice. You will be required to abide by all notice requirements set forth in the lease and remain liable to pay all other applicable charges due under the lease during your month-to-month tenancy unless specifically changed in writing. All sums due under this paragraph shall be additional rent. We may require you to sign an addendum written for month-to-month tenants. Either party may terminate a month-to-month tenancy by giving the other party written notice no later than 15 days' prior to the end of the monthly rental period. If you fail to provide us at least 15 days' written notice to terminate a month-to-month tenancy prior to the end of the monthly rental period, you shall be liable to us for an additional 1 month's rent.

**4. SECURITY DEPOSIT.** Unless modified by addenda, the total security deposit at the time of execution of this Lease Contract for all residents in the apartment is $ **0.00**, due on or before the date this Lease Contract is signed.

Any security deposit or advance rent you paid is being held in one of the following three ways as indicated below [Landlord check one option]:

☒ 1. In a separate NON-INTEREST bearing account for your benefit in the following bank: **Bank of America**

whose address is **Altamonte Springs, Florida**
; OR

☐ 2. In a separate INTEREST bearing account for your benefit in the following bank:

whose address is

If an interest bearing account, you will be entitled to receive and collect interest in an amount of at least 75 percent of the annualized average interest rate payable on such account or interest at the rate of 5 percent per year, simple interest, whichever the landlord elects.

☐ 3. In a commingled account at the following bank

whose address is

provided that the landlord posts a surety bond with the county or state, as required by law, and pays you interest on your security deposit or advance rent at the rate of 5 percent per year simple interest.

Initials of Resident. Resident acknowledges receiving a copy of F.S. 83.49(2)(d) which provides as follows:

YOUR LEASE REQUIRES PAYMENT OF CERTAIN DEPOSITS. THE LANDLORD MAY TRANSFER ADVANCE RENTS TO THE LANDLORD'S ACCOUNT AS THEY ARE DUE AND WITHOUT NOTICE. WHEN YOU MOVE OUT, YOU MUST GIVE THE LANDLORD YOUR NEW ADDRESS SO THAT THE LANDLORD CAN SEND YOU NOTICES REGARDING YOUR DEPOSIT. THE LANDLORD MUST MAIL YOU NOTICE, WITHIN 30 DAYS AFTER YOU MOVE OUT, OF THE LANDLORD'S INTENT TO IMPOSE A CLAIM AGAINST THE DEPOSIT. IF YOU DO NOT REPLY TO THE LANDLORD STATING YOUR OBJECTION TO THE CLAIM WITHIN 15 DAYS AFTER RECEIPT OF THE LANDLORD'S NOTICE, THE LANDLORD WILL COLLECT THE CLAIM AND MUST MAIL YOU THE REMAINING DEPOSIT, IF ANY.

IF THE LANDLORD FAILS TO TIMELY MAIL YOU NOTICE, THE LANDLORD MUST RETURN THE DEPOSIT BUT MAY LATER FILE A LAWSUIT AGAINST YOU FOR DAMAGES. IF YOU FAIL TO TIMELY OBJECT TO A CLAIM, THE LANDLORD MAY COLLECT FROM THE DEPOSIT, BUT YOU MAY LATER FILE A LAWSUIT CLAIMING A REFUND.

YOU SHOULD ATTEMPT TO INFORMALLY RESOLVE ANY DISPUTE BEFORE FILING A LAWSUIT. GENERALLY, THE PARTY IN WHOSE FAVOR A JUDGMENT IS RENDERED WILL BE AWARDED COSTS AND ATTORNEY FEES PAYABLE BY THE LOSING PARTY.

THIS DISCLOSURE IS BASIC. PLEASE REFER TO PART II OF CHAPTER 83, FLORIDA STATUTES, TO DETERMINE YOUR LEGAL RIGHTS AND OBLIGATIONS.

**5. KEYS AND FURNITURE.** You will be provided **2** apartment key(s), **2** mailbox key(s), and **0** other access devices for ____. Your apartment will be [*check one*]: ☐ furnished or ☒ unfurnished. See paragraph 9, Locks and Latches.

**6. RENT AND CHARGES.** Unless modified by addenda, you will pay $ **935.00** per month for rent, payable in advance and without demand:

☒ at the on-site manager's office, or
☐ at our online payment site, or
☐ at ____

Prorated rent of $ **93.50** is due for the remainder of [*check one*]: ☒ 1st month or ☐ 2nd month, on **June 28**, **2016**.

Otherwise, you must pay your rent on or before the 1st day of each month (due date) with no grace period. Cash is unacceptable without our prior written permission. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums in cash, certified or cashier's check, money order, or one monthly check rather than multiple checks. If you don't pay all rent on or before the **3rd** day of the month, you'll pay an initial late charge of $ **10%** plus a late charge of $ **0.00** per day after that date until paid in full. Late charges will not exceed **0628201609030l1FL13012350**

Laura Frechette
© 2014, National Apartment Association, Inc. - 9/2014, Florida

15 days for any single month's rent. You  lso pay a charge of $____50.00____ for each returned che.. or rejected electronic payment, plus initial and daily late charges from due date until we receive acceptable payment. If you don't pay rent on time, you'll be delinquent and all remedies under this Lease Contract will be authorized. We'll also have all other remedies for such violation.

We and you agree that the failure to pay rent timely or the violation of the animal restrictions results in added administrative expenses and added costs to us, the same as if we had to borrow money to pay the operating costs of the property necessary to cover such added costs. We both agree that the late fee and animal violations provisions are intended to be liquidated damages since the added costs of late payments and damages in such instances are difficult to determine. We also both agree that the amount of late rent and animal violation fees charged are reasonable estimates of the administrative expenses, costs, and damages we would incur in such instances.

All of the foregoing charges will be considered to be additional rent.

**7. UTILITIES.** We'll pay for the following items, if checked:
☐ water ☐ gas ☐ electricity ☐ master antenna.
☐ wastewater☐ trash ☐ cable TV ☐other _____
You'll pay for all other utilities, related deposits, and any charges, fees, or services on such utilities. You must not allow utilities to be disconnected— including disconnection for not paying your bills—until the lease term or renewal period ends. Cable channels that are provided may be changed during the lease term if the change applies to all residents. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery-operated lighting. If any utilities are submetered for the apartment, or prorated by an allocation formula, we will attach an addendum to this Lease Contract in compliance with state agency rules or city ordinance. Resident shall not heat the apartment using gas-operated stoves or ovens which were intended for use in cooking.

Where lawful, all utilities, charges and fees of any kind under this lease shall be considered additional rent, and if partial payments are accepted by the Landlord, they will be allocated first to non-rent charges and to rent last. Failure to maintain utilities as required herein is a material violation of the Lease and may result in termination of tenancy, eviction and/or any other remedies under the Lease and Florida law.

**8. INSURANCE.** We do not maintain insurance to cover your personal property or personal injury. We are not responsible to any resident, guest, or occupant for damage or loss of personal property or personal injury

from (including but r  nited to) fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, l.., ..ning, wind, explosions, earthquake, interruption of utilities, theft, hurricane, negligence of other residents, occupants, or invited/uninvited guests or vandalism unless otherwise required by law.

We urge you at any time ask us to: your own insurance for losses to your personal property and/or personal injuries due to theft, fire, rain, flood, hurricane, wind damage, water damage, pipe leaks and the like.

Additionally, you are [check one] ☐ required to purchase personal liability insurance ☐ not required to purchase personal liability insurance. If no box is checked, personal liability insurance is not required. If required, failure to maintain personal liability insurance is an incurable breach of this Lease Contract and may result in the termination of tenancy and eviction and/or any other remedies as provided by this Lease Contract or state law.

**9. LOCKS AND LATCHES.** Keyed lock(s) will be rekeyed after the prior resident moves out. The rekeying will be done either before you move in or, if the apartment has a keyless deadbolt on each exterior door, within 10 days after you move in.

You may at any time ask us to: (1) install one keyed deadbolt lock on an exterior door if it does not have one; (2) install a bar and/or sliding door pinlock on each sliding glass door; (3) install one keyless deadbolt on each exterior door; (4) install one doorviewer on each exterior door; and (5) change or rekey locks or latches during the lease term. We must comply with those requests, but you must pay for them.

**What You Are Now Requesting.** You now request the following to be installed at your expense (if one is not already installed), subject to any statutory restrictions on what you may request.

☒ keyed deadbolt lock    ☒ doorviewer
☐ keyless deadbolt        ☒ sliding door pinlock
☐ sliding door bar

**Payment for Rekeying, Repairs, Etc.** You must pay for all repairs or replacements arising from misuse or damage to devices by you or your family, occupants, or guests during your occupancy. You may be required to pay in advance if we notify you within a reasonable time after your request that you are more than 30 days delinquent in reimbursing us for repairing or replacing a device which was misused or damaged by you, your guest or an occupant; or if you have requested that we repair, install, change or rekey the same device during the 30 days preceding your request and we have complied with your request.

---

| Special Provisions and "What If" Clauses |
| --- |

**10. SPECIAL PROVISIONS.** The following special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Lease Contract and will supersede any conflicting provisions of this printed Lease Contract form.

___See special provisions on the last page___
_____
_____
_____

See any additional special provisions.

**11. EARLY MOVE-OUT.** Unless modified by an addendum, if you:

(1) move out without paying rent in full for the entire Lease Contract term or renewal period; or
(2) move out at our demand because of your default; or
(3) are judicially evicted.

You will be liable for all rent owed at the time and as it becomes due under the terms of your lease agreement until the apartment is re-rented.

**12. REIMBURSEMENT.** You must promptly reimburse us for loss, damage, government fines, or cost of repairs or service in the apartment or apartment community due to a violation of the Lease Contract or rules, improper use, or negligence by you or your guests or occupants. *Unless the damage or wastewater stoppage is due to our negligence, we're not liable for—and you must pay for—repairs, replacement costs, and damage to the following if occurring during the lease term or renewal period:* (1) damage to doors, windows, screens, or any other property damage to the apartment or the premises; (2) damage from windows or doors left open; and (3) damage from wastewater stoppages caused by improper objects in lines exclusively serving your apartment. We may require payment at any time, including advance payment of repairs for which you're liable. Delay in demanding sums you owe is not a waiver.

**13. CONTRACTUAL LIEN AND PROPERTY LEFT IN APARTMENT.** All property in the apartment or common areas associated with the apartment is (unless exempt under state statute) subject to a contractual lien to secure payment of delinquent rent. The lien will attach to your property or your property will be subject to the lien at the time you surrender possession or abandon the premises. For this purpose, "apartment" includes common areas associated with the apartment and interior living areas and exterior patios, balconies, attached garages, and storerooms for your exclusive use.

**Removal After Surrender or Abandonment.** We or law officers may, at our discretion, remove, dispose and/or store all property remaining in the apartment or in common areas (including any vehicles you or any occupant or guest owns or uses) if you surrender, are judicially evicted, or abandon the apartment (see definitions in paragraph 43).

THE LANDLORD IS NOT REQUIRED TO COMPLY WITH s. 715.104. BY SIGNING THIS RENTAL AGREEMENT, THE TENANT AGREES

THAT UPON SURRENDER, ABANDONMENT, OR RECOVERY OF POSSESSION OF THE DWELLING UNIT DUE TO THE DEATH OF THE LAST REMAINING TENANT, AS PROVIDED BY CHAPTER 83, FLORIDA STATUTES, THE LANDLORD SHALL NOT BE LIABLE OR RESPONSIBLE FOR STORAGE OR DISPOSITION OF THE TENANT'S PERSONAL PROPERTY.

*Storage.* We may store, but have no duty to store, property removed after surrender, eviction, or abandonment of the apartment. We're not liable for casualty loss, damage, or theft except for property removed under a contractual lien. You must pay reasonable charges for our packing, removing, storing, and selling any property.

**14. FAILING TO PAY RENT.** If you don't pay the first month's rent when or before the Lease Contract begins, or any other rent due under this lease we may end your right of occupancy and recover damages, attorney's fees, court costs, and other lawful charges.

**15. RENT INCREASES AND LEASE CONTRACT CHANGES.** No rent increases or Lease Contract changes are allowed before the initial Lease Contract term ends, except for changes allowed by special provisions in paragraph 10, by a written addendum or amendment signed by you and us, or by reasonable changes of apartment rules allowed under paragraph 18. If, at least 5 days before the advance notice deadline referred to in paragraph 3, we give you written notice of rent increases or lease changes effective when the lease term or renewal period ends, this Lease Contract will automatically continue month-to-month with the increased rent or lease changes. The new modified Lease Contract will begin on the date stated in the notice (without necessity of your signature) unless you give us written move-out notice under paragraph 37.

**16. DELAY OF OCCUPANCY.** If occupancy is or will be delayed for construction, repairs, cleaning, or a previous resident's holding over, we're not responsible for the delay. The Lease Contract will remain in force subject to: (1) abatement of rent on a daily basis during delay; and (2) your right to terminate as set forth below. Termination notice must be in writing. After termination, you are entitled only to refund of deposit(s) and any rent paid. Rent abatement or Lease Contract termination does not apply if delay is for cleaning or repairs that don't prevent you from occupying the apartment.

If there is a delay and we haven't given notice of delay as set forth immediately below, you may terminate up to the date when the apartment is ready for occupancy, but not later.

(1) If we give written notice to any of you when or after the initial term as set forth in Paragraph 3—and the notice states that occupancy has been delayed because of construction or a previous resident's holding over, and that the apartment will be ready on a specific date —you may terminate the Lease Contract within 3 days of your receiving the notice, but not later.
(2) If we give written notice to any of you before the initial term as set forth in Paragraph 3 and the notice states that construction delay is expected and that the apartment will be ready for you to occupy on a specific date, you may terminate the Lease Contract within 7

0628201609030 2FL13012350

days after any of you receives written n    ', but not later. The readiness date is considered the new ini..    term as set forth in Paragraph 3 for all purposes. This new date may not be moved to an earlier date unless we and you agree.

**17. DISCLOSURE RIGH**    If someone requests information on you or your rental history fo    .aw-enforcement, governmental, or business purposes, we may provide it.

---

## While You're Living in the Apartment

**18. COMMUNITY POLICIES OR RULES.** You and all guests and occupants must comply with any written apartment rules and community policies, including instructions for care of our property. Our rules are considered part of this Lease Contract. We may make reasonable changes to written rules, effective immediately, if they are distributed and applicable to all units in the apartment community and do not change dollar amounts on page 1 of this Lease Contract.

**19. LIMITATIONS ON CONDUCT.** The apartment and other areas reserved for your private use must be kept clean. Trash must be disposed of at least weekly in appropriate receptacles in accordance with local ordinances. Passageways may be used only for entry or exit. Any swimming pools, saunas, spas, tanning beds, exercise rooms, storerooms, laundry rooms, and similar areas must be used with care in accordance with apartment rules and posted signs. Glass containers are prohibited in all common areas. You, your occupants, or guests may not anywhere in the apartment community: use candles or use kerosene lamps or kerosene heaters without our prior written approval; cook on balconies or outside; or solicit business or contributions. Conducting any kind of business (including child care services) in your apartment or in the apartment community is prohibited—except that any lawful business conducted "at home" by computer, mail, or telephone is permissible if customers, clients, patients, or other business associates do not come to your apartment for business purposes. We may regulate: (1) the use of patios, balconies, and porches; (2) the conduct of furniture movers and delivery persons; and (3) recreational activities in common areas. You'll be liable to us for damage caused by you or any guests or occupants.

We may exclude, and/or "No Trespass" from the apartment community guests or others who, in our judgment, have been violating the law, violating this Lease Contract or any apartment rules, or disturbing other residents, neighbors, visitors, or owner representatives. We may also exclude from any outside area or common area a person who refuses to show photo identification or refuses to identify himself or herself as a resident, occupant, or guest of a specific resident in the community. Tenant agrees that landlord reserves the right to trespass any non-tenant from the leased premises and common areas.

You agree to notify us if you or any occupants are convicted of any felony, or misdemeanor involving a controlled substance, violence to another person or destruction of property. You also agree to notify us if you or any occupant registers as a sex offender in any state. Informing us of criminal convictions or sex offender registry does not waive our right to evict you.

**20. PROHIBITED CONDUCT.** You and your occupants or guests may not engage in the following activities: behaving in a loud or obnoxious manner; disturbing or threatening the rights, comfort, health, safety, or convenience of others (including our agents and employees) in or near the apartment community; disrupting our business operations; manufacturing, delivering, possessing with intent to deliver, or otherwise possessing a controlled substance or drug paraphernalia; engaging in or threatening violence; possessing a weapon prohibited by state law; discharging a firearm in the apartment community; displaying or possessing a gun, knife, or other weapon in the common area in a way that may alarm others; engaging in criminal activity that threatens the health, safety, or right to peaceful enjoyment of others in or near the apartment community (regardless of arrest or conviction); storing anything in closets having gas appliances; tampering with utilities or telecommunications; bringing hazardous materials into the apartment community; or injuring our reputation by making bad faith allegations against us to others.

**21. PARKING.** We may regulate the time, manner, and place of parking cars, trucks, motorcycles, bicycles, boats, trailers, recreational vehicles, and storage devices by anyone. We may have unauthorized or illegally parked vehicles towed under an appropriate statute. A vehicle is unauthorized or illegally parked in the apartment community if it:
(1) has a flat tire or other condition rendering it inoperable; or
(2) is on jacks, blocks or has wheel(s) missing; or
(3) has no current license or no current inspection sticker; or
(4) takes up more than one parking space; or
(5) belongs to a resident or occupant who has surrendered or abandoned the apartment; or
(6) is parked in a marked handicap space without the legally required handicap insignia; or
(7) is parked in space marked for manager, staff, or guest at the office; or .
(8) blocks another vehicle from exiting; or
(9) is parked in a fire lane or designated "no parking" area; or
(10) is parked in a space marked for other resident(s) or unit(s); or
(11) is parked on the grass, sidewalk, or patio; or
(12) blocks garbage trucks from access to a dumpster.

**22. RELEASE OF RESIDENT.** Unless you're entitled to terminate this Lease Contract under paragraphs 10, 16, 23, 31, 37, or by separate addendum, you won't be released from this Lease Contract for any reason—including but not limited to voluntary or involuntary school withdrawal or transfer, voluntary or involuntary job transfer, marriage, separation, divorce, reconciliation, loss of co-residents, loss of employment, bad health, or death.

**23. MILITARY PERSONNEL CLAUSE.** Any "servicemember" as defined in Fla. Stat. §83.43(14) and Fla. Stat. §250.01 may terminate his or her lease by providing us with written notice of termination to be effective on the date stated in the notice that is at least 30 days after our receipt of the notice if the criteria as specified in Fla. Stat. §83.682 are met. Your notice to us must be accompanied by either a copy of the official military orders

or a written verification signed by the servicemember's commanding officer.

After your move out, we'll return your security deposit, less lawful deductions. If you or any co-resident is a dependant of a servicemember covered by the U.S. Servicemembers Civil Relief Act, this Lease Contract may not be terminated under this paragraph without applying to a court and showing that your ability to comply with the Lease Contract is materially affected by reason of the servicemember's military service. Upon termination of the lease under this paragraph, the tenant is liable for prorated rent due through the effective date of the termination payable at such time as would have otherwise been required by the terms of the lease. The tenant is not liable for any other rent or damages due to the early termination of the tenancy as provided for in this paragraph.

**24. RESIDENT SAFETY AND PROPERTY LOSS.** You and all occupants and guests must exercise due care for your own and others' safety and security, especially in the use of smoke detectors, keyed deadbolt locks, keyless bolting devices, window latches, and other safety or security devices. You agree to make every effort to follow the Security Guidelines on page 6. Upon termination of the lease under this paragraph, the tenant is liable for prorated rent due through the effective date of the termination payable at such time as would have otherwise been required by the terms of the lease. The tenant is not liable for any other rent or damages due to the early termination of the tenancy as provided for in this paragraph.

**Smoke Detectors.** We'll furnish smoke detectors as required by statute and we'll test them and provide working batteries when you first take possession. After that, you must pay for and replace batteries as needed, unless the law provides otherwise. We may replace dead or missing batteries at your expense, without prior notice to you. You must immediately report smoke detector malfunctions to us. Neither you nor others may disable smoke detectors. If you damage or disable the smoke detector or remove a battery without replacing it with a working battery, you may be liable to us under state statute for $100 plus one month's rent, actual damages, and attorney's fees. If you disable or damage the smoke detector, or fail to replace a dead battery or report malfunctions to us, you will be liable to us and others for any loss, damage, or fines from fire, smoke, or water.

**Casualty Loss.** We're not liable to any resident, guest, or occupant for personal injury or damage or loss of personal property from any cause, including but not limited to: fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, theft, or vandalism unless otherwise required by law. *We have an duty to remove any ice, water, sleet, or snow but may remove any amount with or without notice.* Unless we instruct otherwise, you must—for 24 hours a day during freezing weather—(1) keep the apartment heated to at least 50 degrees; (2) keep cabinet and closet doors open; and (3) drip hot and cold water faucets. You'll be liable for damage to our and others' property if damage is caused by broken water pipes due to your violating these requirements. If you ask our representatives to perform services not contemplated in this Lease Contract, you will indemnify us and hold us harmless from all liability for those services.

**Crime or Emergency.** Dial 911 or immediately call local medical emergency, fire, or police personnel in case of accident, fire, smoke, or suspected criminal activity or other emergency involving imminent harm. You should then contact our representative. You won't treat any of our security measures as an express or implied warranty of security, or as a guarantee against crime or of reduced risk of crime. Unless otherwise provided by law, we're not liable to you or any guests or occupants for injury, damage, or loss to person or property caused by criminal conduct of other persons, including theft, burglary, assault, vandalism, or other crimes. We're not obliged to furnish security personnel, security lighting, security gates or fences, or other forms of security unless required by statute. We're not responsible for obtaining criminal-history checks on any residents, occupants, guests, or contractors in the apartment community. If you or any occupant or guest is affected by a crime, you must make a written report to our representative and to the appropriate local law-enforcement agency. You must also furnish us with the law-enforcement agency's incident report number upon request.

**Fire Protection.** Please check only one box: ☐ Fire protection is NOT available or ☒ Fire protection IS AVAILABLE. Description of fire protection available (not applicable unless the box is checked):

☐ Sprinkler System in apartment
☐ Sprinkler System in common areas
☒ Smoke detector
☐ Carbon monoxide detector
☒ Fire extinguisher
☐ Other (Describe): _____

**Building, Housing, or Health Codes.** We will comply with the requirements of applicable building, housing, and health codes. If there are no applicable building, housing, or health codes, we will maintain the roofs, windows, screens, doors, floors, steps, porches, exterior walls, foundations, and all other structural components in good repair and capable of resisting normal forces and loads, and the plumbing in reasonable working condition. However, we are not responsible for the repair of conditions created or caused by the negligent or wrongful act or omission of you, a member of your family, or any other person on the premises, in the apartment, or in the common areas of the apartment community with your consent.

**0628201 6090303FL13012350**

---

25. **CONDITION OF THE PREMISES AND ALTERATIONS.** You accept the apartment, fixtures, and furniture as is, except for conditions materially affecting the health or safety of ordinary persons. We disclaim all implied warranties. You'll be given an Inventory and Condition form on or before move-in. You must note on the form all defects or damage and return it to our representative. Otherwise, everything will be considered to be in a clean, safe, and good working condition.

You must use customary diligence in maintaining the apartment and not damaging or littering the common areas. Unless authorized by statute or by us in writing, you must not perform any repairs, painting, wallpapering, carpeting, electrical changes, or otherwise alter our property. No holes or stickers are allowed inside or outside the apartment. But we'll permit a reasonable number of small nail holes for hanging pictures on sheetrock walls and in grooves of wood-paneled walls, unless our rules state otherwise. No water furniture, washing machines, additional phone or TV-cable outlets, alarm systems, or lock changes, additions, or rekeying is permitted unless statutorily allowed or we've consented in writing. You may install a satellite dish or antenna provided you sign our satellite dish or antenna lease addendum which complies with reasonable restrictions allowed by federal law. You agree not to alter, damage, or remove our property, including alarm systems, smoke detectors, furniture, telephone and cable TV wiring, screens, locks, and security devices. When you move in, we'll supply light bulbs for fixtures we furnish, including exterior fixtures operated from inside the apartment; after that, you'll replace them at your expense with bulbs of the same type and wattage. Your improvements and/or added fixtures to the apartment (whether or not we consent) become ours unless we agree otherwise in writing.

**Pest Control.** We will make reasonable provisions for the extermination of rats, mice, roaches, ants, wood destroying organisms, and bed bugs. If you are required to vacate the premises for such extermination, we shall not be liable for damages, but rent shall be abated. If you are required to vacate in order to perform pest control or extermination services, you will be given seven (7) days written notice of the necessity to vacate, and you will not be required to vacate for more than four (4) days. We may still enter your apartment as provided in Paragraph 28 of this Lease and F.S. 83.53 or upon 12 hours notice to perform pest control or extermination services which do not require you to vacate the premises. You must comply with all applicable provisions of building, housing and health codes and maintain the apartment and adjacent common areas in a clean and sanitary manner. You must properly dispose of and promptly remove all of your garbage so as to prevent foul odors, unsanitary conditions, or infestation of pests and vermin in your apartment, adjacent common areas (such as breezeways), and other common areas of the apartment community.

**Waterbeds.** You are allowed to have a waterbed or flotation bedding systems provided it complies with any applicable building codes and provided that you carry flotation or renter's insurance which covers any damages which occur as a result of using the waterbed or flotation bedding system. You must provide us with a copy of the policy upon request. You must also name us as an additional insured at your request.

26. **REQUESTS, REPAIRS, AND MALFUNCTIONS.** IF YOU OR ANY OCCUPANT NEEDS TO SEND A NOTICE OR REQUEST—FOR EXAMPLE, FOR REPAIRS, INSTALLATIONS, SERVICES, OR SECURITY-RELATED MATTERS—IT MUST BE SIGNED AND IN WRITING TO OUR DESIGNATED REPRESENTATIVE (except in case of fire, smoke, gas, explosion, overflowing sewage, uncontrollable running water, electrical shorts, or crime in progress). Our written notes on your oral request do not constitute a written request from you.

Our complying with or responding to any oral request regarding security or non-security matters doesn't waive the strict requirement for written notices under this Lease Contract. You must promptly notify us in writing of: water leaks; electrical problems; malfunctioning lights; broken or missing locks or latches; and other conditions that pose a hazard to property, health, or safety. We may change or install utility lines or equipment serving the apartment if the work is done reasonably without substantially increasing your utility costs. We may turn off equipment and interrupt utilities as needed to avoid property damage or to perform work. If utilities malfunction or are damaged by fire, water, or similar cause, you must notify our representative immediately. Air conditioning problems are not emergencies. If air conditioning or other equipment malfunctions, you must notify our representative as soon as possible on a business day. We'll act with customary diligence to make repairs and reconnections. *Rent will not abate in whole or in part.*

If we believe that fire, catastrophic damage, extermination issues, mold and mildew or any habitability issues whatsoever is substantial, or that performance of needed repairs poses a hazard to you, we may terminate this Lease Contract within a reasonable time by giving you written notice.

27. **ANIMALS.** No animals (including mammals, reptiles, birds, fish, rodents and insects) are allowed, even temporarily, anywhere in the apartment or apartment community unless we've so authorized in writing. If we allow an animal, you must sign a separate animal addendum, which may require additional deposits, rents, fees or other charges. An animal deposit is considered a general security deposit. You must remove an illegal animal within 24 hours of notice from us, or you will be considered in default of this Lease Contact. We will authorize a support animal for a disabled (handicapped) person. We may require a written statement from a qualified professional verifying the need for the support animal. You must not feed stray or wild animals.

If you or any guest or occupant violates animal restrictions (with or without your knowledge), you'll be subject to charges, damages, eviction, and other remedies provided in this Lease Contract. If an animal has been in the apartment at any time during your term of occupancy (with or without our consent), we'll charge you for defleaing, deodorizing, and shampooing. Initial and daily animal-violation charges and animal-removal charges are liquidated damages for our time, inconvenience, and overhead (except for attorney's fees and litigation costs) in enforcing animal restrictions and rules. We may remove an unauthorized animal by (1) leaving, in a conspicuous place in the apartment, a 24-hour written notice of intent to remove the animal, and (2) following the procedures of paragraph 28. We may keep or kennel the animal or turn it over to a humane society or local authority. When keeping or kenneling an animal, we won't be liable for loss, harm, sickness, or death of the animal unless due to our negligence. We'll return the animal to you upon request if it has not already been removed due to a humane society or local authority. You must pay for the animal's reasonable care and kenneling charges. We have no lien on the animal for any purpose.

28. **WHEN WE MAY ENTER.** Pursuant to Fla. Stat. §83.53, we may enter the dwelling unit at any time for the protection or preservation of the premises, in the case of an emergency, or if you unreasonably withhold consent. If you or any guest or occupant is present, then repairers, servicers, contractors, our representatives or other persons listed in (2) below may peacefully enter the apartment at reasonable times for the purposes listed in (2) below. If nobody is in the apartment, then such persons may enter peacefully and at reasonable times by duplicate or master key (or by breaking a window or other means when necessary in emergencies) if:

(1) we provide you with written notice to enter at least 12 hours prior to the entry to take place between the hours of 7:30 a.m. and 8:00 p.m.;

(2) entry is for: responding to your request; making repairs or replacements; estimating repair or refurbishing costs; performing pest control; doing preventive maintenance; changing filters; testing or replacing smoke-detector batteries; retrieving unreturned tools, equipment or appliances; preventing waste of utilities; exercising our contractual lien; leaving notices; delivering, installing, reconnecting, or replacing appliances, furniture, equipment, or security devices; removing or rekeying unauthorized security devices; removing unauthorized window coverings; stopping excessive noise; removing health or safety hazards (including hazardous materials), or items prohibited under our rules; removing perishable foodstuffs if your electricity is disconnected; removing unauthorized animals; cutting off electricity according to statute; retrieving property owned or leased by former residents; inspecting when immediate danger to person or property is reasonably suspected; allowing persons to enter as you authorized in your rental application (if you die, are incarcerated, etc.); allowing entry by a law officer with a search or arrest warrant, or in hot pursuit; showing apartment to prospective residents (after move-out or vacate notice has been given); or showing apartment to government inspectors for the limited purpose of determining housing and fire ordinance compliance by us and to lenders, appraisers, contractors, prospective buyers, or insurance agents.

29. **MULTIPLE RESIDENTS OR OCCUPANTS.** Each resident is jointly and severally liable for all lease obligations. If you or any guest or occupant violates the Lease Contract or rules, all residents are considered to have violated the Lease Contract. Our requests and notices (including sale notices) to any resident constitute notice to all residents and occupants. Notices and requests from any resident or occupant (including notices of lease termination, repair requests, and entry permissions) constitute notice from all residents. In eviction suits, each resident is considered the agent of all other residents in the apartment for service of process. Security-deposit refunds and deduction itemizations of multiple residents will comply with paragraph 42.

| Replacements |
|---|

30. **REPLACEMENTS AND SUBLETTING.** Replacing a resident, subletting, or assignment is allowed only when we consent in writing.

**Procedures for Replacement.** If we approve a replacement resident, then, at our option: (1) the replacement resident must sign this Lease Contract with or without an increase in the total security deposit; or (2) the remaining and replacement residents must sign an entirely new Lease

Contract. Unless we agree otherwise in writing, your security deposit will automatically transfer to the replacement resident as of the date we approve. The departing resident will no longer have a right to occupancy or a security deposit refund, but will remain liable for the remainder of the original Lease Contract term unless we agree otherwise in writing—even if a new Lease Contract is signed.

| Responsibilities of Owner and Resident |
|---|

31. **RESPONSIBILITIES OF OWNER.** We'll act with customary diligence to:

(1) keep common areas reasonably clean, subject to paragraph 25;
(2) maintain fixtures, furniture, hot water, heating and A/C equipment;
(3) substantially comply with applicable federal, state, and local laws regarding safety, sanitation, and fair housing; and

(4) make all reasonable repairs, subject to your obligation to pay for damages for which you are liable.

If we violate any of the above or other material provisions of the lease, you may terminate this Lease Contract and exercise other remedies under state statute only as follows:

**0628201609030 4FL13012350**

(a) you must make a written request for repair ntenance, or remedy of the condition to us, specifying how we ha.. failed to comply with Florida law or with the material provisions of this lease and indicating your intention to terminate the lease if the violation is not corrected within seven (7) days after delivery of the notice;

(b) after receiving the request, we have a reasonable time to repair or remedy the condition, considering the nature of the problem and the reasonable availability of materials, labor, and utilities;

(c) if our failure to comply with Florida law or material provisions of the rental agreement is due to causes beyond our control and we have made and continue to make every reasonable effort to correct the failure to comply, you may also exercise other statutory remedies.

All rent must be current at the time you give us notice of noncompliance.

32. **DEFAULT BY RESIDENT.** You'll be in default if you or any guest or occupant violates any terms of this Lease Contract including but not limited to the following violations: (1) you don't pay rent or other amounts that you owe when due; (2) you or any guest or occupant violates this Lease Contract, apartment rules, or fire, safety, health, or criminal laws, regardless of whether or where arrest or conviction occurs; (3) you abandon the apartment; (4) you give incorrect or false answers in a rental application; (5) you or any occupant is arrested, convicted, or given deferred adjudication for a felony offense involving actual or potential physical harm to a person, or involving possession, manufacture, or delivery of a controlled substance, marijuana, or drug paraphernalia under state statute; or (6) any illegal drugs or paraphernalia are found in your apartment.

**Termination of Rental Agreement - Your Failure to Pay Rent Due.** If you default by failing to pay rent when due and the default continues for three (3) days, not counting Saturday, Sunday, and court-observed legal holidays, after delivery of a written demand for payment of the rent or possession of the premises, we may terminate the rental agreement. Termination of this lease for non-payment of rent, or termination of your possession rights, filing of an action for possession, eviction, issuance of a writ of possession, or subsequent reletting doesn't release you from liability for future rent or other lease obligations.

**Termination of Rental Agreement - Your Failure to Comply with F.S. 83.52 or Material Provisions of the Lease.**

(1) If you default by materially failing to comply with F.S. 83.52 or material provisions of this lease, the rules and regulations, or any addenda (other than failure to pay rent due), and the non-compliance is of a nature that YOU SHOULD NOT BE GIVEN AN OPPORTUNITY TO CURE or if your non-compliance CONSTITUTES A SECOND OR CONTINUING NON-COMPLIANCE WITHIN TWELVE (12) MONTHS OF A SIMILAR VIOLATION, we may terminate the lease by delivering written notice specifying the nature of the non-compliance and our intention to terminate the lease. Upon receiving such a lease termination notice without opportunity to cure or constituting a second violation within 12 months, you will have seven (7) days from delivery of the notice to vacate the apartment and premises. Examples of non-compliance which are without opportunity to cure include, but are not limited to, destruction, damage, or misuse of our or other resident's property by your intentional acts or a subsequent or continued unreasonable disturbance.

(2) If you default by materially failing to comply with F.S. 83.52 or material provisions of this lease, the rules and regulations, or any addenda (other than failure to pay rent due), and the non-compliance is of a nature that YOU SHOULD be given an opportunity to cure it, we may deliver a written notice to you specifying the nature of the non-compliance and notifying you that unless the non-compliance is corrected within seven (7) days of delivery of the notice, we may terminate the lease. If you fail to correct the viola within seven (7) days of receiving such notice or if you repeat s... conduct or conduct of a similar nature within a twelve (12) month period, we may terminate your lease without giving you any further opportunity to cure the non-compliance as provided above. Examples of non-compliance in which we will give you an opportunity to cure the violation include, but are not limited to, unauthorized pets, guests, or vehicles, parking in an unauthorized manner, or failing to keep the apartment and premises clean and sanitary. We will also have all rights under Florida law and this lease to tow or remove improperly parked vehicles in addition to our remedy of terminating the lease for such violations.

Termination of this lease for non-compliance with F.S. 83.52 or material provisions of the lease, termination of your possession rights, filing of an action for possession, eviction, issuance of a writ of possession, or subsequent reletting doesn't release you from liability for future rent or other lease obligations.

**Holdover.** You or any occupant, invitee, or guest must not hold over beyond the date contained in your move-out notice or our notice to vacate (or beyond a different move-out date agreed to by the parties in writing). If a holdover occurs, then: (1) holdover rent is due in advance on a daily basis and may become delinquent without notice or demand; (2) we may file a holdover eviction lawsuit pursuant to Fla. Stat. §83.58 to recover possession of the dwelling unit, double the amount of rent due for each day that you continue to holdover and refuse to surrender possession during the holdover period, breach of contract damages, attorney fees and court costs as may be applicable; or (3) at our option, we may extend the Lease Contract term—for up to one month from the date of notice of Lease Contract extension—by delivering written notice to you or your apartment while you continue to hold over.

**Other Remedies.** We may report unpaid amounts to credit agencies. If you default and move out early, you will pay us any amounts stated to be rental discounts in paragraph 10, in addition to other sums due. Upon your default, we have all other legal remedies under state statute. Unless a party is seeking exemplary, punitive, sentimental or personal-injury damages, the prevailing party may recover from the non-prevailing party attorney's fees and all other litigation costs. Late charges are liquidated damages for our time, inconvenience, and overhead in collecting late rent (but are not for attorney's fees and litigation costs). All unpaid amounts bear 18% interest per year from due date, compounded annually. You must pay all collection-agency fees if you fail to pay all sums due within 10 days after we mail you a letter demanding payment and stating that collection agency fees will be added if you don't pay all sums by that deadline. Unless modified by Addendum, you will also be liable for all of our actual damages related to your breach of the Lease Contract.

**Choice of Remedies and Mitigation of Damages.** If you move out early, you'll be subject to paragraph 11 and all other remedies. If we regain possession of the apartment as a result of your breach of the lease, or because you surrendered possession of the apartment, or because you abandoned possession of the apartment, or because we obtained possession through eviction proceedings, unless modified by Addendum, we may either (a) treat the lease as terminated and re-take possession FOR OUR OWN ACCOUNT; (b) re-take possession of the apartment FOR YOUR ACCOUNT and attempt in good faith to re-let it on your behalf; or (c) take no action to obtain possession or re-let the apartment and continue to collect rent from you as it comes due. If we take possession of the apartment for our own account, then you will have no further liability for rents under the remainder of the lease. If we take possession of the apartment for your account and attempt to re-let it, you will remain liable for the difference between the rental remaining due under the lease and the amount we are able to recover by making a good faith effort at re-letting the premises on your behalf. We are not required to make an election of which remedies we choose to pursue nor notify you of which remedies we will select.

## General Clauses

33. **MISCELLANEOUS.** Neither we nor any of our representatives have made any oral promises, representations, or agreements. This Lease Contract is the entire agreement between you and us. Our representatives (including management personnel, employees, and agents) have no authority to waive, amend, or terminate this Lease Contract or any part of it, unless in writing, and no authority to make promises, representations, or agreements that impose security duties or other obligations on us or our representatives unless in writing. No action or omission of our representative will be considered a waiver of any subsequent violation, default, or time or place of performance. Our not enforcing or belatedly enforcing written-notice requirements, rental due dates, liens, or other rights isn't a waiver under any circumstances. Except when notice or demand is required by statute, you waive any notice and demand for performance from us if you default. Written notice to or from our managers constitutes notice to or from us. Any person giving a notice under this Lease Contract should retain a copy of the memo, letter or fax that was given. Fax signatures are binding. All notices must be signed.

Exercising one remedy won't constitute an election or waiver of other remedies. Unless prohibited by law or the respective insurance policies, insurance subrogation is waived by all parties. All remedies are cumulative. No employee, agent, or management company is personally liable for any of our contractual, statutory, or other obligations merely by virtue of acting on our behalf. This Lease Contract binds subsequent owners. Neither an invalid clause nor the omission of initials on any page invalidates this Lease Contract. All notices and documents may be in English and, at our option, in any language that you read or speak. All provisions regarding our non-liability and non-duty apply to our employees, agents, and management companies. This Lease Contract is subordinate or superior to existing and future recorded mortgages, at lender's option. All Lease Contract obligations must be performed in the county where the apartment is located.

**RADON GAS:** We are required by Florida Statute 404.056(5) to give the following notification to you. "Radon is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon gas and radon testing may be obtained from your county health department."

WAIVER OF JURY TRIAL. To minimize legal expenses and, to the extent allowed by law, you and we agree that a trial of any lawsuit based on statute, common law, and/or related to this Lease Contract shall be to a judge and not a jury.

CONDOMINIUM OR HOME OWNERS ASSOCIATION RULES: To the extent applicable, you acknowledge that you have reviewed, understand and will abide by any Condominium or Home Owner Association Rules and Regulations ("HOA Rules") that may be in effect and promulgated from time to time. Your failure to abide by any HOA Rules is a material breach of this Lease Contract. A copy of the HOA rules is on file at the office.

All discretionary rights reserved for us within this Lease Contract or any accompanying addenda are at our sole and absolute discretion.

You affirmatively state that you are not a criminal sex offender.

**Obligation to Vacate.** Resident shall vacate the Premises and remove all of Resident's personal property therefrom at the expiration of the lease term without further notice or demand from Owner.

Although the property may currently be providing cable on a bulk basis to the resident, the property may, with 30 days notice to the resident, cease providing cable and the resident will contract directly with the cable provider for such services.

06282016090305FL13012350

FORCE MAJEURE: If we are prevented from completing performances of any obligations hereunder by an act of Goou., .srikes, epidemics, war, acts of terrorism, riots, flood, fire, hurricane, tornado, sabotage, or other occurrence which is beyond the control of the parties, then we shall be excused from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

Furthermore, if such an event damages the property to materially affect its habitability by some or all residents, we reserve the right to vacate any and all leases and you agree to excuse us from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

34. PAYMENTS.  Payment of all sums is an independent covenant. At our option and without notice, we may apply money received (other than sale

proceeds under para,   113 or utility payments subject to governmental regulations) first to any of your unpaid obligations, then to current rent—regardless of notations on checks or money orders and regardless of when the obligations arose. All sums other than rent are due upon our demand. After the due date, we do not have to accept the rent or any other payments. We do not have to accept and may reject, at any time and at our discretion, any third party checks or any attempted partial payment of rent or other payments.

35. ASSOCIATION MEMBERSHIP.  We represent that either: (1) we or; (2) the management company that represents us, is at the time of signing this Lease Contract or a renewal of this Lease Contract, a member of both the National Apartment Association and any affiliated state and local apartment (multi-housing) associations for the area where the apartment is located.

---

## Security Guidelines for Residents

36. SECURITY GUIDELINES.  In cooperation with the National Apartment Association, we'd like to give you some important safety guidelines. We recommend that you follow these guidelines and use common sense in practicing safe conduct. Inform all other occupants in your dwelling, including any children you may have, about these guidelines.

PERSONAL SECURITY—WHILE INSIDE YOUR APARTMENT
1. Lock your doors and windows—even while you're inside.
2. Engage the keyless deadbolts on all doors while you're inside.
3. When answering the door, see who is there by looking through a window or peephole. If you don't know the person, first talk with him or her without opening the door. Don't open the door if you have any doubts.
4. If children (who are old enough to take care of themselves) are left alone in your apartment, tell them to use the keyless deadbolt and refuse to let anyone inside while you are gone—regardless of whether the person is a stranger or an apartment maintenance or management employee.
5. Don't put your name, address, or phone number on your key ring.
6. If you're concerned because you've lost your key or because someone you distrust has a key, ask the management to rekey the locks. You have a statutory right to have that done, as long as you pay for the rekeying. You may not lockout anyone who has a lawful right to occupy the apartment.
7. Dial 911 for emergencies. If the 911 number does not operate in your area, keep phone numbers handy for the police, fire, and emergency medical services. If an emergency arises, call the appropriate governmental authorities first, then call the management.
8. Check your smoke detector monthly to make sure it is working properly and the batteries are still okay.
9. Check your doorlocks, window latches, and other devices regularly to be sure they are working properly.
10. If your doors or windows are unsecure due to break-ins or malfunctioning locks or latches, stay with friends or neighbors until the problem is fixed.
11. Immediately report to management—in writing, dated and signed—any needed repairs of locks, latches, doors, windows, smoke detectors, and alarm systems.
12. Immediately report to management—in writing, dated and signed—any malfunction of other safety devices outside your apartment, such as broken gate locks, burned-out lights in stairwells and parking lots, blocked passages, broken railings, etc.
13. Close curtains, blinds, and window shades at night.
14. Mark or engrave your driver's license number or other identification on valuable personal property.

PERSONAL SECURITY—WHILE OUTSIDE YOUR APARTMENT
15. Lock your doors while you're gone.  Lock any door handle lock, keyed deadbolt lock, sliding door pin lock, sliding door handle latch, and sliding door bar that you have.
16. Leave a radio or TV playing softly while you're gone.
17. Close and latch your windows while you're gone, particularly when you're on vacation.
18. Tell your roommate or spouse where you're going and when you'll be back.
19. Don't walk alone at night. Don't allow your family to do so.
20. Don't hide a key under the doormat or a nearby flowerpot. These are the first places a burglar will look.
21. Don't give entry keys, codes or electronic gate cards to anyone.
22. Use lamp timers when you go out in the evening or go away on vacation. They can be purchased at most hardware stores.
23. Let the manager and your friends know if you'll be gone for an extended time. Ask your neighbors to watch your apartment since the management cannot assume that responsibility.
24. While on vacation, temporarily stop your newspaper and mail delivery, or have your mail and newspaper picked up daily by a friend.
25. Carry your door key in your hand, whether it is daylight or dark, when walking to your entry door. You are more vulnerable when looking for your keys at the door.

PERSONAL SECURITY—WHILE USING YOUR CAR
26. Lock your car doors while driving. Lock your car doors and roll up the windows when leaving your car parked.
27. Don't leave exposed items in your car, such as cassette tapes, wrapped packages, briefcases, or purses.
28. Don't leave your keys in the car.
29. Carry your key ring in your hand whenever you are walking to your car—whether it is daylight or dark and whether you are at home, school, work, or on vacation.
30. Always park in a well-lighted area. If possible, try to park your car in an off-street parking area rather than on the street.
31. Check the backseat before getting into your car.
32. Be careful when stopping at gas stations or automatic-teller machines at night—or anytime when you suspect danger.

PERSONAL SECURITY AWARENESS
No security system is failsafe. Even the best system can't prevent crime. Always act as if security systems don't exist since they are subject to malfunction, tampering, and human error. *We disclaim any express or implied warranties of security.* The best safety measures are the ones you perform as a matter of common sense and habit.

---

## When Moving Out

37. MOVE-OUT NOTICE.  Before moving out, you must give our representative written move-out notice as provided below. Your move-out notice will not release you from liability for the full term of the Lease Contract or renewal term. You will still be liable for the entire Lease Contract term if you move out early (paragraph 22) except under the military clause (paragraph 23). YOUR MOVE-OUT NOTICE MUST COMPLY WITH EACH OF THE FOLLOWING:

- We must receive advance written notice of your move-out date. The advance notice must be at least the number of days of notice required in paragraph 3. Oral move-out notice will not be accepted and will not terminate your Lease Contract.

- Your move-out notice must not terminate the Lease Contract sooner than the end of the Lease Contract term or renewal period.

YOUR NOTICE IS NOT ACCEPTABLE IF IT DOES NOT COMPLY WITH ALL OF THE ABOVE. Please use our written move-out form. You must obtain from our representative written acknowledgment that we received your move-out notice. If we terminate the Lease Contract, we must give you the same advance notice—unless you are in default. If the lease term is not a month-to-month tenancy, Owner or Owner's representative must notify Resident with written notice no later than ___60___ days before the end of the lease term if the lease will not be renewed.

38. MOVE-OUT PROCEDURES.  The move-out date can't be changed unless we and you both agree in writing. You won't move out before the lease term or renewal period ends unless all rent for the entire lease term or renewal period is paid in full. You're prohibited by law from applying any security deposit to rent. You won't stay beyond the date you are supposed to move out. All residents, guests, and occupants must vacate the apartment before the fifteen (15) day period for deposit refund begins. You must give us and the U.S. Postal Service, in writing, each resident's forwarding address.

39. CLEANING.  You must thoroughly clean the apartment, including doors, windows, furniture, bathrooms, kitchen appliances, patios, balconies, garages, carports, and storage rooms. You must follow move-out cleaning instructions if they have been provided. If you don't clean adequately, you'll be liable for reasonable cleaning charges.

40. MOVE-OUT INSPECTION.  You should meet with our representative for a move-out inspection. Our representative has no authority to bind or limit us regarding deductions for repairs, damages, or charges. Any statements or estimates by us or our representative are subject to our correction, modification, or disapproval before final refunding or accounting.

41. SECURITY DEPOSIT DEDUCTIONS AND OTHER CHARGES. You'll be liable for the following charges, if applicable: unpaid rent; unpaid utilities; unreimbursed service charges; repairs or damages caused by negligence, carelessness, accident, or abuse, including stickers, scratches, tears, burns, stains, or unapproved holes; replacement cost of our property that was in or attached to the apartment and is missing; replacing dead or missing smoke-detector batteries; utilities for repairs or cleaning; trips to let in company representatives to remove your telephone or TV cable services or rental items (if you so request or have moved out); trips to open the apartment when you or any guest or occupant is missing a key; unreturned keys; missing or burned-out light bulbs; removing or rekeying unauthorized security devices or alarm systems; packing, removing, or storing property removed or stored under paragraph 13; removing illegally parked vehicles; special trips for trash removal caused by parked vehicles blocking dumpsters; false security-alarm charges unless due to our negligence; animal-related charges under paragraph 27; government fees or fines against us for violation (by you, your occupants, or guests) of local ordinances relating to smoke detectors, false alarms, recycling, or other matters; late-payment and returned-check charges; a charge (not to exceed $100) for owner/ manager's time and inconvenience in our lawful removal of an animal or in any valid eviction proceeding against you, plus attorney's fees, court costs, and filing fees actually paid; and other sums due under this Lease Contract.

0628201609030 6FL13012350

You'll be liable to us for any charges for repla___ all keys and access devices referenced in paragraph 5 if you fail to r___urn them on or before your actual move-out date.

An apartment is also r___dered "abandoned" if you are absent from the apartment or premise___ ___r at least fifteen (15) days, unless the rent is current or you have notified us in writing of your intended absence.

42. **DEPOSIT RETURN, SURRENDER, AND ABANDONMENT.** We will mail you your security deposit refund within fifteen (15) days after surrender or abandonment if we do not intend to impose a claim on the security deposit. If we do intend to impose a claim on the security deposit we shall give you thirty (30) days written notice by certified mail to your last known mailing address stating the reason for imposing the claim.

You have surrendered the apartment when all apartment keys and access devices listed in paragraph 5 have been turned in where rent is due.

Surrender, abandonment, and judicial eviction end your right of possession for all purposes and gives us the immediate right to: clean up, make repairs in, and relet the apartment; determine any security deposit deductions; and remove property left in the apartment. Surrender, abandonment, and judicial eviction affect your rights to property left in the apartment (paragraph 13), but do not affect our mitigation obligations (paragraph 32).

---

## Signatures, Originals and Attachments

43. **ORIGINALS AND ATTACHMENTS.** This Lease Contract has been executed in multiple originals, with original signatures—one for you and one or more for us. Our rules and community policies, if any, will be attached to the Lease Contract and given to you at signing. When an Inventory and Condition form is completed, both you and we should retain a copy. The items checked below are attached to this Lease Contract and are binding even if not initialed or signed.

| You are legally bound by this document. |
|---|
| Read it carefully before signing. |

- ☒ Animal Addendum
- ☒ Inventory and Condition Form
- ☒ Mold Addendum
- ☐ Enclosed Garage Addendum
- ☒ Community Policies Addendum
- ☐ Lease Contract Guaranty (_____ guaranties, if more than one)
- ☐ Notice of Intent to Move Out Form
- ☐ Parking Permit or Sticker (quantity: _____)
- ☒ Satellite Dish or Antenna Addendum
- ☐ Asbestos Addendum (if asbestos is present)
- ☐ Lead Hazard Information and Disclosure Addendum (federal)
- ☒ Utility Addendum
- ☐ Remote Control, Card or Code Access Gate Addendum
- ☐ Intrusion Alarm Addendum
- ☒ Other Renters Insurance Addend.
- ☒ Other Bed Bug Addendum

**Resident or Residents (all sign below)**

_Laura Frechette_

**Owner or Owner's Representative** *(signing on behalf of owner)*

_Lindsey Bennett_

**Address and phone number of owner's representative for notice purposes**

599 Calibre Crest Pkwy

Altamonte Springs, Florida 327

(407) 862-5990

**Name and address of locator service** *(if applicable)*

**Date form is filled out** *(same as on top of page 1)* ___06/28/2016___

SPECIAL PROVISIONS (CONTINUED FROM PAGE 2) <u>Rent is late on the 4th of the month and is assessed a</u> <u>late fee of 10% monthly rent at that time. If applicable, above rent amount includes garage,</u> <u>storage and carport. Concessions, if applicable, are notated on the concession addendum.</u> <u>TRASH/PEST AND/OR GAS: You will be charged a new account fee not to exceed $10, a monthly</u> <u>billing fee not to exceed $6.00, and a final billing fee of $5.00. Washers and Dryers are an</u> <u>additional $35.00 per month.</u>

---

Central Parkway
Laura Frechette

06282016090307FL13012350




## Inventory and Condition Form

DWELLING UNIT DESCRIPTION. Unit No. __86-103__ , __586 Calibre Crest Parkway #103__ (street address) in __Altamonte Springs__ (city), Florida, __32714__ (zip code).

LEASE CONTRACT DESCRIPTION. Lease Contract date: __June 28, 2016__ Owner's name: __BEL Calibre Holdings, LLC__ Residents (list all residents): __Laura Frechette__

You must note on this form all defects or damage and return it to our representative. Otherwise, everything will be considered to be in a clean, safe, and good working condition. Please mark through items listed below if they don't exist. This form protects both you (the resident) and us (the owner). We'll use it in determining what should and should not be considered your responsibility upon move-out.

| Resident's Name: __Laura Frechette__ | Home Phone: (40 )835-3101 | Work Phone: (__)__ |
| Resident's Name: ___ | Home Phone: (__)__ | Work Phone: (__)__ |
| Resident's Name: ___ | Home Phone: (__)__ | Work Phone: (__)__ |
| Resident's Name: ___ | Home Phone: (__)__ | Work Phone: (__)__ |

☐ **Move-In**   or   ☐ **Move-Out Condition** *(Check one)* .

**Living Room**
Walls _____
Wallpaper _____
Plugs, Switches, A/C Vents INTERMIT ELECTRIC SOCKET
Woodwork/Baseboards OUTOFWALL
Ceiling _____
Light Fixtures, Bulbs _____
Floor/Carpet _____

Doors, Stops, Locks _____
Windows, Latches, Screens _____
Window Coverings _____
Closets, Rods, Shelves _____
Closet Lights, Fixtures _____
Lamps, Bulbs _____
Water Stains on Walls or Ceilings _____
Other ONE PLUG W/ UPSIDE DOWN

**Kitchen**
Walls _____
Wallpaper _____
Plugs, Switches, A/C Vents _____
Woodwork/Baseboards _____
Ceiling _____
Light Fixtures, Bulbs _____
Floor/Carpet _____

Doors, Stops, Locks _____
Windows, Latches, Screens RING STAIN ON SILL
Window Coverings _____
Cabinets, Drawers, Handles + WATER MARKS INSIDE
Countertops BAR LOOKS CLOUDED
Stove/Oven, Trays, Pans, Shelves _____
Vent Hood _____
Refrigerator, Trays, Shelves _____
Refrigerator Light, Crisper _____
Dishwasher, Dispensers, Racks _____
Sink/Disposal WATER MARKS UNCLEANC
Microwave _____
Plumbing Leaks or Water Stains on Walls or Ceilings _____
Other _____

**General Items**
Thermostat _____
Cable TV or Master Antenna PLUG IN WONTCFWALL
A/C Filter HANGING LOOSE
Washer/Dryer _____
Garage Door _____
Ceiling Fans _____
Exterior Doors, Screens/Screen Doors, Doorbell _____
Fireplace _____
Other _____

**Dining Room**
Walls _____
Wallpaper _____
Plugs, Switches, A/C Vents _____
Woodwork/Baseboards _____
Ceiling _____
Light Fixtures, Bulbs _____
Floor/Carpet _____

Doors, Stops, Locks _____
Windows, Latches, Screens _____
Window Coverings _____
Closets, Rods, Shelves _____
Closet Lights, Fixtures _____
Water Stains on Walls or Ceilings _____
Other _____

**Halls**
Walls _____
Wallpaper _____
Plugs, Switches, A/C Vents _____
Woodwork/Baseboards _____
Ceiling _____
Light Fixtures, Bulbs _____
Floor/Carpet _____

Doors, Stops, Locks _____
Closets, Rods, Shelves _____
Closet Lights, Fixtures _____
Water Stains on Walls or Ceilings _____
Other _____

**Exterior** *(if applicable)*
Patio/Yard _____
Fences/Gates _____
Faucets _____
Balconies _____
Other _____

**Bedroom** *(describe which one)*
Walls _____
Wallpaper _____
Plugs, Switches, A/C Vents _____
Woodwork/Baseboards CRACK IN WINDOW SILL
Ceiling _____
Light Fixtures, Bulbs _____
Floor/Carpet _____

Doors, Stops, Locks _____
Windows, Latches, Screens → COVERED IN MOLD BLACK
Window Coverings _____
Closets, Rods, Shelves _____
Closet Lights, Fixtures _____
Water Stains on Walls or Ceilings _____
Other A/C VENT BAD RATTLING NOISE

06282016090501FL13012350

Laura Frechette

© 2012, National Apartment Association, Inc. - 9/2012, Florida

Page 1 of 2

**Bedroom** *(describe which one)*

Walls _____

Wallpaper _____
Plugs, Switches, A/C Vents _____
Woodwork/Baseboards _____
Ceiling _____
Light Fixtures, Bulbs _____
Floor/Carpet _____

Doors, Stops, Locks _____
Windows, Latches, Screens _____
Window Coverings _____
Closets, Rods, Shelves _____
Closet Lights, Fixtures _____
Water Stains on Walls or Ceilings _____
Other _____

**Bath** *(describe which one):* _____

Walls _____

Wallpaper _____
Plugs, Switches, A/C Vents   CROOKED SOCKET NAT
Woodwork/Baseboards _____ FLUSH W/ WALL
Ceiling _____
Light Fixtures, Bulbs _____
Exhaust Fan/Heater _____
Floor/Carpet _____

Doors, Stops, Locks _____
Windows, Latches, Screens _____
Window Coverings _____
Sink, Faucet, Handles, Stopper  WATER MARKING UNDER SINK
Countertops _____
Mirror _____
Cabinets, Drawers, Handles _____
Toilet, Paper Holder _____
Bathtub, Enclosure, Stopper   SCRATCHES ON TUB
Shower, Doors, Rods _____
Tile _____
Plumbing Leaks or Water Stains on Walls or Ceilings ___

Other _____

**Half Bath**

Walls _____

Wallpaper _____
Plugs, Switches, A/C Vents _____
Woodwork/Baseboards _____
Ceiling _____
Light Fixtures, Bulbs _____
Exhaust Fan/Heater _____
Floor/Carpet _____

Doors, Stops, Locks _____
Windows, Latches, Screens _____
Window Coverings _____
Sink, Faucet, Handles, Stopper _____
Countertops _____
Mirror _____
Cabinets, Drawers, Handles _____
Toilet, Paper Holder _____
Tile _____
Plumbing Leaks or Water Stains on Walls or Ceilings ___

Other _____

**Bedroom** *(describe which o)*

Walls _____

Wallpaper _____
Plugs, Switches, A/C Vents _____
Woodwork/Baseboards _____
Ceiling _____
Light Fixtures, Bulbs _____
Floor/Carpet _____

Doors, Stops, Locks _____
Windows, Latches, Screens _____
Window Coverings _____
Closets, Rods, Shelves _____
Closet Lights, Fixtures _____
Water Stains on Walls or Ceilings _____
Other _____

**Bath** *(describe which one):* _____

Walls _____

Wallpaper _____
Plugs, Switches, A/C Vents _____
Woodwork/Baseboards _____
Ceiling _____
Light Fixtures, Bulbs _____
Exhaust Fan/Heater _____
Floor/Carpet _____

Doors, Stops, Locks _____
Windows, Latches, Screens _____
Window Coverings _____
Sink, Faucet, Handles, Stopper _____
Countertops _____
Mirror _____
Cabinets, Drawers, Handles _____
Toilet, Paper Holder _____
Bathtub, Enclosure, Stopper _____
Shower, Doors, Rods _____
Tile _____
Plumbing Leaks or Water Stains on Walls or Ceilings ___

Other _____

**Safety-Related Items** *(Put "none" if item does not exist)*

Door Knob Locks _____
Keyed Deadbolt Locks _____
Keyless Deadbolts _____
Keyless Bolting Devices _____
Sliding Door Latches _____
Sliding Door Security Bars _____
Sliding Door Pin Locks _____
Doorviewers _____
Window Latches _____
Porch and Patio Lights _____
Smoke Detectors (push button to test) _____
Alarm System _____
Fire Extinguishers (look at charge level-BUT DON'T TEST!) _____
Garage Door Opener _____
Gate Access Card(s) _____
Other _____
_____
_____

Date of Move-In:  6 28 16
*or*
Date of Move-Out: _____

**Acknowledgment.** You acknowledge that you have inspected and tested all of the safety-related items (if in the dwelling) and that they are working, except as noted above. All items will be assumed to be in good condition unless otherwise noted on this form. You acknowledge receiving written operating instructions on the alarm system and gate access entry systems (if there are any). You acknowledge testing the smoke detector(s) and verify that they are operating correctly. You acknowledge that you and management have inspected the dwelling unit and that no signs of bedbugs or other pests are present. This unit is in a decent, safe and sanitary condition.

*In signing below, you accept this inventory as part of the Lease Contract and agree that it accurately reflects the condition of the premises for purposes of determining any refund due to you when you move out.*

Resident or Resident's Agent: _____    Date of Signing: 6/28/16
Owner or Owner's Representative: _____    Date of Signing: 6/29/16

Florida/National Apartment Association Official Form D-12, September 2012
© 2012, National Apartment Association, Inc.

 **UTILITY AND SERVICES ADDENDUM** 

NATIONAL
APARTMENT
ASSOCIATION.

This Utility Addendum is incorporated into the Lease Contract (referred to in this addendum as "Lease Contract" or "Lease") dated ___June 28, 2016___ between _BEL Calibre Holdings, LLC_____

("We" and/or "we" and/or "us") and

_Laura Frechette_____ ("You" and/or "you") of Unit No. ___86-103___

located at _586 Calibre Crest Parkway #103_____ (street address) in
_____Altamonte Springs, FL 32714_____ and is in addition to all terms and conditions in the Lease.
To the extent that the terms of this Utility Addendum conflict with those of the Lease, this Utility Addendum shall control.

1. Responsibility for payment of utilities, and the method of metering or otherwise measuring the cost of the utility, will be as indicated below.

   a) **Water** service to your dwelling will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☒ water bills will be billed by the service provider to us and then allocated to you based on the following formula: ___1___
         - ☐ If flat rate is selected, the current flat rate is $_____ per month.
         - ☒ 3rd party billing company if applicable _NWP Services_____

   b) **Sewer** service to your dwelling will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☒ sewer bills will be billed by the service provider to us and then allocated to you based on the following formula: ___1___
         - ☐ If flat rate is selected, the current flat rate is $_____ per month.
         - ☒ 3rd party billing company if applicable _NWP Services_____

   c) **Gas** service to your dwelling will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ gas bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         - ☐ If flat rate is selected, the current flat rate is $_____ per month.
         - ☐ 3rd party billing company if applicable _____

   d) **Trash** service to your dwelling will be paid by you either:
      - ☐ directly to the service provider; or
      - ☒ trash bills will be billed by the service provider to us and then charged to you based on the following formula: ___4___
         - ☒ If flat rate is selected, the current flat rate is $_____11.34_____ per month.
         - ☒ 3rd party billing company if applicable _NWP Services_____

   e) **Electric** service to your dwelling will be paid by you either:
      - ☒ directly to the utility service provider; or
      - ☐ electric bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         - ☐ If flat rate is selected, the current flat rate is $_____ per month.
         - ☐ 3rd party billing company if applicable _____

   f) **Stormwater** service to your dwelling will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ stormwater bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         - ☐ If flat rate is selected, the current flat rate is $_____ per month.
         - ☐ 3rd party billing company if applicable _____

   g) **Cable TV** service to your dwelling will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ cable TV bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         - ☐ If flat rate is selected, the flat rate is $_____ per month.
         - ☐ 3rd party billing company if applicable _____

   h) **Master Antenna** service to your dwelling will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ master antenna bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         - ☐ If flat rate is selected, the current flat rate is $_____ per month.
         - ☐ 3rd party billing company if applicable _____

   i) **Internet** service to your dwelling will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ internet bills will be billed by the service provider to us and then allocated to you based on the following formula:_____
         - ☐ If flat rate is selected, the current flat rate is $_____ per month.
         - ☐ 3rd party billing company if applicable _____

   j) **Pest Control** service to your dwelling will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☒ pest control bills will be billed by the service provider to us and then charged to you based on the following formula: _____
         - ☒ If flat rate is selected, the current flat rate is $_____1.50_____ per month.
         - ☐ 3rd party billing company if applicable _____

   k) **(Other)** _____ service to your dwelling will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         - ☐ If flat rate is selected, the current flat rate is $_____ per month.
         - ☐ 3rd party billing company if applicable _____

   l) **(Other)** _____ service to your dwelling will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         - ☐ If flat rate is selected, the current flat rate is $_____ per month.
         - ☐ 3rd party billing company if applicable _____

METERING/ALLOCATION METHOD KEY
"1" - Sub-metering of all of your water/gas/electric use
"2" - Calculation of your total water use based on sub-metering of hot water
"3" - Calculation of your total water use based on sub-metering of cold water
"4" - Flat rate per month
"5" - Allocation based on the number of persons residing in your dwelling unit          0628201608890FL13012350
"6" - Allocation based on the number of persons residing in your dwelling unit using a ratio occupancy formula

_Laura Frechette_
                    © 2014, National Apartment Association, Inc. - 7/2014, Florida

"7"   - Allocation based on square footage   your dwelling unit
"8"   - Allocation based on a combination c. square footage of your dwelling unit and the number of persons residing in your dwelling unit
"9"   - Allocation based on the number of bedrooms in your dwelling unit
"10"  - Allocation based on a lawful formula not listed here
          (Note: if method "10" is selected, a separate sheet will be attached describing the formula used)

2.  If an allocation method is used, we or our billing company will calculate your allocated share of the utilities and services provided and all costs in accordance with state and local statutes. Under any allocation method, Resident may be paying for part of the utility usage in common areas or in other residential units as well as administrative fees. Both Resident and Owner agree that using a calculation or allocation formula as a basis for estimating total utility consumption is fair and reasonable, while recognizing that the allocation method may or may not accurately reflect actual total utility consumption for Resident. Where lawful, we may change the above methods of determining your allocated share of utilities and services and all other billing methods, in our sole discretion, and after providing written notice to you. More detailed descriptions of billing methods, calculations and allocation formulas will be provided upon request.

    If a flat fee method for utility service is used, Resident and Owner agree that the charges indicated in this Agreement (as may be amended with written notice as specified above) represent a fair and reasonable amount for the service(s) provided and that the amount billed is not based on a monthly per unit cost.

3.  When billed by us directly or through our billing company, you must pay utility bills within ___5___ days of the date when the utility bill is issued at the place indicated on your bill, or the payment will be late. If a payment is late, you will be responsible for a late fee as indicated below. The late payment of a bill or failure to pay any utility bill is a material and substantial breach of the Lease and we will exercise all remedies available under the Lease, up to and including eviction for nonpayment. To the extent there are any new account, monthly administrative, late fees or final bill fees, you shall pay such fees as indicated below.

| | | | |
|---|---|---|---|
| New Account Fee: | $ | 10.00 | (not to exceed $ 15.00 ) |
| Monthly Administrative Billing Fee: | $ | 4.65 | (not to exceed $ 8.00 ) |
| Late Fee: | $ | 30.00 | (not to exceed $ _____ ) |
| Final Bill Fee: | $ | 5.00 | (not to exceed $ 10.00 ) |

    If allowed by state law, we at our sole discretion may amend these fees, with written notice to you.

4.  You will be charged for the full period of time that you were living in, occupying, or responsible for payment of rent or utility charges on the dwelling. If you breach the Lease, you will be responsible for utility charges for the time period you were obliged to pay the charges under the Lease, subject to our mitigation of damages. In the event you fail to timely establish utility services, we may charge you for any utility service billed to us for your dwelling and may charge a reasonable administration fee for billing for the utility service in the amount of $ ___50.00___.

5.  When you move out, you will receive a final bill which may be estimated based on your prior utility usage. This bill must be paid at the time you move out or it will be deducted from the security deposit.

6.  We are not liable for any losses or damages you incur as a result of outages, interruptions, or fluctuations in utility services provided to the dwelling unless such loss or damage was the direct result of negligence by us or our employees. You release us from any and all such claims and waive any claims for offset or reduction of rent or diminished rental value of the dwelling due to such outages, interruptions, or fluctuations.

7.  You agree not to tamper with, adjust, or disconnect any utility sub-metering system or device. Violation of this provision is a material breach of your Lease and may subject you to eviction or other remedies available to us under your Lease, this Utility Addendum and at law.

8.  Where lawful, all utilities, charges and fees of any kind under this lease shall be considered additional rent, and if partial payments are accepted by the Owner, they will be allocated first to non-rent charges and to rent last.

9.  You represent that all occupants that will be residing in the Unit are accurately identified in the Lease. You agree to promptly notify Owner of any change in such number of occupants and/or the identity of occupants.

10. You agree that you may, upon thirty (30) days prior written notice from Owner to you, begin receiving a bill for additional utilities and services, at which time such additional utilities and services shall for all purposes be included in the term Utilities.

11. This Addendum is designed for use in multiple jurisdictions, and no billing method, charge, or fee mentioned herein will be used in any jurisdiction where such use would be unlawful. If any provision of this addendum or the Lease is invalid or unenforceable under applicable law, such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this addendum or the Lease. Except as specifically stated herein, all other terms and conditions of the Lease shall remain unchanged. In the event of any conflict between the terms of this Addendum and the terms of the Lease, the terms of this Addendum shall control.

12. The following special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Utility Addendum and will supersede any conflicting provisions of this printed Utility Addendum and/or the Lease Contract.
    Water/Sewer/Trash usage are billed in arrears. Upon move-out there will be one additional bill for usage and resident is responsible for $5.00 final bill fee.

| | | |
|---|---|---|
| Resident Signature _(signature)_ | Date | 6/28/16 |
| Resident Signature | Date | |
| Resident Signature | Date | |
| Resident Signature | Date | |
| Management _(signature)_ | Date | 7/20/16 |

06282016088902FL13012350

© 2014, National Apartment Association, Inc. - 7/2014, Florida



## Mold Information and Prevention Addendum

*Please note: It is our goal to maintain a quality living environment for our residents. To help achieve this goal, it is important to work together to minimize any mold growth in your dwelling. That is why this addendum contains important information for you, and responsibilities for both you and us.*

1. **DWELLING UNIT DESCRIPTION.** Unit No. __86-103__, __586 Calibre Crest Parkway #103__ *(street address)* in __Altamonte Springs__ *(city),* Florida, __32714__ *(zip code).*

2. **LEASE CONTRACT DESCRIPTION.**
Lease Contract date: __June 28, 2016__
Owner's name: __BEL Calibre Holdings, LLC__

Residents *(list all residents):* __Laura Frechette__

3. **ABOUT MOLD.** Mold is found virtually everywhere in our environment—both indoors and outdoors and in both new and old structures. Molds are naturally occurring microscopic organisms which reproduce by spores and have existed practically from the beginning of time. All of us have lived with mold spores all our lives. Without molds we would all be struggling with large amounts of dead organic matter.

   Mold breaks down organic matter in the environment and uses the end product for its food. Mold spores (like plant pollen) spread through the air and are commonly transported by shoes, clothing and other materials. When excess moisture is present inside a dwelling, mold can grow. A 2004 Federal Centers for Disease Control and Prevention study found that there is currently no scientific evidence that the accumulation of mold causes any significant health risks for person with normally functioning immune systems. Nonetheless, appropriate precautions need to be taken.

4. **PREVENTING MOLD BEGINS WITH YOU.** In order to minimize the potential for mold growth in your dwelling, you must do the following:

   * Keep your dwelling clean—particularly the kitchen, the bathroom(s), carpets and floors. Regular vacuuming, mopping and using a household cleaner to clean hard surfaces is important to remove the household dirt and debris that harbor mold or food for mold. Immediately throw away moldy food.
   * Remove visible moisture accumulation on windows, walls, ceilings, floors and other surfaces as soon as reasonably possible. Look for leaks in washing machine hoses and discharge lines—especially if the leak is large enough for water to infiltrate nearby walls. Turn on any exhaust fans in the bathroom and kitchen *before* you start showering or cooking with open pots. When showering, be sure to keep the shower curtain *inside* the tub or fully close the shower doors. Also, the experts recommend that after taking a shower or bath, you: (1) wipe moisture off of shower walls, shower doors, the bathtub and the bathroom floor; (2) leave the bathroom door open until all moisture on the mirrors and bathroom walls and tile surfaces has dissipated; and (3) hang up your towels and bath mats so they will completely dry out.
   * Promptly notify us in writing about any air conditioning or heating system problems you discover. Follow our rules, if any, regarding replacement of air filters. Also, it is recommended that you periodically open windows and doors on days when the outdoor weather is dry (i.e., humidity is below 50 percent) to help humid areas of your dwelling dry out.
   * Promptly notify us in writing about any signs of water leaks, water infiltration or mold. We will respond in accordance with state law and the Lease Contract to repair or remedy the situation, as necessary.
   * Keep the thermostat set to automatically circulate air in the event temperatures rise to or above 80 degrees Fahrenheit.

5. **IN ORDER TO AVOID MOLD GROWTH,** it is important to prevent excessive moisture buildup in your dwelling. Failure to promptly pay attention to leaks and moisture that might accumulate on dwelling surfaces or that might get inside walls or ceilings can encourage mold growth. Prolonged moisture can result from a wide variety of sources, such as:

   * rainwater leaking from roofs, windows, doors and outside walls, as well as flood waters rising above floor level;
   * overflows from showers, bathtubs, toilets, lavatories, sinks, washing machines, dehumidifiers, refrigerator or A/C drip pans or clogged up A/C condensation lines;
   * leaks from plumbing lines or fixtures, and leaks into walls from bad or missing grouting/caulking around showers, tubs or sinks;

   * washing machine hose leaks, plant watering overflows, pet urine, cooking spills, beverage spills and steam from excessive open-pot cooking;
   * leaks from clothes dryer discharge vents (which can put lots of moisture into the air); and
   * insufficient drying of carpets, carpet pads, shower walls and bathroom floors.

6. **IF SMALL AREAS OF MOLD HAVE ALREADY OCCURRED ON** *NON-POROUS* **SURFACES** (such as ceramic tile, formica, vinyl flooring, metal, wood or plastic), the federal Environmental Protection Agency (EPA) recommends that you first clean the areas with soap (or detergent) and water, let the surface dry, and then within 24 hours apply a pre-mixed, spray-on-type household biocide, such as Lysol Disinfectant®, Pine-Sol Disinfectant® (original pine-scented), Tilex Mildew Remover® or Clorox Cleanup®. (Note: Only a few of the common household cleaners will actually kill mold). Tilex® and Clorox® contain bleach which can discolor or stain. Be sure to follow the instructions on the container. Applying biocides without first cleaning away the dirt and oils from the surface is like painting over old paint without first cleaning and preparing the surface.

   Always clean and apply a biocide to an area 5 or 6 times larger than any visible mold because mold may be adjacent in quantities not yet visible to the naked eye. A vacuum cleaner with a high-efficiency particulate air (HEPA) filter can be used to help remove non-visible mold products from *porous* items, such as fibers in sofas, chairs, drapes and carpets—provided the fibers are completely dry. Machine washing or dry cleaning will remove mold from clothes.

7. **DO NOT CLEAN OR APPLY BIOCIDES TO:** (1) visible mold on *porous* surfaces, such as sheetrock walls or ceilings, or (2) *large areas* of visible mold on *non-porous* surfaces. Instead, notify us in writing, and we will take appropriate action.

8. **COMPLIANCE.** Complying with this addendum will help prevent mold growth in your dwelling, and both you and we will be able to respond correctly if problems develop that could lead to mold growth. If you have questions regarding this addendum, please contact us at the management office or at the phone number shown in your Lease Contract.

   If you fail to comply with this Addendum, you can be held responsible for property damage to the dwelling and any health problems that may result. We can't fix problems in your dwelling unless we know about them.

9. **TERMINATION OF TENANCY.** Owner, Management or agent reserves the right to terminate the tenancy and RESIDENT(S) agree to vacate the premises in the event Owner, Management or agent in its sole judgment feels that either there is mold/mildew present in the dwelling unit which may pose a safety or health hazard to RESIDENT(S) or other persons and/or RESIDENT(S) actions or inactions are causing a condition which is conducive to mold/mildew growth.

10. **SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Resident or Residents**
*(All residents must sign here)*

_____

_____

_____

**Owner or Owner's Representative**
*(Sign here)*

_____

**Date of Lease Contract**

__June 28, 2016__

Laura Frechette

0628201608850 1FL1 30 12350

Florida/National Apartment Association Official Form F-12, September 2012
© 2012, National Apartment Association, Inc.



## Bed Bug Addendum

Date: ___June 28, 2016___
(when this Addendum is filled out)



NATIONAL
APARTMENT
ASSOCIATION.

---

*Please note: It is our goal to maintain a quality living environment for our residents. To help achieve this goal, it is important to work together to minimize the potential for any bed bugs in your dwelling or surrounding dwellings. This addendum contains important information that outlines your responsibility and potential liability with regard to bed bugs.*

---

1. **DWELLING UNIT DESCRIPTION.**
Unit No. __86-103__ , __586 Calibre Crest__
__Parkway #103__ _(street address)_
in __Altamonte Springs__
_(city)_,Florida, __32714__ zip code).

2. **LEASE CONTRACT DESCRIPTION.**
Lease Contract date: ___June 28, 2016___
Owner's name: __BEL Calibre Holdings, LLC__

Residents *(list all residents):* __Laura Frechette__

3. **MANAGEMENT REPRESENTATION AND INSPECTION:** Management represents that it is not aware of any current infestation or presence of bed bugs in the dwelling unit. Under Florida law, only a licensed pest control professional, hereinafter "Pest Control" is permitted by law to inspect for insects and render an opinion as to infestation or the lack thereof.

4. **BEDBUG INFORMATION:** Resident represents and agrees that he or she has read the information about bed bugs provided by Management and is not aware of any infestation or presence of the bed bugs in Resident's current or previous dwelling(s), home(s), furniture, clothing, or personal property and possessions and has fully disclosed to Management any previous bed bug infestation or issues which Resident may have experienced or are experiencing and has not been subjected to or living in an environment, dwelling, or home in which there was a bed bug infestation or presence. Resident represents that if he or she WAS previously living in a dwelling or home that had a bed bug infestation that he or she has had all furniture, clothing, and personal property or belongings professionally and properly cleaned and treated by Pest Control that shall certify such items are free of further infestation. In the event Resident discloses a previous experience of bed bug infestation, Management shall have the right to see documentation of the treatment from Pest Control and inspect Resident's personal property and possessions to confirm the absence of bed bugs.

5. **USED AND DISCARDED ITEMS:** Resident acknowledges that used, abandoned or discarded furniture, clothing, and personal property can contain bed bugs which may infest the dwelling and be extremely difficult to control, and the costs associated with treating bed bugs are expensive. Resident represents and agrees that he or she shall not allow such property to enter the dwelling without confirming the absence of bed bugs or having such items properly and professionally cleaned and treated by Pest Control before bringing such items into the dwelling. Resident shall be required to provide proof that any such item has been inspected and or treated by Pest Control.

6. **ACCESS BY MANAGEMENT AND PEST CONTROL AND RESIDENT COOPERATION:** Resident shall allow Management, Maintenance staff and Pest Control to have full access to the dwelling at reasonable times and hours for inspection, pest control, and treatment of bed bugs if any exist. Resident and the Resident's family members, occupants, social guests, and invitees shall cooperate and shall not interfere in any way with inspections or treatments, or this shall constitute a material breach of the lease agreement. Upon confirmation of the presence or infestation of bed bugs, Resident must cooperate and coordinate with Management and Pest Control to treat and attempt to eliminate the bed bugs. Resident must follow all directions of Management and Pest Control to treat the dwelling. Management and Management's Pest Control shall have the right to set all conditions necessary for inspection and treatment of the premises for the presence or infestation of bed bugs. The Resident is required to remove or destroy personal property that cannot be treated or

cleaned in the opinion of Management or Pest Control and holds Management and Pest Control harmless for any loss or damages to such personal property. Failure to comply shall constitute a material breach of the Lease Contract and this Addendum.

7. **NOTIFICATIONS BY RESIDENT:** Resident shall promptly notify Management of any conditions that may indicate the presence of bed bugs in the dwelling or in any of Resident's clothing, furniture, and/or other personal property. Resident shall promptly notify Management of any recurring or unexplained bites, irritations, sores of the skin or body which Resident believes are occurring from bed bugs or from any condition or pest believed to be within the dwelling. Resident shall promptly notify Management if he or she discovers any condition or evidence that might indicate the presence or infestation of bed bugs. Resident shall not try to treat the dwelling for a bed bug infestation on his own or hire any outside pest control company and acknowledges that Management has the full right to select its own Pest Control to perform treatments and cleaning of the dwelling and building if necessary. Failure to comply shall constitute a material breach of the Lease Contract and this addendum.

8. **METHOD OF TREATMENT:** If Management decides to have the dwelling treated and not terminate the tenancy, Management along with Pest Control shall have the sole right to select the method of treating the dwelling or any affected areas. Resident is responsible to follow all protocols or directions from Management and/or Pest Control. Failure to comply shall constitute a material breach of the Lease Contract and this Addendum.

9. **ON SITE TRANSFERS OR TEMPORARY VACATING:**

   A. **On-Site Transfers:** If Resident is allowed to transfer on-site to another dwelling in the community, Resident must have his or her personal property and possessions professionally treated by Pest Control prior to transfer in accordance with the instructions of Management and Pest Control and cooperate in preventing further infestation or spreading of bed bugs to another dwelling or building. TRANSFERS TO ANOTHER DWELLING ARE NOT GUARANTEED even if Resident is deemed by Management or Pest Control not to be at fault. Resident will not be eligible for transfer on-site to another dwelling in the community if, in the sole opinion of Management OR Pest Control, Resident or Resident's family members, occupants, social guests, or invitees caused, or are responsible for the infestation or presence of bed bugs in the dwelling or building, have not followed the necessary procedures mandated by Management and Pest Control or if in the opinion of Pest Control, the bed bugs have not been eradicated from the Resident's personal property or an on-site transfer will cause a re-infestation. Failure to comply shall constitute a material breach of the Lease Contract and this Addendum.

   B. **Temporary Vacating:** If Resident is forced to temporarily vacate the premises and find other temporary accommodations, under Florida law FS 83.51(2)(a)1., Management's only legal responsibility is to abate the rent for the time period Resident cannot reside in the dwelling. Management may choose at its sole option to pay other expenses Resident may incur but has no legal obligation to do so under Florida law. If Resident is requested to temporarily vacate, they shall do so within 7 days of written notice to Resident or this shall be considered a material breach of the Lease Contract and this Addendum. Once Resident has been advised that the dwelling is habitable, Management shall have no further responsibility to abate rent, and Resident shall owe rent and all sums due per the Lease Contract and any addenda.

__Laura Frechette__

0628201608830lFL13012350

**10. RESIDENT CAUSED CONDITION:** If Resident or Resident's family members, occupan..., social guests, or invitees are responsible for causing or introducing bed bugs into the dwelling, Resident shall be in default of the lease, subject to eviction, and shall be liable for all rent, damages, cleaning and pest control fees, and other charges related to dealing with the bed bug issue, and Resident shall pay all reasonable costs of cleaning and pest control treatment Management incurs to remedy the bed bug infestation situation. If Management must move other residents out of their dwellings in order to treat adjoining or neighboring dwellings, then Resident shall be liable for payment of any lost rental income and other expenses incurred by Management to relocate the other residents and perform pest control treatment to eradicate an infestation in other dwellings.

**11. NON-RESIDENT CAUSED BED BUG INFESTATIONS:** If in the sole opinion of Management and Pest Control the Resident or Resident's family members, occupants, social guests, or invitees are not responsible for causing or introducing bed bugs into the dwelling, AT MANAGEMENT'S OPTION the Lease Contract may be terminated and Resident may still be required to vacate the dwelling and return possession of the premises to Management if it is determined by Pest Control that it is not feasible to eradicate the infestation with the Resident continuing to reside on the premises. Management shall not be responsible for Resident's consequential losses if the Lease Contract is so terminated.

**12. DAMAGES:** U... r no circumstances shall Management or Resident be lia.... to each other for punitive damages for breach of contract related to bed bugs.

**13. LEASE TERMINATION:** In the event bed bugs are determined to be in the dwelling, Management shall have the right to terminate the tenancy by giving Resident seven days' written notice requiring Resident to permanently vacate the dwelling and remove all furniture, clothing, and personal belongings. Management in its sole judgment shall have the right to terminate the tenancy and obtain possession of the dwelling regardless of who is responsible for causing the infestation or presence of bed bugs. Due to the difficulty of treating and the often repetitive treatments necessary to control the infestation, Resident must vacate the dwelling upon such termination. A Resident who fails to vacate after the lease has been terminated shall be subject to an eviction action.

**14. INVALID OR UNENFORCEABLE PROVISIONS:** If any portion or provision of this addendum is declared to be invalid or unenforceable, then the remaining portions shall be severed and survive and remain enforceable. The court shall interpret and construe the remaining portion of this addendum so as to carry out the intent and effect of the parties.

You are legally bound by this document. Please read it carefully.

Resident or Residents
*(All residents must sign)*

_____

_____

_____

_____

Owner or Owner's Representative
*(Signs below)*

_____

Date of Signing Addendum

7 | 20 | 16
_____

0628201608830 2FL13012350

Florida/National Apartment Association Official Form 12-JJ, September, 2012
© 2012, National Apartment Association, Inc. 

BED BUG - A Guide for Rental Housing R    dents

Bed bugs, with a typical lifespan of 6 to 12 months, are wingless, flat, broadly oval-shaped insects. Capable of reaching the size of an apple seed at full growth, bed bugs are distinguishable by their reddish-brown color, although after feeding on the blood of humans and warm-blooded animals—their sole food source—the bugs assume a distinctly blood-red hue until digestion is complete.

**Bed bugs don't discriminate**
Bed bugs increased presence across the United States in recent decades can be attributed largely to a surge in international travel and trade. It's no surprise then that bed bugs have been found time and time again to have taken up residence in some of the fanciest hotels and apartment buildings in some of the nation's most expensive neighborhoods.

Nonetheless, false claims that associate bed bugs presence with poor hygiene and uncleanliness have caused rental housing residents, out of shame, to avoid notifying owners of their presence. This serves only to enable the spread of bed bugs.

While bed bugs are, by their very nature, more attracted to clutter, they're certainly not discouraged by cleanliness.

Bottom line: bed bugs know no social and economic bounds; claims to the contrary are false.

**Bed bugs don't transmit disease**
There exists no scientific evidence that bed bugs transmit disease. In fact, federal agencies tasked with addressing pest of public health concern, namely the U.S. Environmental Protection Agency and the Centers for Disease Control and Prevention, have refused to elevate bed bugs to the threat level posed by disease transmitting pests. Again, claims associating bed bugs with disease are false.

**Identifying bed bugs**
*Bed bugs can often be found in, around and between:*
- Bedding
- Bed frames
- Mattress seams
- Upholstered furniture, especially under cushions and along seams
- Around, behind and under wood furniture, especially along areas where drawers slide
- Curtains and draperies
- Along window and door frames
- Ceiling and wall junctions
- Crown moldings
- Behind and around wall hangings and loose wallpaper
- Between carpeting and walls (carpet can be pulled away from the wall and tack strip)
- Cracks and crevices in walls and floors
- Inside electronic devices, such as smoke and carbon monoxide detectors
- Because bed bugs leave some persons with itchy welts strikingly similar to those caused by fleas and mosquitoes, the origination of such markings often go misdiagnosed. However, welts caused by bed bugs often times appear in succession and on exposed areas of skin, such as the face, neck and arms. In some cases, an individual may not experience any visible reaction resulting from direct contact with bed bugs.
- While bed bugs typically prefer to act at night, they often do not succeed in returning to their hiding spots without leaving traces of their presence through fecal markings of a red to dark brown color, visible on or near beds. Blood stains tend also to appear when the bugs have been squashed, usually by an unsuspecting host in their sleep. And, because they shed, it's not uncommon for skin casts to be left behind in areas typically frequented by bed bugs.

**Preventing bed bug encounters when traveling**
Because humans serve as bed bugs' main mode of transportation, it is extremely important to be mindful of bed bugs when away from home. Experts agree that the spread of bed bugs across all regions of the United States is largely attributed to an increase in international travel and trade. Travelers are therefore encouraged to take a few minutes upon arriving to their temporary destination to thoroughly inspect their accommodations, so as to ensure that any uninvited guests are detected before the decision is made to unpack.

Because bed bugs can easily travel from one room to another, it is also recommended that travelers thoroughly inspect their luggage and belongings for bed bugs before departing for home.

**Bed bug do's and don'ts**
- Do not bring used furniture from unknown sources into your dwelling. Countless bed bug infestations have stemmed directly from the introduction into a resident's unit of second-hand and abandoned furniture. Unless the determination can be made with absolute certainty that a piece of second-hand furniture is bed bug-free, residents should assume that the reason a seemingly nice looking leather couch, for example, is sitting curbside, waiting to be hauled off to the landfill, may very well be due to the fact that it's teeming with bed bugs.
- Do address bed bug sightings immediately. Rental housing residents who suspect the presence of bed bugs in their unit must immediately notify the owner.
- Do not attempt to treat bed bug infestations. Under no circumstance should you attempt to eradicate bed bugs. Health hazards associated with the misapplication of traditional and non-traditional, chemical-based insecticides and pesticides poses too great a risk to you and your neighbors.
- Do comply with eradication protocol. If the determination is made that your unit is indeed playing host to bed bugs, you must comply with the bed bug eradication protocol set forth by both your owner and their designated pest management company.



**LEASE CONTRACT ADDENDUM**
**CHOICE OF DAMAGES, EARLY TERMINATION OF LEASE CONTRACT**



NATIONAL
APARTMENT
ASSOCIATION.

**DWELLING UNIT DESCRIPTION.**
Unit No. ____86-103____ , 586 Calibre Crest Parkway #103 ____ (street address) in Altamonte
Springs _____ (city), Florida, ____32714____ (zip code).

**LEASE CONTRACT DESCRIPTION.**
Lease Contract date: _____June 28, 2016_____ Owner's name: BEL Calibre Holdings, LLC
_____ Residents (list all residents):
Laura Frechette

In accordance with Florida Statutes §83.595, in the event you breach the Lease Contract for the dwelling unit, and we have obtained a writ of possession, or you have surrendered possession of the dwelling unit before the lease term expires, or you have abandoned the dwelling unit, you may choose to pay a liquidated damage or early termination fee amount instead of other statutory damages to which we may be entitled. As such, you may elect to pay a fixed amount as specified below under Choice 1 (pursuant to Fla. Stat. §83.595(4)) OR you may elect to allow us to charge what is otherwise allowed by statute under Choice 2 (pursuant to Fla. Stat. §83.595(1), (2) or (3)). This choice must be made at the time the Lease Contract is signed. If no choice is made, and you breach the Lease Contract as set forth herein, then we will charge what is allowed by Florida Statutes and the Lease Contract.

*Mark only one Choice.*

| | |
|---|---|
| **Choice 1**<br>☒<br>_____<br>Initial | You agree to pay $ ____1800.00____ (an amount that does not exceed 2 month's rent) to us as liquidated damages or early termination fee in accordance with Fla. Stat. §83.595(4) if you breach the Lease Contract and we have obtained a writ of possession, or if you have surrendered possession of the dwelling unit before the lease term expires, or if you have abandoned the dwelling unit, or if you elect to terminate the Lease Contract before the lease term expires. You understand and accept this liquidated damage or early termination fee specified herein, which election is made by you at the inception of the Lease Contract.<br><br>In the event this Choice 1 is elected, then we are entitled to rent and all other charges (including property damages to the dwelling unit beyond normal wear and tear) accrued through the end of the month in which we retake possession of the dwelling unit, in addition to the liquidated damages or early termination fee amount set forth in this paragraph in accordance with Fla. Stat. §83.595(4). However, we waive the right to seek additional rent beyond the month in which we retake possession. |
| **Choice 2**<br>☐<br>_____<br>Initial | You do not agree to liquidated damages or early termination fee and you acknowledge that we may seek damages as provided by law in accordance with Florida Statutes §83.595(1), (2) or (3) if you breach the Lease Contract and we have obtained a writ of possession, or if you have surrendered possession of the dwelling unit before the lease term expires, or if you have abandoned the dwelling unit, or if you elect to terminate the Lease Contract before the lease term expires.<br><br>In the event this Choice 2 is elected, you may owe future rents as they become due under the lease. |

**Resident or Residents**
*(All Residents must sign here)*

_____  6/28/16
Resident                        Date

_____  _____
Resident                        Date

_____  _____
Resident                        Date

_____  _____
Resident                        Date

**Owner or Owner's Representative**
*(signs here)*

_____

**Date of Lease Contract**

_____June 28, 2016_____

Laura Frechette

0628201608770IFL13012350

Florida/National Apartment Association Official Form, January 2013
©2013, National Apartment Association, Inc. 

## Community Policies / Master Lease Addendum

### 1. Preface / Definitions

In an effort to eliminate any misunderstanding concerning the obligations and/or representations made by Greystar, the ownership of the community, or any employee of either entity, we are requesting that you carefully read the contents contained herein and signify your complete understanding by signing the last page of this document.

a) **Resident:** The term "resident" refers to the person(s) who signed the Lease Contract. The terms "you" and "your" refer to all residents.

b) **Apartment:** The term "apartment" or "apartment home" or "unit" refers to the resident's leased space, which may include an apartment home, townhome, premises, and/or apartment.

c) **Occupant:** The term "occupant" refers to all persons residing in your apartment home who are included as authorized persons to occupy your apartment home on the Lease Contract, but are not lease holders.

d) **Community:** The term "community" refers to the property on which the apartment home is located.

e) **Owner:** The term "owner" refers to the title holder of the community. The term "management" refers to the owner's managing agent and its employees who manage the community. The owner's managing agent and the employees of the managing agent are not parties to the Lease Contract, act only as managing agent for the owner and shall have no obligation under the Lease Contract or this Addendum to resident, occupants, guests or invitees. The terms "we," "us," and "our" refers to either the owner or management, as the context dictates.

The following items are policies by which your community is operated. They are based on the belief that consideration of others and respect for the community is important. These policies and procedures are an addendum to and are referred to in your Lease Contract. Violation of any of these policies can result in termination of your Lease Contract. These policies may be added to, amended or repeated at any time in accordance with your Lease Contract.

### 2. Fair Housing Statement

This community is committed to compliance with all federal, state and local fair housing laws. Your community policies are designed to provide consistent and fair treatment of all residents in the spirit of these laws.

### 3. Good Neighbor Policy

All policies in this addendum apply to all residents, occupants, guests and invitees. Please be considerate of your neighbors and help us maintain a quiet, clean, community environment.

### 4. Security Disclosure Statement

a) **No Guarantee of Personal Security:** Neither owner nor management make any guarantee of, or provide any warranty for your personal security or safety or for the security or safety of your occupants, guests or invitees or for the security of personal property in the possession of or owned by any of those persons.

b) **No Provision of Security:** Neither Greystar, the ownership of the community, nor any employee of either entity, provides any type of security service, patrol personnel, patrol service, or device, including but not limited to intrusion alarms (whether monitored or not), controlled access gates, video cameras, controlled entry doors, or other mechanical devices which will guarantee or warrant your personal security or safety or the security or safety of your occupants, guests or invitees or the security of personal property in the possession of or owned by any of those persons. This statement is true, even in the event that one or more of the above noted devices may be present or in use at the community that you will reside in.

c) **Law Enforcement Agency is the Proper Authority for Security Related Incidents:** In the event of a security related incident, you acknowledge that the appropriate law enforcement agency is the proper authority to assist you. If such a need should arise, the appropriate law enforcement agency must be contacted first. After initially contacting the proper authorities, you may contact management and advise them of the problem. You acknowledge that neither the owner nor management has any obligation to respond to calls relating to security. Owner and management are not trained or equipped to intervene in incidents relating to security. This is the responsibility of local law enforcement authorities.

d) **No Obligation To Install Device(s) or Contract Services:** It is understood that owner has no obligation to install any device such as intrusion alarms, access gates, video cameras, controlled entry doors, or other mechanical devices, provide patrol personnel, or to contract for patrol service. In the event that one or more of these devices or services may be present on the community, there is no obligation on the part of owner to continue the use of the device or to contract any patrol personnel or patrol service.

e) **No Representation or Warranty as to the Reliability of such Equipment:** It is understood that if the community is equipped with any device, such as intrusion alarms, controlled access gates, video cameras, controlled entry doors, or other mechanical device, there is no representation or warranty as to the reliability or effectiveness of any such equipment as a

deterrent or in the prevention of any incident related to your personal security or safety or to the personal security or safety of your occupants, guests or invitees or the security of personal property in the possession of or owned by any of those persons.

f) **You Understand the Proper Operations of Device(s):** By signing this document, you acknowledge that you understand the proper operations of any and all devices that may be installed in your apartment home or in your community such as an intrusion alarm or access gate system.

g) **Repair Requests Must be In Writing:** The repair and maintenance of any device, such as intrusion alarms, controlled access gates, video cameras, controlled entry doors, or other mechanical device that may be present in your apartment home or located on the community is the responsibility of the manufacturer, installer or service representative who provided the device. In the event of a malfunction of any such equipment or device, you must notify management *in writing* about the problem. The appropriate party will be contacted to effect repair or replacement. cat

h) **Outside Contractors May be Required for Repair:** You acknowledge and understand that management does not have the expertise or equipment to repair any device that may be located in your apartment home or located on the community, such as an intrusion alarm, access gate system, video cameras, controlled entry doors, or other mechanical device. As outside contractors and service representatives may be required for the repair and maintenance of this type of equipment, delays may be encountered.

i) **Service Requests for Door and Window Locks Must be in Writing:** Any requests for service of items such as door and window locks *must be made in writing* to management, so that there is a clear record of the request for both maintenance and management personnel.

j) **Release:** You hereby release, Owner, management, and their respective agents, officers, directors, owners, partners, employees, and their legal representatives from any claim whatsoever, with respect to any personal injury, illness, property damage or death, which is in any way related to any of the devices and/or patrol service mentioned above or to any defect, malfunction or inadequacy thereof.

### 5. No Reliance on Security Devices or Measures

**5.1 Security Devices May Fail or be Thwarted by Criminals:** You acknowledge that security devices or measures, including but not limited to, intrusion alarms, access gates, keyed or controlled entry doors, video cameras, or other devices, may fail or be thwarted by criminals or by electrical or mechanical malfunctions. Therefore, you acknowledge that you should not rely on such devices or measures and should take steps to protect you and your existing property as if these devices or measures did not exist.

a) **Notify Management Immediately of Malfunctions:** You agree to immediately notify management of any malfunctions involving locks, doors, windows, latches, smoke alarms, and carbon monoxide detectors (if applicable).

b) **Your Responsibility to Test, Supply Batteries, and Not Disable:** You are responsible for the proper operation and regular testing of all devices in the apartment home, including but not limited to, alarms, smoke alarms, and carbon monoxide detectors (if applicable). You are responsible for supplying electrical current to devices, including replacing the batteries if applicable. You agree you will not disable, disconnect, alter or remove the smoke alarms, locking devices, alarm system, sprinkler system, fire extinguisher, screens, latches, or carbon monoxide detector (if applicable).

**5.2 Off Duty Police Officer or Patrol Service:** In the event an off duty police officer or patrol service patrols the community, the officer and/or patrol service is not equipped to provide personal security to residents, occupants, guests or invitees of any apartment home. Someone with criminal intent can circumvent any procedure used by the officer and/or patrol service and commit a crime in the community.

**5.3 Cameras in the Community:** In the event cameras have been placed in the community or amenities, these cameras may not be monitored on a 24 hour basis and are not designed to provide personal security services for anyone.

**5.4 Access Gates:** In the event access gates are present in the community, resident agrees to follow all instructions and rules regarding the use of the gates as outlined in Section 10 of this Addendum. Neither owner nor management have any duty to maintain the gates or fencing. Residents are encouraged to contact the local law enforcement agency in the event they have security concerns and contact 911 in the event of an emergency.

### 6. Crime Prevention Tips

There are many crime prevention tips readily available from police departments and other sources. Residents are encouraged to use these and other common sense tips:

a) **Report Emergencies to Local Authorities:** Always report emergencies to local authorities first and then contact management, including suspicious activity.

b) **Be Aware of Neighbors and Surroundings:** Know neighbors and watch out for each other. Always be aware of surroundings and avoid areas that are not well-traveled or well-lit.

c) **Keys:**  Keep keys handy when walking to a car or to your apartment home.  Do not put identification, such as name or address, on key rings or hide extra keys under the door mat or flower pot.  If keys are lost or concerns about safety exist, contact management for rekeying.  Do not give keys, codes, access cards, or gate remotes to anyone.

d) **Secure Doors and Windows:**  Do not go inside if the door is open upon arriving to your apartment home.  Call the police before entering.  Make sure door locks, window latches, and sliding glass doors are properly secured at all times.  Do not open the door to a stranger.

e) **Security Devices:**  Check security devices and detection devices once a month to make sure they are working properly.

f) **While Gone:**  Lock doors and windows and leave a radio or TV playing softly while gone.  Stop deliveries of newspapers or mail when gone for an extended period.  Tell someone of plans of departure, whereabouts, and plans to return.

g) **Exit Routes:**  Know at least two exit routes from the apartment home, if possible.

h) **Vehicles:**  Always lock car doors, even while driving.  Hide valuables and park vehicles in a well-lit area.  Check the backseat before entering the car.

### 7. Renter's Insurance

In the event your community requires you to maintain renter's liability insurance, you agree to maintain it throughout the term of your residency.  See management for details.  You are strongly urged to purchase renter's insurance to protect your personal possessions in the event of a loss. We recommend that you ask a licensed insurance agent how best to protect your personal possessions as neither owner nor management is responsible for your personal belongings in the event of a loss, whether inside or outside of the apartment home.

### 8. Intrusion Alarms

In the event your community has alarm systems, the following policies apply:

a) **Resident Responsible for Local Permit:**  The resident may elect to utilize an alarm device in the apartment home.  In the event your city or local officials require a residential alarm permit application, this must be completed by the resident immediately.  Provide management confirmation this has been completed.  Resident is responsible for all appropriate fees.

b) **Provide Management with Code:**  Please note that if an alarm is installed in the apartment home, it is the resident's responsibility to provide management with the code for emergency purposes or service requests.  All codes are kept confidential.

c) **Resident Responsible for Resulting Charges:**  Any charges resulting from the use of the intrusion alarm will be charged to resident, including but not limited to, false alarms with police, fire, or ambulance response, and required city permits or charges.

d) **Independent Contractor for Monitoring:**  In the event resident chooses to have the intrusion alarm monitored, resident must make arrangements with an independent company to activate and maintain the alarm system.  In such case, resident must provide management with the alarm code and any special instructions for lawful entry into the apartment home.

e) **Use Reasonable Care:**  Resident agrees to use reasonable care in operating the alarm.

### 9. Smoke Alarms or Carbon Monoxide Detectors

In the event your apartment home has smoke alarms and/or carbon monoxide detectors (if applicable), the following policies apply:

a) **Devices are in Working Order:**  You acknowledge that as of the date of initial occupancy, the apartment home is equipped with one or more smoke alarms or carbon monoxide detectors (if applicable) that have been tested and provided with working batteries.  You further acknowledge that you have had an opportunity to inspect the smoke alarm(s) or carbon monoxide detector(s), if applicable, and that you find it/them to be in good working order.

b) **Resident to Test Device(s) and Notify Management in Writing of Problems:**  You agree that it is your duty to regularly test the device(s).  You further agree to notify management immediately in writing of any problem, defect, malfunction or failure of the device(s) and to notify management of the need to install, inspect or repair the device(s), assuming the availability of labor and materials.

c) **Your Responsibility to Test, Supply Batteries, and Not Disable:**  To the extent permitted by law, you agree to replace the battery; if any, at anytime  the  existing  battery becomes  unserviceable.  YOU MUST NOT DISCONNECT OR INTENTIONALLY DAMAGE A SMOKE ALARM OR CARBON MONOXIDE DETECTOR (if applicable) OR REMOVE THE BATTERY WITHOUT IMMEDIATELY REPLACING IT WITH A WORKING BATTERY.

d) **Resident Agrees to Reimburse for Device(s) Damaged:**  You agree to reimburse owner, upon request, for the cost of a new device and the installation thereof in the event of the existing smoke alarm(s) or carbon monoxide detector (if applicable) becomes damaged by you, occupants, guests or invitees.

e) **Resident Assumes Responsibility for All Risks and Hazards:**  Any duty of the owner or management to inspect and repair smoke alarms and carbon monoxide detectors (if

applicable) is waived to the extent allowed by applicable law.  Also, to the extent allowed by applicable law, you acknowledge and agree that neither owner nor management are the operator, manufacturer, distributor, retailer or supplier of the device(s); that, to the extent allowed by applicable law, you assume full and complete responsibility for all risk and hazards, attributable to, connected with or in any way related to the operation, malfunction, or failure of the device(s), regardless of such malfunction or failure is attributed to, connected with, or in any way related to the use, operation, manufacture, distribution, repair, servicing or inspection of said smoke alarm(s) or carbon monoxide detector(s), if applicable.

f) **No Representations or Warranties:**  TO THE EXTENT ALLOWED BY APPLICABLE LAW, NO REPRESENTATION, WARRANTIES, UNDERTAKINGS OR PROMISES, WHETHER ORAL OR IMPLIED, OR OTHERWISE, HAVE BEEN MADE BY OWNER OR MANAGEMENT TO YOU REGARDING SAID SMOKE ALARM(S) OR CARBON MONOXIDE DETECTORS (if applicable), OR THE ALLEGED PERFORMANCE OF THE SAME. NEITHER OWNER NOR MANAGEMENT MAKES OR ADOPTS ANY WARRANTY OR ANY NATURE REGARDING SAID DEVICE(S) AND EXPRESSLY DISCLAIM ALL WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE, OR HABITABILITY, OR ANY AND ALL OTHER EXPRESSED OR IMPLIED WARRANTIES, EXCEPT AS EXPRESSLY PROVIDED IN STATURE.  NEITHER OWNER NOR MANAGEMENT SHALL BE LIABLE FOR DAMAGES OR LOSSES TO PERSON OR PROPERTY CAUSED BY (1) YOUR FAILURE TO REGULARLY TEST THE DEVICE(S); (2) YOUR FAILURE TO NOTIFY MANAGEMENT OF ANY PROBLEM, DEFECT, MALFUNCTION, OR  FAILURE OF THE DEVICE(S);  (3) THEFT  OF THE DEVICE(S) OR ITS SERVICEABLE BATTERY; AND/OR (4) FALSE ALARMS PRODUCED BY THE DEVICE(S).  THERE ARE NO WARRANTIES,  WHICH  EXTEND  BEYOND  THE DESCRIPTION ON THE FACE HEREOF.

### 10. Controlled Access Gates

In the event your community has controlled access gates, the following policies apply.

a) **Approach Gates With Caution:**  Always approach entry and exit gates with caution and at a very slow rate of speed.

b) **Never Stop Your Vehicle Where The Gate Can Hit It:**  Never stop your vehicle where the gate can hit your vehicle as the gate opens or closes.

c) **Never Follow Another Vehicle:**  Never follow another vehicle into an open gate.  Always use your remote, card, or the keypad to gain entry.

d) **Never Force Gate Open:**  Never force the gate open with your vehicle.

e) **Never Get Out Of Vehicle:**  Never get out of your vehicle while the gates are opening or closing.

f) **Contact Management for Assistance with Longer Vehicles:**  If you are using the gates with a boat, trailer, or moving van, please contact management for assistance.  The length and width of the trailer may cause recognition problems with the safety loop alarm and could cause damage.

g) **Use Caution If Children are Nearby:**  Do not operate the gate if there are small children nearby who might get caught in it as it opens or closes.

h) **Lost Cards or Remotes:**  If you lose your card or remote, please contact management immediately.

i) Do not give your card, remote, or code to a non-resident.

j) **No Tampering:**  Do not tamper with the gates or allow your occupants, guests, or invitees to tamper or play with the gates.

k) **Report Vehicles that Piggyback:**  Report to management the vehicle license plate of any vehicle that piggybacks through the gate.

l) **Not Responsible for Damage:**  Neither owner nor management are responsible for damage to vehicles.

m) You acknowledge that you and all other occupants have read the instructions regarding the access gates.  If residents, occupants, guests, or invitees, through negligence or misuse, damage the gates, you are liable for the damages under your Lease Contract and collection of damage amounts will be pursued.

n) **See Management for System Operations:**  See management for details on the operations of your community's gate system.

### 11. Entry Devices (Access Cards, Keys, Fobs, etc.)

In the event your community requires entry devices, the following policies apply.

a) **Access Card or Key Fob:**  Each person who is 18 years of age or older and listed as a resident on the Lease Contract may request an access card.  Each additional card for you or occupants over 16 years of age will require a deposit or fee of $____0.00____.

b) **Damaged, Lost or Un-returned Cards, Remotes, or Fobs:**  If a card/remote is lost, stolen or damaged, a fee of $____0.00____ will be charged for a replacement.  See management for details.  If a card is not returned or is returned damaged when you move out, there will be a deduction from the security deposit for each card in the amount of $_____0.00_____.  In addition, (to the extent allowed by law) if the garage remote is damaged or not

returned, a fee of $___0.00___ will be deducted from the security deposit per remate. See management for details.

c) **Personal Injury and/or Personal Property Damage:** Fencing, gates or other devices will not prevent crime. No security system or device is foolproof. Crime can still occur. Protecting residents, occupants, guests, and invitees from crime is the sole responsibility of residents, occupants, and law enforcement agencies. First, call the police or 911 if a crime occurs or is suspected. The community is not liable to any resident, occupants, guests or invitees for personal injury, death or damage/loss of personal property from incidents related to perimeter fencing, automobile access gates, and/or pedestrian access gates. We reserve the right to modify or eliminate security systems other than those statutorily required.

d) **Report Malfunctions:** Resident agrees to immediately report to management any malfunction or damage to gates, fencing, locks, or related equipment.

## 12. Keys & Locks

The care and maintenance of the keys (key fobs, access card, etc.) and locks to your apartment home is of critical importance. No one should have a key to your apartment home without our prior written permission, including family, friends, housekeeper, caregiver, and delivery or repair services (management will retain a key). Additional policies regarding keys and locks include:

a) **Duplicate Keys:** A duplicate of your key will be made upon written request for a charge of $___5.00___.

b) **Lost Keys:** If you lose your apartment home, storage, or mailbox keys or wish to have your lock re-keyed, your request must be in writing, and you will be charged a re-keying fee of $___25.00___ which is due prior to changing your locks. See management for details.

c) **After Hours Lock Outs:** After office hours, you must contact and pay for a locksmith if you have inadvertently locked yourself out.

d) **Precautions to Take with Keys:** Take precautions with your keys. Do not hide a key outside of your apartment home. Do not give your keys to acquaintances. Do not put your address on your key ring. Keep your car keys and apartment home keys on separate rings.

e) **Locks and Latches:** If your apartment home is not equipped with a latch on each window and a keyless deadbolt on every exterior door, you may request in writing to add them. If your apartment home has a sliding glass door that is not equipped with a pin lock and a charley bar or a door handle latch on the sliding glass door, you may request in writing to add them.

f) **Resident To Check All Windows and Locks:** We strongly recommend that you keep all windows and doors locked at all times. Immediately upon move in, Resident shall check all of the above and report any broken, missing or unserviceable items to management.

g) **Lock Outs During Office Hours:** If you are locked out of your apartment home during business hours, contact management. A picture I.D. may be required to gain access to your apartment home.

h) **Access Gate Assistance After Office Hours:** After hours assistance is not provided regarding your gate access cards. Please keep your card with you at all times. If you lose your gate access card, or if your access card malfunctions, contact management during regular office hours to make arrangements to repair/replace the card.

i) **Lock Changes:** Locks shall not be changed or added without consent of the owner. If a lock change is approved, management will perform the work and retain a key.

j) **Keyed Access to Amenities:** In the event your community has keyed-access to amenities, you will be responsible for that key. If the key is not returned upon move out, a fee of $___25.00___ will be charged. Keys cannot be given to other people. See management for more details.

## 13. Patios / Balconies / Private Yards

In the event your community has patios, balconies, or private yards, the following policies apply.

a) **Items Allowed or Prohibited:** Only plants and patio furniture are allowed. Furniture intended for indoor use is not allowed. The space is not designed to serve as storage space. No combustible material, automobile tires and/or parts, equipment, firewood and other unsightly or heavy items should be stored on the patio.

b) **Bicycles:** Bicycles are allowed to be neatly parked. Bicycles are not allowed to be hung from ceilings or walls.

c) **Satellite Dishes:** Satellite dishes may be permitted with prior written permission, a signed Satellite Dish Addendum with applicable deposit or fee, and proof of renter's insurance (see management for further information).

d) **No Motorcycles, Laundry, Flags, Signs:** No motorcycles are allowed in or on balconies, patios, yards, breezeways, courtyard areas or under stairs. No items, such as laundry, clothing, rugs, sports team flags, or neon signs are to be placed on the exterior of any building, including balconies, patios, and private yards.

e) **BBQ Grills Prohibited:** The use or storage of barbecue grills on patios, balconies, walkways, breezeways, etc. is prohibited.

f) **Resident Responsible for Private Yard:** The following policies apply in addition to the policies listed above. In the event your apartment home has a private yard and the resident is responsible for maintenance of the yard, maintenance will include, but not be limited to, mowing, edging, shrub trimming, watering, debris removal, weeding, etc. Resident agrees to maintain the landscaping in a healthy condition (free of weeds, holes, fungus/parasites, pet feces, trash, debris and consistent color in sod, etc.). If your private yard is not maintained to the community standards, management has the right to maintain it at the resident's expense. Management will have the right to charge fines. Upon move-out, management can deduct any amounts owed from the security deposit paid by the resident as allowable under the Lease Contract. See management for details.

g) **Community Landscaper Utilized for Private Yard:** The following policies apply in addition to the policies listed above. In the event your community landscaper maintains the private yard, there may be an additional monthly fee of $___0.00___ required. The Resident is still responsible for maintaining the landscaping in a healthy condition (free of weeds, holes, fungus/parasites, pet feces, trash, debris and consistent color in sod, regular watering, etc.). Resident agrees to provide access so that routine yard maintenance can occur. If your private yard is not maintained to the community standards, management has the right to maintain it at the resident's expense. Management will have the right to charge fines. Upon move-out, management can deduct any amounts owed from the security deposit paid by the resident as allowable under the Lease Contract. See management for details.

## 14. Satellite Dishes

In the event a resident elects to install a satellite dish, the following policies apply.

a) **Addendum:** The resident must sign a Satellite Dish Addendum, secure liability insurance in the amount specified by your community (no less than $25,000) covering the satellite dish, and pay the applicable deposit or fees prior to installing a satellite dish (fees will be included on the Satellite Dish Addendum).

b) No antenna or satellite dish that exceeds one meter (39 inches) in diameter is permitted.

c) No antenna or satellite dish may protrude beyond the vertical or horizontal space that is leased to resident.

d) **No Installation Outside the Apartment Home:** No antenna or satellite dish may be installed outside the apartment home, such as on any parking area, roof, exterior wall, window, fence, grounds, or common area.

e) **Temporary Mounting Devices Only:** Mounting devices must be temporary devices that will not cause damage to the railing or fence and can be easily removed.

f) **One Solid Color Only:** No advertising slogans. The antenna or satellite dish shall be one solid color only, either white, black, or shades of brown, gray, or tan.

g) The antenna or satellite dish shall not cause distortion or interference whatsoever with respect to any other electronic device at the community.

h) **One Per Apartment Home:** Only one (1) antenna or satellite dish per apartment home. Resident must remove the antenna or dish and other related equipment when resident moves out or a removal fee of $___200.00___ will be charged.

i) Resident will be responsible for paying any damages and for the cost of repairs or repainting which may be reasonably necessary to restore the apartment home to its condition prior to the installation of the antenna or dish. Resident is fully responsible for the satellite dish, antenna, and related equipment including but not limited to any damage or injury caused by the device, maintenance, installation, and removal.

## 15. Inside or Near the Apartment home

**15.1 Windows and Doors:** Windows and doors shall not be obstructed by the resident. If the community provides blinds or screens on windows, then the blinds and screens shall not be removed by resident. Any window treatment installed by the resident shall have a white backing to provide a uniform appearance from the exterior of the building. Resident shall remove window treatments at the end of the Lease Contract. Any damage to the apartment home will be deducted from the security deposit or charged to the resident. The use of foil and other similar unsightly materials, including but not limited to neon/flashing signs, flags, and signs/advertisements, on windows is strictly prohibited.

**15.2 Proper Use of Windows and Doors:** Resident shall not throw anything out of the windows, patios, or doors. Resident shall not leave windows or doors open during inclement weather. Resident shall be liable for any damage to the apartment home, including but not limited to paint, walls, cabinets, carpets, floors resulting from failure to close windows and doors and exercise reasonable care.

**15.3 Welcome Mats and Heavy Items:** Welcome mats can be placed in front of entry doors, but rugs or carpet remnants are not permitted. Resident shall not place any unusually heavy objects on the floor, such as pool tables, waterbeds, etc.



**15.4  Plumbing:** Lavatories, sinks, toilets and all water and plumbing apparatus, including the kitchen sink and garbage disposal, shall be used by resident, occupants, guests or invitees only for the purpose for which they are constructed. Sweepings, rubbish, rags, ashes, feminine products, and other foreign substances shall not be thrown in any plumbing apparatus.

**15.5  Light Bulbs:** Resident will be responsible at their expense to replace all interior light bulbs and tubes. All interior and exterior bulbs, tubes, globes, and lights must be operational at the time the resident vacates the apartment home or a charge will be assessed to replace them. Residents may not remove exterior lights or globes. Colored bulbs in exterior light fixtures are not allowed. Halogen light bulbs must be supervised by resident during use and must never be left on unattended.

**15.6  Soliciting:** Soliciting is not permitted in the community. Management shall be notified if a solicitor is seen in the community. Unless allowed by law, Resident cannot distribute, post, or hang any signs, flyers, advertisements, or notices in any portion of the community without management's prior approval.

**15.7  Sports:** Team sports such as football, baseball, kickball, soccer, dodge ball, etc. are not permitted to be played in the pool or parking areas. The use of water guns or water balloons is prohibited. Dart boards and darts are not allowed on the community. Violators will be held responsible for any damages.

**15.8  Apartment Toured:** You acknowledge that the condition of the apartment home you selected will not be the same as the condition of any model or vacant apartment home you may have previously toured. The model or vacant apartment homes may have floors, cabinets, appliances, counters, and other finishing features that are considered upgrades. These upgrades may or may not be available for a monthly premium charge. In addition, the model apartment home may have been professionally decorated and may not have had previous occupants residing in it.

**15.9  Stairs Inside the Apartment home:** If the apartment home you selected has stairs, it is your responsibility to make sure your furniture will fit. The stairways may be too narrow to maneuver large furniture upstairs, including a queen size bed or box spring. Please request further dimensions from management if you have any questions or concerns.

**15.10  Square Footage:** There is no guarantee that your apartment home will have the exact square footage listed on brochures, websites, or other advertising. Every apartment home may differ due to construction variations.

**15.11  Fireplace:** In the event your apartment home has a fireplace, you agree to use the fireplace at your own risk. Use the fireplace only as the manufacturer intended. Contact management if you have any questions. Never use flammable liquids to start fires and never burn anything other than seasoned firewood. Clean your hearth of any flammable materials. Do not attempt to clean the inside of the chimney. Report maintenance needs to management immediately. Keep pets and young children away from the hearth. Use a mesh screen and leave glass doors open when burning fires. Build small fires that burn completely and produce less smoke. If applicable, open the flue/damper before lighting a fire. Close the flue/damper only when the fire is completely out, the smoke has ceased to rise, and the wood is cool. Never leave a fire unattended. Put all fires out completely before going to bed or leaving the apartment home.

**15.12  Furniture, Televisions, Appliances:** In the event your apartment home has furniture, televisions, and/or appliances included, you agree to maintain them in a clean condition, reasonable wear and tear excepted. Removal of these items is not allowed. Upon move-out, these items must be placed in the same location they were upon move-in. Resident will be responsible for any damages, cleaning, repair, or replacement charges. Resident will pay the cost to repair, replace, or clean the furniture, televisions, and/or appliances and, to the extent allowed by law, management will have the right to deduct any amounts owed from the security deposit paid by the resident under the Lease Contract.

**15.13  No Obstructions to Ingress / Egress:** Resident shall not allow bicycles or other objects to obstruct driveways, sidewalks, sport courts, entry passages, stairs, underneath stairs, breezeways, courtyards, or halls of the community.

**15.14  Wires and Personal Items Outside the Home:** No radio/television aerials or wires are permitted on any part of the apartment home. Personal items are not permitted in the outside walkways, breezeways or under stairs.

### 16. Smoke or Other Odors

In the event your community is not designated as a smoke-free community, you, your occupants, guests, and invitees acknowledge that management cannot prevent smells of smoke in and around your apartment home and community.

**16.1  Resident Responsibilities:** If you smoke or create other types of odors, you shall provide proper ventilation so you do not disturb or cause inconvenience to others. Open windows and use fans to allow

the odors to escape the apartment home. You shall dispose of cigarettes so as not to create a fire hazard or litter.

**16.2  Removal of Odors:** If the carpet, walls, A/C ducts, or other items in the apartment home retain odors due to your use or surrounding residents complain about the odors, you will be responsible for removing unwanted smells and odors. The cost to remove the odors or replace the items if the odors cannot be removed will be charged to your account.

**16.3  Designated Smoke-Free Community:** In the event your community is a designated smoke-free community, you, your occupants, guests, and invitees agree to uphold the no smoking policy which may include the use of vaping devices. Management will have the right to fine charges.

### 17. Parking and Vehicles

In the event your community has parking for the enjoyment of all residents, the following policies apply.

  a) **Speed Limit:** Unless otherwise posted, the speed limit is ten (10) miles per hour.
  b) **Posted Signs:** You are responsible for following all posted signs including height restrictions, mounted mirrors, and traffic control devices.
  c) **Unassigned Parking:** In the event parking at your community is unassigned, you can park on a first-come, first-serve basis, except in designated areas. Guests must park in guest parking only.
  d) **Assigned Parking:** In the event parking at your community is assigned, you must park only in your assigned space. Guests must park in guest parking only.
  e) **Limitation of Vehicles:** In the event your community has a limitation on the number of vehicles allowed, see management for specific community vehicle limitations.
  f) **Courteous Parking:** Please be courteous to your neighbors. Do not take up two spaces with one vehicle or park on the grass, sidewalks, or patios.
  g) **Restricted Vehicles:** In the event your community does not allow campers, trailers, boats, buses, large trucks, commercial vehicles, mobile homes, trailers, recreational vehicles and equipment, they are not allowed to be parked anywhere on the community including carports and/or garages. Violators will be towed away without notice at owner's expense.
  h) In the event your community allows campers, trailers, boats, buses, large trucks, commercial vehicles, mobile homes, trailers, recreational vehicles and equipment to be parked, you must park only in the area assigned by management. Violators will be towed away without notice at owner's expense.
  i) **No Vehicle Repairs:** Automobile repair work is not allowed on the community. Washing vehicles is not allowed unless there is a designated car care facility.
  j) **Licensing Requirements:** Vehicles must meet all state inspection, registration, and licensing requirements to remain on the community.
  k) **Towing:** Any unauthorized motor vehicle that is parked in a fire lane, handicapped space, blocking a trash receptacle or a garage, double parked, abandoned (expired registration/licensing) or inoperable will be towed away without notice at the owner's expense. You are responsible for notifying occupants, guests and invitees of these towing policies. Neither owner nor management will be responsible for any damage or charges to the vehicle involved.
  l) **Motorcycles:** Motorcycles should be parked in parking lots or garages. Do not park them on patios, balconies, inside your apartment home, in breezeways or under stairs. They must have a current tag. No "dirt bikes" are allowed on the community. Your community may require a kickstand block (see management for details).
  m) **Inadequate Space:** You acknowledge that although parking space may be provided for residents, this space may prove inadequate at times.
  n) **Vehicle Insurance:** Resident acknowledges that resident will park all vehicles at resident's own risk and will maintain proper insurance on resident's vehicles.
  o) **No Loitering or Sports:** You, your occupants, guests, and invitees may not engage in the following activities in parking areas:  loitering (standing or waiting around), playing sports, or disrupting the flow of traffic.

### 18. Parking Tags / Stickers

In the event your community requires parking tags/stickers, the parking tag/sticker must be visibly displayed either on the rear view mirror or taped next to the vehicle registration. Neither owner nor management are responsible for damage to tint or glass due to the sticker. The vehicle can be towed without notice at the owner's expense in accordance with state law.
  a) You agree to advise your occupants, guests, and invitees to park in the designated guest parking spaces only.
  b) If your sticker/tag is lost, stolen, damaged, or not returned upon move-out, a replacement fee of $_____0.00_____ will be assessed to your account.

### 19. Enclosed Garage, Carport, or Storage Unit

In the event an enclosed garage, carport, or storage unit is included in the rent or leased by the resident, it is subject to the same terms and

conditions that apply to the Lease Contract of the apartment home itself, and it covers the same period of time. Additional conditions are as follows:

a) **Addendum:** A Garage, Carport, or Storage Addendum should be signed that details all fees, deposits, or other charges.

b) Only operable, registered/licensed motor vehicles and bicycles should be parked in garages and carports.

c) Garages may not be used for the sole purpose of storage.

d) **Prohibited Items:** Residents will not, at any time, keep within the garage or storage unit anything that is dangerous or detrimental to the safety or health of other residents or occupants of the community, or in violation of any building codes or city ordinances. Prohibited items include fuel (other than vehicle fuel tanks), flammable materials, fireworks, piles of paper, rags or other flammable material that may create a fire hazard.

e) **Owner reserves the right** to remove, without prior notice, any contents of the garage, carport, or storage unit that the owner reasonably believes might constitute a fire or environmental hazard.

f) Management may enter garage, carport, or storage units to ensure compliance with this addendum to the extent allowed by law. Written notice of such opening and entry will be provided in accordance with the Lease Contract.

g) **Locks:** Garage and storage unit door locks may not be re-keyed, added or changed without prior written consent by management.

h) **Garage Door Opener:** In the event a garage door opener is included, resident acknowledges future responsibility for its maintenance, including battery replacement. Transmitter frequency settings may not be changed on the garage door system without management's prior written consent. Neither owner nor management make any representations of security.

i) **Deposit or Fee:** A deposit or fee may be required for a garage door opener. In the event a refundable deposit is required, the deposit will be refunded when the door opener is returned at the time of move-out in good condition.

j) **No Alterations:** Improvements or alterations to the interior or exterior of the garage, carport, or storage unit may not be made without management's prior written consent. Resident will not place any nails, screws, bolts or hooks into walls, ceilings, floors or doors. Any damage to the garage, carport, or storage unit (not caused by management) will be paid for by the resident.

k) **Not Responsible for Loss or Damage:** Resident will maintain comprehensive insurance for resident's vehicles and personal property at all times. Neither owner nor management will have any liability for loss or damage to resident's vehicles or other property stored in the garage, carport, or storage unit, whether by accident, fire, theft, water, weather related events, vandalism, mysterious disappearance or otherwise.

l) **Remaining Items:** All items remaining in the garage, carport, or storage unit after the resident has vacated the apartment home will be disposed of according to the Lease Contract which addresses owner's disposition or sale of property left in an abandoned or surrendered apartment home.

m) **Attached Garage:** In the event the garage is attached to your apartment home, when inside the apartment home, always keep the garage door closed and secured and lock the keyless deadbolt lock on the door between the garage and the apartment home, as well as all other entry doors. When leaving, be sure to lock all keyed deadbolt locks. However, do not lock keyless deadbolts when exiting your garage or you may lock yourself out of your apartment home and be unable to gain access.

n) **Prohibited Activity:** No one may sleep, cook, barbeque, or live in the garage, carport, or storage unit.

o) Persons not listed as a resident or occupant in the lease may not use the garage, storage, or carport.

p) No plants may be grown in the garage, storage unit, or carport.

q) **No Running Vehicles Inside Closed Garage:** Because of carbon monoxide risks, you shall not run the motor of a vehicle inside a garage unless the garage door is open to allow fumes to escape.

r) No smoke, fire, or carbon monoxide detectors will be furnished by us unless required by law. We may choose to provide a detection device not required by law by separate addendum.

s) Storage units may be used only for storage of personal property.

t) In the event your community has carports, carports are assigned parking unless otherwise instructed by management. Violators will be towed without warning at the owner's expense.

u) **Damages:** Residents are responsible for damage you cause to the carport, garage, or storage unit. Please pay attention to the height of vehicles and moving vans to ensure they do not damage the carport or garage.

## 20. Animals

**20.1 Service Animals:** Service animals are welcome. Service animals will be accepted without breed or weight restrictions. No fees, rent, or deposits will be required for service animals. Documentation for service animals may be requested.

**20.2 Animal Policies:** In the event your community allows animals, the following policies apply.

a) **Animal Addendum Required:** Animals, including visiting animals, are not allowed without a signed Animal Addendum that should detail fees, charges, and deposits.

b) **Items Required Prior to Move In:** Prior to move in, resident must provide to management the animal deposit and fees, a copy of veterinarian records, city license, if required, and a current immunizations record.

c) **No More Than Two Pets:** A maximum of two pets per apartment home are permitted.

d) **Weight Limits:** Pets shall not exceed the restricted weight limit. Contact management for your community specific weight limits.

e) Dogs must be at least one year old.

f) **Restricted Breeds:** The following breeds are not permitted on the community: Rottweiler, Doberman Pinscher, Pit Bull-Terrier/Staffordshire Terrier, Chow, Presa Canarios, Akita, Alaskan Malamutes, Wolf-Hybrid, or any mix thereof. Specific communities may have additional breed restrictions. Contact management for additional breed restrictions that apply.

g) **Owner Shall Determine Breed:** Regardless of resident's representation as to the breed or classification of any animal, resident agrees that owner shall make the final determination as to the breed or classification of resident's pet or animal in owner's sole and absolute discretion. Restricted Breeds shall have the broadest possible meaning, and includes, but is not limited to, any animal displaying physical traits or characteristics of any restricted breed animal, whether by observation or by standards established by the American Kennel Club, or other applicable association, or defined by any law, statute, or ordinance.

h) **Cats:** Cats must be spayed or neutered.

i) **Animals Not Allowed in Amenities:** Animals, except Service Animals, are not permitted in the pool, pool area, or community amenity areas such as the business and fitness centers.

j) **No Staking Animals:** At no time may an animal be staked or tied outside the apartment home. This includes the patio, balcony or any other common area.

k) **No Exotic Pets:** No exotic pets are allowed, such as rabbits, ferrets, snakes, gerbils, hamsters, rats, mice, chinchillas, or large birds.

l) **Dog Park:** In the event your community has a dog park, residents shall follow the rules posted or provided by the community, in addition to those outlined in Section 44 of this Addendum. Use of the Dog Park is at your own risk.

m) **Aquariums:** Aquariums up to 20 gallons are allowed without a pet deposit or fee. Residents with aquariums over 20 gallons may be required to pay a pet deposit or fee and have proof of renter's insurance. See management for details.

n) **Resident Responsible for Animal:** Resident is responsible for any injury or damages to persons, other animals, or property caused by the animal or to the animal.

o) **Leash:** Animals must be on a leash when walked on the community grounds.

p) **Disturbances:** The animal must not disturb neighbors or other residents.

q) **Pet Feces:** Animal defecation outside the apartment home is allowed in designated areas and must be removed immediately by resident. Contact management for community specific details.

r) **Animal Food and Water:** Animals must be fed and watered inside your apartment home. Do not leave food or water outside your apartment home as it can attract wildlife or stray animals.

s) **Pet Insurance:** Residents with pets are strongly encouraged to obtain pet insurance. Speak to management for further details.

t) **Animal DNA Program:** In the event your community utilizes an Animal DNA program to properly identify pet waste, you agree to provide a sample of your pet's DNA for identification purposes. You agree you may be responsible for applicable charges.

## 21. Trash Removal and Disposal

a) **Curbside Pick Up:** In the event your community offers curbside trash pick-up, contact management for the scheduled days and times of pick-up. You will be charged for any trash left out on days that are not scheduled for pick-up. Owner reserves the right to remove curbside trash pick-up service upon written notice to residents of the change.

b) **No Curbside Pick Up:** In the event your community does not offer curbside trash pick-up, residents shall dispose of their bagged and tied trash inside the compactor/dumpster facility as instructed by owner or by the sign near the compactor/dumpster.

c) **Trash Chutes:** In the event your community has trash chutes, contact management for the scheduled hours of operation. Securely tied, kitchen-sized bags are required. No loose items can be put in the trash chute. Do not use the chute for recycling. No boxes or large trash can be placed in the chutes. Contact management for details or questions regarding the use of trash chutes.

d) **Recycling:** In the event recycling is offered at your community, you are responsible for complying with all recycling regulations. Contact management for community specific details.

e) **Potential Charges:** Residents will be charged $25.00 per bag for any trash left outside your apartment home or in breezeways. Please contact management if you require further instruction regarding proper disposal of garbage with the compactors, dumpsters, or chutes.

f) **No Litter:** In the event cigarette butts or other trash is found near or around patios/balconies, under windows, or near entry doors, owner reserves the right to assess a trash fine of $25 per incident.

g) **No Furniture as Trash:** No furniture may be left for trash removal.

h) **Dumpster Use for Residents Only:** Residents only are permitted to use the dumpster/compactor.

i) **No Dumpster Diving:** Do not retrieve items from the dumpster. Digging or scavenging is prohibited.

j) **General:** Please break down empty boxes. Keep the area clean and litter free. If applicable, close the lid after use.

k) **No Parking In Front of Dumpster:** No parking in front of the dumpster/compactor.

l) **Prohibited Items:** Prohibited items include propane tanks, flammable or toxic materials, furniture, bedding, appliances, auto batteries, tires, and oil/petroleum products.

### 22. Pest Control

**22.1 Extermination:** Unless prohibited by statue or otherwise stated in resident's Lease Contract, owner may have extermination operations conducted in the apartment home several times a year and as needed to prevent insect infestation. If pest control services are provided, resident shall pay the amount of $ ___1.50___ on or before the first day of each month to reimburse owner for extermination services to the apartment home. Such fee shall be paid by resident in the same time and manner as resident pays rent pursuant to resident's Lease Contract. Resident must request extermination treatments in addition to those regularly provided by management.

**22.2 Resident Preparations for Extermination:** If the apartment home is not prepared for a scheduled treatment date, management has the right to prepare the apartment home and charge the resident accordingly, and/or reschedule treatment at resident's expense. Resident agrees to perform the tasks necessary to prepare the apartment home for extermination, including:

a) removing infants and young children from the apartment home;

b) removing animals or placing them in bedrooms with notification to management;

c) removing animal food bowls;

d) removing all food, utensils, glasses, and dishes and food containers from countertops and floors;

e) removing chain locks or other obstructions on the day of service;

f) removing contents from shelves, cabinets, and floors where pests have been seen;

g) cleaning all cabinets, drawers, and closets in kitchen and pantry; and

h) refraining from wiping out cabinets after the treatment.

**22.3 Resident To Notify Owner of Health Issues:** Resident is solely responsible for notifying owner in writing prior to extermination of any anticipated health or other concerns related to extermination and the use of insecticides.

**22.4 Resident Responsibilities:** To reduce the possibility of pests, resident shall: (i) store all food in sealed containers; (ii) not leave food or dirty dishes out; (iii) empty all cans and bottles and rinse them with water; (iv) not keep brown paper grocery sacks around since they often contain roach eggs; (v) sweep and mop the kitchen regularly; (vi) vacuum carpets frequently to remove crumbs and other food particles; (vii) remove trash immediately; (viii) not put wet garbage in the trash; (ix) use the garbage disposal if available; and (x) not leave windows or doors open allowing pests to enter.

### 23. Packages / Deliveries

In the event your community accepts packages for residents, the following policies apply:

a) We will only accept packages from a commercial delivery service (UPS, Federal Express, etc.) and United States Post Office.

b) In the event your community offers Parcel Pending (or another package locker system), couriers will make all deliveries exclusively through the locker system. Refer to your community for the locker location name to be placed on address delivery label(s), which will instruct couriers of proper delivery.

c) **Not Responsible for Lost, Stolen, or Damaged Packages:** We will not be responsible or liable for any lost or stolen deliveries signed for or accepted by any of our authorized representatives. While your deliveries are in our possession, both during and after office hours, your deliveries are not secured.

d) Resident shall pick up your deliveries within 48 hours. If you do not pick up your delivery within 48 hours, we reserve the right to return to sender. Occasionally the number of deliveries may become too great or too cumbersome; therefore, we reserve the right at all times to refuse deliveries.

e) Neither owner nor management are responsible for contacting residents when accepting packages. This is yours and the deliverer's responsibility.

f) Deliveries or service requiring entrance into the resident's apartment home by anyone other than management will be allowed only with written permission from the resident.

g) Neither owner nor management are responsible for articles or parcels left at your door or in the office by delivery services.

h) Management will not be available after hours to allow you access to your deliveries. You must pick up your packages during regular office hours.

i) **No Perishable Goods:** Resident shall not have perishable goods delivered to the office.

j) We may not accept packages that are over 25 pounds or larger than 2'x2'x2'.

k) **Photo ID:** The resident may be required to present a photo ID or signature when picking up a package.

### 24. Maintenance Emergencies

Service requests will be handled after office hours if they are emergencies. We define EMERGENCIES as the following:

a) No electricity

b) Broken or non-working exterior doors, locks, windows

c) No heat (when outside temperature is below 50)

d) No air conditioning (when outside temperature is above 90)

e) No water

f) Commode not working (one bath apartment homes only)

g) Flooding

h) Broken pipes

i) Fire (call 911 immediately)

j) After business hours, emergency service requests can be reported by calling the office. The on duty service technician will be notified and will respond as quickly as possible.

### 25. Apartment Home Transfers

When transferring to another apartment home within the community:

a) Resident shall not replace or transfer resident's interest in the Lease Contract, or any part hereof, without prior written consent of management. Resident cannot be in violation of the Lease Contract in order to be approved for a transfer.

b) Residents must sign a Transfer form.

c) The criteria for qualifications of credit, income and employment, residence, and criminal must be met for residents that transfer within the lease term or at the end of the lease term.

d) You must fulfill at least 3 months of your current lease term before you will be eligible to transfer to a new apartment home.

e) A transfer fee is applicable and must be paid prior to transferring. A new security deposit will be required to secure the new apartment home. In addition, market rent and new pet deposit/fees (if applicable) must be paid.

f) You are required to provide a written move-out notice according to your Lease Contract from the current apartment home. The vacated apartment home must be left in the condition described in the move-out cleaning instructions. We will inspect the apartment home and forward statements and deposit refunds to your new address.

g) If you cancel after the new apartment home has been assigned and taken off the market, you will be responsible for any economic loss sustained resulting from your failure to rent the new apartment home.

h) Resident shall be responsible for all moving costs including those associated with switching utilities and services to the new apartment home if a transfer is approved.

### 26. Move Out Procedures

**26.1 Requirements to Receive Full Deposit Refund:** *The requirements below must be fulfilled in order to receive a full refund of your deposit.*

a) Submit a written Notice to Vacate to management in accordance with your Lease Contract.

b) Return all keys, access cards, remotes, fobs, and/or garage openers to management or rent will continue to be charged per Lease Contract.

c) Pay any outstanding charges or delinquent rent. Leave a forwarding address with management.

d) Leave no damage of any kind in the apartment home (furniture, walls, carpet, floors, counters, appliances, etc.)

e) Remove all personal belongings.

f) Follow the move-out cleaning instructions detailed below.

**26.2 Move-Out Cleaning Instructions:** *These are the cleaning procedures, in addition to those stated on the Inventory and Condition form, for you to follow when moving out. If the instructions below are not followed and professional cleaning is required, resident will be charged for any cleaning services and damages beyond normal wear and tear.*

**26.3 Living Room**

a) Clean all window panes inside, windowsills and baseboards

b) Remove all dust or dirt from mini-blinds

c) Clean woodwork and walls of fingerprints and spots

d) Clean light fixtures and switch plates/replace bulbs

e) Vacuum carpet, sweep and mop floors

f) Clean ceiling fan and blades

g) Clean fireplace as directed and in accordance with Section 15.11 of this Addendum (if applicable)

h) Clean all entry doors (front, patio, etc.)

i) Clean track of patio doors

j) Remove all trash and personal belongings

k) Sweep and clean the patio/balcony and outside storage closet (if applicable)

**26.4 Bedrooms**

a) Clean patio door inside and out (if applicable)

b) Remove all dust or dirt from mini-blinds

c) Clean closets and remove hangers

d) Vacuum carpet, sweep and mop floors

e) Clean light fixtures - replace bulbs

f) Clean woodwork and walls of fingerprints and spots

g) Clean windowpanes inside

h) Clean ceiling fan

i) Remove all trash and personal belongings

**26.5 Kitchen**



a) Clean stove, range, countertop, all burners, drip pans, and under stove top – remove grease and particles, clean knobs and surfaces
b) Clean exhaust screen and venthood (do not clean secondary charcoal filter if applicable)
c) Clean oven, broiler and broiler pan
d) Clean inside and outside of refrigerator – defrost, set refrigerator to the lowest setting
e) Clean inside and outside of freezer – defrost if necessary
f) Clean all cabinets, including the pantry – restore to original condition (no lining material if applicable)
g) Clean light fixtures – replace bulbs
h) Clean all counter tops, drawers and sink
i) Sweep and mop floors
j) If applicable, clean microwave inside and out
k) Clean front and inside of dishwasher; remove any standing water, clean front panel and knobs
l) Clean behind appliances
m) If applicable, clean the washer/dryer
n) Remove all food, trash, and personal belongings

**26.6 Bathrooms**
a) Clean all cabinets inside and out
b) Clean woodwork, windows and baseboards
c) Clean mirrors
d) Clean walls or wallpaper
e) Clean sink, tub, shower, and toilet and remove appliques
f) Clean light fixture – replace light bulbs
g) Sweep and mop floors

**26.7 General**
a) Clean all light switch plate covers, electrical outlet covers, all window and sliding glass door tracks, windows, doors, mini-blinds, light fixtures, and ceiling fans
b) Sweep patio, sweep cobwebs, clean light fixtures, clean globes
c) Vacuum carpet and clean floors
d) Remove all debris, trash, and personal belongings
e) Replace all burned out or missing light bulbs
f) Replace dead or missing smoke alarm and carbon monoxide detector (if applicable) batteries

**Please note:** The security deposit or statement of disposition will be returned by mail to the forwarding address left by you, subject to any deductions for cleaning, and damages beyond normal wear and tear, final utility bills, etc. Deposit refunds cannot be picked up at the office.

**27. Amenities / Facilities**

**27.1 Enjoyment of Facilities by All Residents:** These policies are in place for the convenience, safety and full enjoyment of the facilities by all residents. Resident should be considerate of others while using the amenities.

**27.2 Use Amenities At Your Own Risk:** The use of any and all of the amenities by the resident, occupants, guests and invitees shall be at their own risk.

**27.3 Management May Regulate Use:** Resident, occupant, guest, or invitees use may be regulated, denied, or restricted at any time by management.

**27.4 Policies for Amenities:** Residents and all occupants, guests and invitees, shall comply with all community policies and rules regarding use of the resident's dwelling and the common areas. There are rules contained in the Lease Contract and, in some cases, separate rules attached to the Lease Contract or provided to the residents during the lease term. *If you have concerns, or notice unusual or dangerous circumstances at any facility or amenity area, please notify management and/or police.*

**28. Amenity / Facility Safety-Related Age Restrictions**

**28.1 Safety-Related Age Restrictions:** The following age restrictions have been made to the amenities/facilities based upon safety-related reasons. In the event your community has posted signage that specifies different safety related age restrictions than the ones listed in these policies, you will be expected to comply with the signage at your community.

**28.2 Persons Under the Age of 14 Years:** Resident agrees that persons under the age of 14 Years must be accompanied by a parent or legal guardian to the following amenities/facilities:
a) Swimming Pool
b) Spa / Hot Tub
c) Tennis / Volleyball / Basketball Court
d) Club Room / Game Room / Theater
e) Fitness Center
f) Video Library
g) Business Center
h) Playground
i) Laundry Room
j) Shuttle
k) Dog Park
l) Roof Top Deck
m) Garden

n) In some cases, a leaseholder, parent or legal guardian may need to supervise people under 14 years for Equipment Check Out. See management for details.

**28.3 Persons Under the Age of 18 Years:** Resident agrees that persons under the age of 18 Years must be accompanied by a parent or legal guardian to the following amenities/facilities:
a) Tanning Bed, Tanning Dome, or Spray Tan Booth
b) Private Party Facility / Clubroom Rental
c) BBQ Grill / Outdoor Kitchen / Fire Pit / Fire Place

**28.4 Residents Shall Exercise Their Own Prudent Judgment:** *While these policies contain minimum provisions regarding the supervision of persons less than specified years of age, residents are advised to exercise their own prudent judgment with respect to the unsupervised use of the facilities located throughout the community by minors. Owner and management, by establishing the minimum requirements contained in these policies, are not in any manner representing, guaranteeing or ensuring the safety of any persons who are participating in the activities or using the facilities of the community with or without supervision.*

**29. Swimming Pool and Spa / Hot Tub**

In the event your community has a pool and/or hot tub for the enjoyment of all residents, the following policies apply.
a) We do not provide, at any time, safety or supervisory personnel at the pools, hot tubs, spas, or any other common area. LIFEGUARDS ARE NOT PROVIDED.
b) SWIM AT YOUR OWN RISK. For your safety, do not swim alone.
c) NO DIVING. DIVING MAY RESULT IN INJURY OR DEATH.
d) Neither owner nor management can assure, guarantee or warrant your safety.
e) With the exception of service animals, no pets are allowed.
f) For the safety of all, no glass of any kind is allowed.
g) Profanity, reckless activity, disruptive behavior or excessive noise will be immediate grounds for dismissal and/or permanent ban from the pool/hot tub areas.
h) In case of Emergency, dial 911.
i) Management is not responsible for accidents, injuries, or lost, stolen, damaged or misplaced items.
j) No jumping into the pool from balconies, patios, fountains, or other structures near the pool.
k) Anyone with a communicable disease capable of infecting others is prohibited from swimming in the pool/hot tub.
l) Keep gates closed at all times.
m) Respect others by keeping noise to a minimum, covering pool furniture with a towel when using suntan oils, leaving pool furniture in pool areas and disposing of trash properly.
n) Consult Your Doctor Prior to Use: If you are pregnant, do not use the hot tub without medical consultation. If you suffer from heart disease, diabetes, high or low blood pressure, seizures, circulatory problems, or other health problems, do not enter the hot tub without prior medical consultation from your doctor.
o) Overexposure to hot water may cause dizziness, nausea, and fainting. Hot water exposure limitations vary from person to person.
p) Check the hot tub temperature before entering the hot tub. Do not use the hot tub if the temperature is above 104 degrees Fahrenheit. Do not operate the hot tub if the suction outlet cover is missing, broken, or loose.
q) Do not place electrical appliances (telephone, radio, TV, etc.) within five feet of the pool or hot tub.
r) Pool parties are prohibited without prior written consent by management. We are unable to provide reservations for any pool/hot tub area and we are unable to allow any type of group gathering in the pool area.
s) Attire: Appropriate swimwear is required at all times as determined by management. No t-backs, g-string/thong suits, cutoffs, see-through material, diapers, indecent exposure, or any attire deemed inappropriate by management is allowed.
t) Hours: Unless otherwise posted, pool/hot tub areas are open from 10:00 am to 10:00 pm daily. Anyone in a pool/hot tub area after closing will be required to leave immediately.
u) Guests: Residents are limited to 2 guests per apartment home to any pool/hot tub area, and resident must accompany guests.

**30. Sports Courts (Tennis, Volleyball, Basketball, etc.)**

In the event your community has sports courts (tennis, volleyball, basketball, etc.) for the enjoyment of all residents, the following policies apply.
a) In case of emergency, dial 911.
b) Attendants are not provided. Use the sports courts at your own risk.
c) Neither owner nor management are responsible for accidents, injuries or lost, stolen, damaged or misplaced items.
d) Motorcycles, bicycles, tricycles, roller blades, skateboards and skates are not permitted on the court surface.
e) Do not sit or lean on the net. Do not hang from or climb on the goal or nets. Do not damage equipment or facility.
f) No glass containers and no food is allowed.
g) Proper athletic shoes with rubber soles are required.
h) Loud music, dangerous conduct and fighting are prohibited.

i) **Hours:** Unless otherwise posted, these facilities are available for your use from 10:00 am to 10:00 pm daily.

j) **Guests:** Residents are limited to 2 guests per apartment home to any common area, and resident must accompany each guest.

### 31. Club Room / Game Room / Theater

In the event a club room, game room, or theater (s) is provided for the enjoyment of all residents, the following policies apply.
a) In case of emergency, dial 911.
b) No alcoholic beverages or smoking allowed.  No glass containers.
c) No wet clothing permitted.
d) Clubroom hours are determined by management and may be posted outside the main entrance to the Clubroom.
e) Resident must provide government issued photo ID in order to check out billiard or other equipment from management. All items must be returned, in good condition, at closing.
f) Use the facility at your own risk.  Use the equipment only in the manner intended by manufacturer.
g) Handle equipment with care.  Do not remove or damage equipment and supplies.
h) Guests must be accompanied by resident.  No more than two guests per resident.
i) No running, fighting, dangerous conduct, or noise which disturbs others.
j) Do not leave personal items in this area.  Management is not responsible for any lost, stolen, or damaged items.

### 32. Tanning Bed, Tanning Dome, or Spray Tan Booth

In the event a tanning device (s) is provided for the enjoyment of all residents, the following policies apply:
a) **Addendum:** The Tanning Addendum must be signed prior to initial use.
b) **Use at your own risk.**  You assume all risk, including risks of injury or disease, relating to your use of the tanning facility
c) **Consult Your Doctor Prior to Use:**  Consult your doctor prior to use.  Overexposure to ultraviolet light may cause burns.  Repeated exposure may result in premature aging of the skin and skin cancer.  Abnormal skin sensitivity or burning may be caused by reactions of ultraviolet light to foods, cosmetics, and medications.
d) **People Taking Prescriptions:**  Any person taking a prescription or over-the-counter drug should consult a physician before using a tanning device.
e) **Pregnant Women:**  Pregnant women should consult their physician before using a tanning device.
f) **People Who Burn Easily:**  People with skin that burns easily and people with a family or past medical history of skin cancer should avoid a tanning device.
g) **Clean the Device After You Tan:**  If instructed by management, you must clean the tanning bed or the floor of the tanning dome with the solution provided after you tan.
h) **Residents Only:**  For resident use only.
i) You must be at least 18 years of age to use the tanning device.  All users sixteen or seventeen years of age using the device for the first time must provide a written informed consent statement signed and dated by the user's parent or legal guardian stating that the parent or legal guardian has read and understood the warnings given by the tanning facility, consents to the minor's use of a tanning device, and agrees that the minor will use protective eyewear.
j) **Tanning Appointments:**  Tanning appointments are regulated by management.  Cancellations of appointments must be made 2 hours in advance to the appointment.  If you miss your appointment or do not cancel 2 hours in advance, your tanning privileges may be revoked and fines may be charged.
k) **One Appointment Per 24-Hour Period:**  You are only allowed to tan one time during a 24-hour period.
l) **Use Equipment in Manner Intended:**  Use the equipment only in the manner intended by the manufacturer.  Please handle it with care.  Do not damage equipment.
m) Do not leave personal items in this facility.  Neither owner nor management are responsible for any lost, stolen, or damaged items.
n) **Warning Signs, Laws, and Eye Protection:**  You agree to abide by all warning signs and laws regulating a tanning facility, including the use of eye protection.
o) In case of emergency, call 911.

### 33. Fitness Facilities

In the event your community has fitness facilities for the enjoyment of all residents, the following policies apply.

**33.1 General Policies:**
a) Attendants are not provided.  Use the fitness facilities at your own risk.
b) Please provide your own towel.
c) Please do not slam weights.  Re-racking your weights is required.
d) Limit cardio to 30 minutes when others are waiting.
e) No food, glass or open drink containers are allowed. Sports bottles or other non-spillable containers are welcome.
f) No gym bags are allowed on the workout floor.

g) Immediately report any needed repairs of facility equipment, doors, windows or lighting to management.  Do not attempt to make repairs to the fitness equipment.
h) In case of emergency, dial 911.
i) Neither owner nor management are responsible for accidents, injuries, or lost, stolen, damaged or misplaced items.
j) Pets are not allowed.
k) Please use headphones when listening to music.
l) Follow manufacturer's directions for proper use of equipment.  Do not damage equipment.
m) Do not use, adjust or operate fitness equipment beyond your physical limitations.
n) Please report vandalism and unauthorized users.
o) Do not remove fitness equipment from the fitness room.
p) Do not leave personal items in the fitness room.
q) Respect others by keeping noise to a minimum and by disposing of trash properly.
r) Please wipe down the fitness equipment with a clean towel once you are done.
s) No smoking or alcoholic beverages are allowed in the fitness area.
t) Fitness facility hours are community specific and will be posted. Contact management for details.
u) Resident agrees to the fullest extent allowed by law that resident releases and holds harmless management from any and all claims, damages or expenses related to the use of amenities, fitness center, fitness center equipment or fitness classes even if caused or contributed by management's negligence.

**33.2 Guests:**
a) No more than two (2) guests per resident are allowed.
b) Guests may not bring guests.
c) Guests must adhere to all policies and procedures.
d) Resident must accompany guests at all times.

**33.3 Attire:**
a) Proper athletic shoes with rubber soles must be worn (no sandals, bare feet, etc.)
b) Proper apparel is required at all times including shirts or tank tops (jog tops are acceptable, however, no street clothes, jeans, cutoff shorts or cutoff shirts are allowed.)
c) No bathing suits, swim attire, or wet clothing is allowed.

### 34. Equipment Checkout

In the event your community has equipment checkout for the enjoyment of all residents, the following policies apply.

**34.1 Policies:**
a) Equipment available to checkout by resident may include but is not limited to water volleyballs, sand volleyballs, bicycles, canoes, kayaks, roller blades, pool table equipment, tennis/racquetball rackets, and basketballs.
b) Equipment must be used in the manner in which the manufacturer intended.
c) Damages to any equipment must be paid within ten (10) business days of receipt for cost of damage.
d) In case of emergency, call 911.

**34.2 Resident Acknowledgements:**  Resident(s), occupant(s), guest(s), and invitee(s) acknowledge that he/she:
a) Understands the risk inherent in using such equipment.
b) Has inspected all equipment and found it to be in satisfactory condition.
c) Is in satisfactory health and know his/her own physical limitations.
d) Is using the equipment at his/her risk and assumes all responsibility for its use.
e) Will be liable for reimbursement for any damage to the checked out equipment or to other property damage caused by using said equipment and understand that owner may assess the cost of damages to the rental account or deduct it from the deposit if allowed by law.
F) AGREES TO THE FULLEST EXTENT ALLOWED BY LAW THAT RESIDENT RELEASES AND HOLDS HARMLESS OWNER AND MANAGEMENT FROM ANY AND ALL CLAIMS, DAMAGES OR EXPENSES RELATED TO THE USE OF THE BORROWED EQUIPMENT, AMENITIES, FITNESS CENTER OR FITNESS CLASSES EVEN IF CAUSED OR CONTRIBUTED BY NEGLIGENCE OF OWNER OR MANAGEMENT.

### 35. Video / DVD Library

In the event your community provides a video/DVD library, the following policies apply.
a) You acknowledge and agree to be fully responsible for any and all videos/DVDs borrowed by self or other occupants while using the video services provided.
b) All videos/DVDs must be returned in good working condition (except reasonable wear and tear) within 48 hours.
c) Neither owner nor management are responsible for persons borrowing videos/DVD's that may not be suitable for their age.
d) A daily late fee specified by your community will be assessed for each day the video/DVD is not returned.

e) Owner may charge your account the total amount owed including late charges and/or market value of all items not returned in good working condition.

## 36. Business / Computer Center

In the event your community has a business center for the enjoyment of all residents, the following policies apply:
a) For resident use only.
b) Use at your own risk. Neither owner nor management are responsible for viewings, viruses or loss of information.
c) In case of emergency, call 911.
d) Please be considerate of others. Limit computer use to 30 minutes when others are waiting.
e) Documents are to be saved on Resident's own CD or jump drive and not on the hard drive. Documents saved on the hard drive will be deleted.
f) In the event copy and local fax services are available for residents, there may be a minimum charge. Long distance fax service may be available for an additional charge. *We cannot be responsible for incoming faxes. This includes confidential or sensitive information.*
g) Handle the equipment with care. Use equipment in the manner in which the manufacturer intended.
h) Do not damage the equipment. Resident will be held responsible for any damage to equipment beyond ordinary wear and tear during resident's and occupant's time of use.
i) No food, drink or smoking allowed in computer center.
j) Do not remove equipment. In the event this area is electronically monitored, any attempt to remove the equipment will engage the alarm system.
k) Screen savers are not to be tampered with at any time.
l) No obscene information or material is allowed on the computers at any time or for any reason.
m) Resident must provide resident's own paper for printing purposes.
n) Changing from one computer to another could spread a virus. Neither owner nor management are responsible for any virus infections.
o) Neither owner nor management are responsible for lost, stolen or damaged items.
p) Business center hours are community specific and will be posted. Contact management for details.
q) Violation of any or all of the above stated rules may result in termination of business center use or other action.

## 37. Playground

In the event a playground (s) is provided for the enjoyment of all residents, the following policies apply:
a) In case of emergency, dial 911.
b) Attendants are not provided. Use the playground at your own risk.
c) Neither owner nor management are responsible for accidents, injuries or lost, stolen, damaged or misplaced items.
d) All persons must comply with posted playground hours.
e) Motorcycles, bicycles, skateboards and skates are not permitted on the playground.
f) No glass containers. No food or drink is allowed.
g) Use equipment only in the manner designed or intended by the manufacturer.
h) Do not use if wet.
i) Beware of hot surfaces.
j) Proper athletic shoes with rubber soles must be worn. No bare feet.

## 38. Private Party Facility / Clubroom Rental

In the event your community provides a private party facility or club room rental, the following policies apply.
a) Rental Agreement: A Clubroom Rental Agreement must be signed prior to the event. Contact management for details regarding rates, availability, etc. Rates are subject to change at any time.
b) Deposit or Fee: A deposit or fee may be collected prior to the event and may be returned after event date has passed and inspection of the facility/clubroom has been completed.
c) Event Insurance: Event Insurance is insurance for a one-time event. This may be required in order to use or rent the clubroom or private party facility. See management for details.
d) Maximum People: The Clubroom accommodates a maximum number of people. Resident shall contact management for additional information to make sure any event does not exceed the maximum occupancy limits.
e) Equipment: The room may include a stereo system or other equipment. See your specific community for details on operating the equipment.
f) Holidays or Special Days: Specific days and/or holidays, as determined by owner, may require a higher fee.
g) No Private Signage: No private signage of any kind is allowed on common areas or street areas.
h) Rented to Residents Only: Party facilities may not be leased to non-residents. Booking an event for an acquaintance requires your personal attendance at the entire event as well as full liability for any damages, overtime charges or conduct issues.
i) Parking: Parking is limited to the area in front of the clubhouse.
j) Damages: The resident agrees that any damages to the clubroom, contents, or its facilities will be the resident's

responsibility and that the resident will pay for replacement or repair costs. If repair or replacement exceeds the deposit, the resident agrees to pay the excess within 24 hours of notification.
k) Policies: The resident, occupants, guests and invitees must comply with the rules and regulations. The resident agrees that the conduct of him/her and occupants, guests and invitees shall not be disorderly, boisterous, or unlawful and shall not disturb the rights and comforts or conveniences of other residents.
l) No Smoking: This is a non-smoking building. Smoking is only permitted outside.
m) Furniture: Do not move furniture without prior permission. In addition, stereos are not permitted outside the clubroom.
n) Noise: If noise from a resident's party prompts a complaint where patrol service is called out to the community, the clubroom deposit shall be automatically forfeited and the party will be shut down immediately.
o) Management Items: Items belonging to management left in the cabinets or refrigerator are not to be disturbed or used by the resident, occupants guests or invitees.
p) Patrol: Owner reserves the right to patrol the party at any time to observe compliance of the above policies.
q) Original Condition: The facility must be returned in its original condition and cleaned or the deposit will not be returned. This includes removing all trash, cleaning floors, counters, appliances, fireplaces, etc.

## 39. Barbecue Grill / Outdoor Kitchen / Fire Pit / Fire Place

In the event your community has BBQ grills, Outdoor Kitchens, Fire Pits, or Fire Places for the enjoyment of all residents, the following policies apply.
a) Use of facilities is at your own risk.
b) Barbecue Grill instructions may be posted at each location or attainable from management. Please contact management before attempting to use these grills.
c) Please comply with all safety precautions. For the safety of all, no glass of any kind is allowed in the pool area.
d) Keep pets and young children away from open flames.
e) Your community may require a deposit or fee to use the facility. Contact management for further details.
f) Use the equipment only in the manner intended by the manufacturer. Handle equipment with care. Do not remove or damage equipment and supplies.
g) We are unable to provide reservations, nor allow any type of group gathering in a gated area.
h) In the event your community grill uses a propane tank, it cannot be stored in your apartment home, garage, storage unit, or patio/balcony. When transporting propane tanks, keep the container in a secure, upright position. Never keep a filled container in a hot car or car trunk. Heat will cause the gas pressure to increase, which may open the relief valve and allow gas to escape.
i) You will be responsible for the entire amount of all damages beyond ordinary wear and tear caused by your use of the facility, including all cleaning and repair costs.
j) No fighting, dangerous conduct, or noise which disturbs others.
k) Do not leave personal items in this area. Neither owner nor management are responsible for any lost, stolen, or damaged items.
l) Never leave a fire unattended. Do not leave until the fire is completely out.
m) Keep flammable materials away from the fire, including potholders, oven mitts, wooden utensils, paper or plastic bags, food packaging, towels, etc. Roll up any loose-fitting or long sleeves.
n) Clean the facility after use.
o) If a fire on a grill seems out of control, turn off the burners.
p) If a fire on a grill involves a propane tank and you can safely reach the tank valve, turn off the tank valve off.
q) In the case of an emergency, call 911.
r) Hours: Unless otherwise posted, these facilities are available for your use between the hours of 10:00 a.m. and 10:00 p.m.
s) Guests: Residents are limited to 2 guests per apartment home to any common area, and resident must accompany each guest.

## 40. Sauna

In the event your community has a sauna for the enjoyment of all residents, the following policies apply.
a) We do not provide, at any time, safety or supervisory personnel.
b) Use at your own risk.
c) Neither owner nor management can assure, guarantee or warrant your safety. Management is not responsible for accidents, injuries, or lost, stolen, damaged or misplaced items.
d) Prohibited Items: No electronic equipment, no glass, no smoking, no eating, no metal jewelry, remove glasses or contact lenses.
e) In case of Emergency, dial 911.
f) Keep the door closed.
g) Consult Your Doctor Prior To Use: If you are pregnant or taking medication, do not use the sauna without medical consultation. If you suffer from heart disease, diabetes, high or low blood pressure, seizures, circulatory problems, or other health problems, do not enter the sauna without prior medical consultation from your doctor.

h) Leave immediately if you experience dizziness, nausea, headache, or fainting. Exposure limitations vary from person to person. Be careful not to overheat.
i) Do not consume alcohol prior to or after use.
j) Attire: Appropriate apparel is required at all times as determined by management.
k) Hours: Unless otherwise posted, hours are from 10:00 am to 10:00 pm daily.
l) Guests: Residents are limited to 2 guests per apartment home and resident must accompany guests.
m) Use only as manufacturer intended. Follow any posted instructions
n) Stay well hydrated. Cool down gradually after you leave.

### 41. Car Cleaning Facility / Car Wash

In the event your community has a car cleaning facility for the enjoyment of all residents, the following policies apply.
a) Use at your own risk.
b) For resident use only in designated areas.
c) Use only as manufacturer intended. Follow any posted instructions.
d) In the event your community's facility has cleaning solutions, do not use if you have a sensitivity to chemicals that may be present in cleaning solutions.
e) The vehicle must be fully stopped and parked. No running vehicles.
f) Take precautions to prevent slipping due to wet surface areas. Do not use a ladder or step stool.
g) In the event your community has a power wash spray nozzle, keep both hands on it while operating it. Do not point or spray anyone with it.
h) Do not attempt to hand wash or dry broken headlights, taillights, glass or body damaged areas with sharp pointed edges.
i) Wash your hands with soap and water after use.
j) Do not vacuum sharp objects as it may cause damage. Do not vacuum personal belongings as items may not be retrieved. Dispose of all trash in the appropriate receptacle.
k) We do not provide, at any time, safety or supervisory personnel. Neither owner nor management can assure, guarantee or warrant your safety. Management is not responsible for accidents, injuries, or lost, stolen, damaged or misplaced items.
l) Resident will be held responsible for any damage to equipment during use. Please report to management the misuse, damage, or malfunctioning of equipment.
m) Prohibited Items: No electronic equipment, no glass, no smoking, no eating.
n) In case of Emergency, dial 911.
o) Hours: Unless otherwise posted, hours are from 10:00 am to 10:00 pm daily.

### 42. Laundry Room

In the event your community has laundry rooms, the following policies apply.
a) Use machines as intended by the manufacturer.
b) Do not over load the machines.
c) Check water temperature desired. Check dryer heat desired. Clothes washed in water that is too hot or over dried in the dryer may shrink, melt, or change color.
d) No dying of clothes is allowed.
e) Do not wash or dry rugs, comforters, bedspreads or quilts in the machines.
f) Remove lint from dryer and wipe down after use. Please leave machines clean.
g) If you spill something, you agree to clean it up.
h) Dispose of detergent containers properly. Trash cans are not for personal use.
i) Remove clothes and dryer sheets in a timely manner.
j) Measure your soap and use as directed. Using too much detergent can cause the machines to malfunction.
k) Facilities are for use by residents only.
l) Any loss or damage to clothing is not the responsibility of management.
m) Use of facilities is at your own risk.
n) In case of emergency, call 911.

### 43. Shuttle

43.1 Policies: In the event your community has a shuttle for the enjoyment of all residents, the following policies apply. Resident hereby represents the resident:
a) assumes all risks and responsibilities with respect to any loss, claim, damage or injury to person or property relating to or arising out of resident's riding on or use of the shuttle;
b) will wear seatbelts at all times while the shuttle is in motion;
c) will comply with all rules of the community with respect to riding on, or the use of, the shuttle;
d) will not engage in horseplay or disruptive, loud or obnoxious behavior while on the shuttle;
e) if the shuttle is not full, resident will sit in seats that are in front of the rear axle of the shuttle; and
f) will not have food or drinks (other than bottled water) on the shuttle.

43.2 Maximum Passengers: Resident understands that, unless otherwise designated by management, the maximum amount of people that can ride on the shuttle is 15 passengers and that, even though

resident stands in line for a shuttle and signs the release, resident may be denied access to the shuttle.

43.3 Resident Responsibilities: Resident further represents that at all times, resident will supervise and maintain custody and control over any minors riding with resident on the shuttle. Residents are responsible for making sure that their guest(s) will only ride the shuttle in the event there are available seats that will not be taken by other residents.

43.4 Release: Resident, on resident's own behalf and on behalf of all occupants and guests of resident that may also ride the shuttle, hereby releases, discharges and forgives owner and management from any and all liability, responsibility, injuries, claims damages, or causes of action of any nature whatsoever, whether in contract, in tort or by statute, resident has or may have or might sustain arising out of, relating to or connected with riding on the shuttle or transporting resident to any events, activities, classes or any other destinations.

### 44. Dog Park / Pet Cleaning Station

In the event your community has a Dog Park or Pet Cleaning Station for the enjoyment of all residents, the following policies apply.
a) Unless otherwise posted, the hours are from dawn to dusk.
b) Use at your own risk.
c) In case of emergency, call 911.
d) Pet owners are responsible for damage or injury inflicted to or by their dog(s). This means pet owners are legally and financially responsible for their dog's behavior.
e) Pet owners must remain with dogs in fenced area at all times.
f) Limit of 2 dogs per person per visit.
g) Pet owners are responsible for making sure dogs are healthy, properly licensed, fully vaccinated with rabies tags displayed on each dog's collar, and de-wormed.
h) Dogs must be leashed when entering and exiting the park and must be leashed in the transition corridor, if applicable. Pet owners must have a visible leash for each dog at all times.
i) Pet owners must clean up their dog's fecal matter and properly dispose of it in a trash receptacle.
j) Pet owners must be in verbal/sight control of their dogs at all times and prevent aggressive behavior, biting, fighting, and aggressive barking.
k) Animals with a known history of dangerous or aggressive behavior are prohibited. Immediately leash your dog(s) and leave the Dog Park if your dog behaves aggressively.
l) Puppies under 4 months of age and female dogs in heat are not allowed in the Dog Park.
m) Pet owners must fill holes their dog(s) dig.
n) No smoking, glass containers, or food (dog/animal) is allowed in the Dog Park.
o) Use the Pet Cleaning Station in the manner intended by the manufacturer. Follow posted instructions for use.

### 45. Hiking / Jogging Trails

In the event your community has a hiking or jogging trail for the enjoyment of all residents, the following policies apply.

45.1 Resident Acknowledgements: Resident(s), occupant(s), guest(s), and invitee(s) understand and acknowledge that he/she:
a) Acknowledges that use of the trail is a potentially hazardous activity and involves inherent risk and danger or injury, including but not limited to sprains, strains, fractures, contusions, lacerations, pet and animal stings, scratches or bites, dog bites and/or scratches, abnormal blood pressure, heart disorders, fainting, shortness of breath, heatstroke, chest pains, and even death.
b) Has inspected it and found it to be in satisfactory condition.
c) Is in satisfactory health and knows his/her own physical limitations.
d) Is using the trail at his/her risk and assume all responsibility for its use.
E) AGREES TO THE FULLEST EXTENT ALLOWED BY LAW THAT RESIDENT RELEASES AND HOLDS HARMLESS OWNER AND MANAGEMENT FROM ANY AND ALL CLAIMS, DAMAGES OR EXPENSES RELATED TO THE USE OF THE TRAIL EVEN IF CAUSED OR CONTRIBUTED BY NEGLIGENCE OF OWNER OR MANAGEMENT.

45.2 Before You Go Hiking / Jogging:
a) Make sure you are well-informed about the trail you will take, the hiking terrain conditions as well as weather conditions. Check with local authorities for last minute updates and firsthand information.
b) Make sure you are well-equipped for your intended hike and terrain/weather conditions. Take enough food and drinks for your intended hike.
c) Inform people of your itinerary and your expected time of return. If possible, call those who are not joining you at regular intervals so they know where you are.
d) Avoid hiking alone. Hike in a group consisting of at least two fellow hikers. In case of an accident, one person will then be able to stay with the injured while the other goes for help.

45.3 While Hiking / Jogging:
a) Use at Your Own Risk.
b) In case of emergency, call 911.

Initials

c) Do not litter. Take all your waste with you. Be careful not to disturb the natural surroundings. All you should leave are your footsteps.

d) If you notice any damage or vandalism to the trail or trail signs, make sure to note down the exact location and notify management.

e) Be courteous to others. Do not disturb the environment by shouting or playing loud music.

f) Unless otherwise posted, fishing and hunting is not allowed. Make sure you know the local regulations regarding fishing and hunting, if applicable.

g) If you plan to take your dog along for your hikes, then make sure to check local regulations and keep your dog on a leash at all times.

h) Stay on the trail. Share the trail with other people using the trail. Stay to the right on wider paths. Pass on the left.

### 46. Roof Top Deck

In the event your community has a roof top deck for the enjoyment of all residents, the following policies apply.

a) Unless otherwise posted, the hours are from dawn to dusk.

b) Use at your own risk.

c) In case of emergency, call 911.

d) Neither owner nor management are responsible for accidents, injuries or lost, stolen, damaged or misplaced items.

e) Prohibited Items: The following items are not allowed: glass containers, BBQ grills, fireworks. Unless otherwise posted, pets are not allowed.

f) Residents and their guests shall not walk in any areas on the roof other than the designated walkway and roof top deck itself.

g) All garbage and waste is to be deposited in appropriate trash receptacles.

h) Proper attire is required.

i) In the event your community allows pets on the roof top deck, they must be on a leash at all times and under the control of the resident. Residents are responsible for cleaning up after pets.

j) Nothing shall be thrown or intentionally dropped over the edge of the roof. The resident, upon the first infraction of this policy, may incur a fine, revoked privileges, and/or residency terminated.

k) Guests: Residents are limited to 2 guests per apartment home to any common area, and resident must accompany each guest.

### 47. Garden

In the event your community has a garden for the enjoyment of all residents, the following policies apply.

a) Unless otherwise posted, the hours are from dawn to dusk.

b) Use at your own risk. In case of emergency, call 911.

c) Resident agrees to plant the garden plot within two weeks of being assigned a designated area.

d) Resident agrees to maintain the designated plot and to keep plants within the assigned/designated area.

e) Owner encourages an organic gardening program. Use of pesticides, herbicides, and insecticides made from synthetic materials as well as use of chemical fertilizers are not advisable. Slug bait is permitted only when used in enclosed containers, which must be removed from the site after use. Use of raw human and/or animal waste is not allowed due to environmental and health concerns. Fully composted manures, such as steer and chicken manure, are allowed.

f) No illegal plants may be grown, including any plant listed by the state agencies and weed control board as noxious weeds.

g) Do not allow plants to exceed a height of three feet.

h) Only water your assigned garden plot.

i) Maintain healthy plants and remove dead plants in a timely manner (not to exceed one week duration).

j) Materials other than plants are prohibited, except items that assist in growth.

k) All tools provided by management must remain in designated areas. Owner is not responsible for injuries due to the use of the owner's tools. Any additional tools needed by residents are the responsibility of the resident.

l) Debris after planting, any remaining soil, fertilizer, etc. must be swept immediately.

m) Garden plots will expire with your lease, and can be renewed at the time of lease renewal. If the resident decides not to renew usage, the plot must be cleaned out and left in the original condition.

n) Owner is not responsible for lost, stolen, or damaged plants or other items.

o) Please be respectful of the neighbors who live around the gardens. No smoking, noise disturbances, or horseplay is allowed.

p) Animals are not allowed in the garden plot areas, except service animals. Animals must be leased outside the garden plots.

q) In the event your community charges a fee for garden plots, see your management for details.

### 48. Photographs; Digital Images, Video

Resident agrees to allow owner, management and their respective subsidiaries, media contacts, associated press, and vendors the right to record the image and/or voice of the resident, and grants owner and management all rights to use these sound, still, or moving images in any and all media, now or hereafter known, and for any purpose whatsoever unless prohibited by law. You hereby release owner,

management and their respective subsidiaries, media contacts, associated press and vendors all rights to exhibit this work in all media including and not limited to electronic form publicly or privately. You waive any rights, claims or interest you may have to control the use of your or your occupants', guests' or invitees' identity or likeness in the sound, still or moving images and agree that any uses described herein may be made without compensation or consideration to you, your occupants, guests or invitees.

### 49. Wildlife

49.1 Definition of Wildlife: Wildlife can include the presence of alligators, crocodiles, snakes, raccoons, or other animals. In the event wildlife is found on the community, resident agrees to the following.

49.2 Resident Acknowledgements: Resident acknowledges that:

a) Wildlife has been seen in and around the community.

b) There are certain risks associated with having wildlife in and around the community.

c) Resident assumes the risk with respect to having wildlife near to resident's apartment home and acknowledges that neither owner nor management are liable for any injuries, damages or losses to persons or property caused by or related to the wildlife by resident, occupants, guests or invitees.

49.3 Resident Responsibilities: Resident represents that resident:

e) will not feed the wildlife;

f) will not get close to the wildlife;

g) will not swim or wade where the wildlife are;

h) will not allow pets or children to swim or play near waters or areas that may contain wildlife;

i) will not agitate or tease the wildlife;

j) will not try to catch the wildlife;

k) will not approach the wildlife's nest or habitat;

l) will maintain a safe distance from the wildlife;

m) will not dispose of garbage or scraps near a water source, pond, lake, or other area that may contain wildlife; and

n) will be responsible for informing occupants, guests and invitees about the wildlife and enforcing their compliance with the above statements.

### 50. Body of Water (Lake, pond, etc.)

50.1 Resident Acknowledgements: In the event your community has a body of water, resident acknowledges that:

a) One or more bodies of water are located in the community.

b) There are certain risks associated with bodies of water in the community.

c) Resident assumes the risk with respect to having a body of water near to resident's apartment home and acknowledges that neither owner nor management are liable for any injuries, damages or losses to persons or property caused by or related to the body of water by resident, occupants, guests or invitees.

50.2 Resident Responsibilities: Resident represents that resident:

a) will not swim or wade in any body of water that is not designated as a swimming pool;

b) will not boat on any body of water;

c) will not ice skate or conduct any other type of water sport in or on the bodies of water;

d) will not allow pets or children to swim or play near the bodies of water;

e) will maintain a safe distance from the bodies of water as they may hide jagged rocks, broken glass, wildlife, or trash;

f) will not walk near the bodies of water as weeds and grass can entangle legs/arms and may hide natural dangers such as snakes or alligators;

g) will not dispose of garbage in or near a body of water; and

h) will be responsible for informing occupants, guests and invitees about the bodies of water and enforcing their compliance with the above statements.

### 51. Elevators

In the event your community has an elevator (s) for the enjoyment of all residents, the following policies apply.

a) Use the elevator at your own risk.

b) Use equipment only in the manner intended by the manufacturer.

c) Immediately report any needed repairs to management. Do not attempt to make repairs to the elevator.

d) In case of emergency, call 911.

e) Do not leave personal items in the elevator. Neither owner nor management are responsible for accidents, injuries, or lost, stolen, damaged or misplaced items.

f) Do not damage the elevator. Please report vandalism.

g) Do not attempt to maneuver or stop closing doors. Wait for the next elevator car.

h) In the event of a fire or other situation that could lead to a disruption in electrical services, take the stairs.

i) When entering and exiting the elevator, watch your step as the elevator car may not be perfectly level with the floor.

j) Stand clear of the doors. Keep clothes and carry-ons away from the opening. Enforce compliance of these policies with pets.

k) If available, hold the handrail.

l) Do not push people in front of you when entering or exiting the elevator.

m) Do not climb out of a stalled elevator. Use the alarm, help, or telephone button to call for assistance.

Initials _____

n) You are responsible for informing occupants, guests and invitees about these policies and enforcing their compliance with the above statements.

## 52. Construction or Renovation

In the event your community is under construction or renovation, the following policies apply:

a) **Inform Occupants and Guests:** Resident will be responsible for informing occupants, guests, and invitees about these policies.

b) **Stay Away From Construction Areas:** Resident agrees to observe all warning signs and blockades. Resident agrees to stay away from the construction areas and shall not climb on or enter onto scaffolding or other construction equipment at any time. Resident acknowledges there may be construction debris, trip hazards, and uneven surfaces. Construction crews may work throughout the days to complete construction.

c) **Machinery and Equipment:** Resident acknowledges the construction areas will have machinery and equipment to be used by authorized personnel only and entry into those areas by resident, occupants, guests or invitees is strictly prohibited.

d) **Minor Disturbances:** Resident acknowledges that the construction/renovation may cause noise, dust, and minor disturbances to the egress/ingress on or about the community and minor disturbances to the quiet enjoyment of the apartment home by the resident.

e) **Amenities May Bo Unavailable:** Resident further agrees that the amenities, including the clubhouse, pool, or other common areas, may be unavailable for use by resident, occupants, guests and invitees during the period of construction.

f) **Resident Waives Right to Withhold Rent:** The resident hereby waives any right to withhold rent due to inconvenience or disturbance of quiet enjoyment of resident's apartment home or the inability to use the amenities or common areas or put forward such noise or construction activity as a breach of management's duty pursuant to applicable law.

g) **Move-In Date Not Guaranteed Due to Construction Delays:** The resident acknowledges that the move-in date cannot be guaranteed in the case of unforeseen construction delays. Resident acknowledges that rent will not be compensated for any unforeseen occupancy delays. If the resident terminates the Lease Contract early for any reason other than construction delays, the resident will be responsible for all applicable early termination charges and procedures.

## 53. Prevention of Mold

**53.1 Mold Is Found Everywhere:** Mold is found virtually everywhere in our environment-both indoors and outdoors and in both new and old structures. Molds are naturally occurring microscopic organisms which reproduce by spores and have existed practically from the beginning of time. All of us have lived with mold spores all our lives. Without molds we would all be struggling with large amounts of dead organic matter.

**53.2 Conflicting Scientific Evidence:** Mold breaks down organic matter in the environment and uses the end product for its food. Mold spores (like plant pollen) spread through the air and are commonly transported by shoes, clothing and other materials. When excess moisture is present inside a dwelling, mold can grow. There is conflicting scientific evidence as to what constitutes a sufficient accumulation of mold which could lead to adverse health effects. Nonetheless, appropriate precautions need to be taken.

**53.3 Prevent Excessive Moisture Buildup:** In order to avoid mold growth, it is important to prevent excessive moisture buildup in your dwelling. Failure to promptly pay attention to leaks and moisture that might accumulate on dwelling surfaces or that might get inside walls or ceilings can encourage mold growth. Prolonged moisture can result from a wide variety of sources, such as:

a) Rainwater leaking from roofs, windows, doors, and outside walls, as well as flood waters rising above floor level;

b) Overflows from showers, bathtubs, toilets, lavatories, sinks, washing machines, dishwashers, dehumidifiers, refrigerator or A/C drip pans or clogged up A/C condensation lines;

c) Leaks from plumbing lines or fixtures, and leaks into walls from bad or missing grouting/caulking around showers, tubs, or sinks;

d) Washing machine hose leaks, plant watering overflows, pet urine, cooking spills, beverage spills and steam from excessive open-pot cooking;

e) Leaks from clothes dryer discharge vents (which can put lots of moisture into the air); and

f) Insufficient dryer of carpets, carpet pads, shower walls and bathroom floors.

**53.4 Resident Responsibilities:** It is our goal to maintain the highest quality living environment for our residents. To help achieve this goal, it is important to work together to minimize the potential for conditions that could lead to the growth of naturally occurring mold. In order to minimize the potential for mold growth in your dwelling, you must do the following:

a) **Proper ventilation is essential.** If it is not possible to open windows, run the fan on the apartment home air-handling unit to circulate fresh air throughout your apartment home.

b) **Keep windows and doors closed in damp or rainy weather conditions.**

c) **Maintain a temperature of between 55° and 80° Fahrenheit within your apartment home at all times.**

d) **Ensure appropriate or reasonable climate control, ventilation, and lighting at all times in the unit based on the circumstances to prevent damage in the premises and to the community and to prevent mold and mildew in humid conditions and to avoid freezing pipes in cold weather.**

e) We have the right to limit or prohibit humidifiers.

f) **Clean and dust your apartment home on a regular basis as required by your Lease Contract.** Regular vacuuming, mopping, and use of environmentally safe household cleaners is important to remove household dirt and debris that contribute to mold growth. Immediately throw away moldy food.

g) **Periodically clean and dry the walls and floors around the sink, bathtub, shower, toilets, windows and patio doors using a common household disinfecting cleaner.**

h) **Wipe down and dry areas where moisture sometimes accumulates, on a regular basis, like countertops, windows, windowsills, bathroom sinks, toilets and shower enclosures.**

i) **Use the pre-installed bathroom fan or alternative ventilation when bathing or showering and allow the fan to run until all excess moisture has vented from the bathroom.**

j) **Turn on any exhaust fans in the bathroom before you start showering.** When showering, be sure to keep the shower curtain inside the tub or fully close the shower doors. After taking a shower or bath, wipe moisture off shower walls, shower doors, the bathtub and bathroom floor. Leave the bathroom door open until all moisture on the mirrors and bathroom walls and tiles surfaces has dissipated. Hang up your towels and bath mats so they will completely dry out.

k) **Use the exhaust fans in your kitchen when cooking or while the dishwasher is running.** Allow the fan to run until all excess moisture has vented from the kitchen.

l) **Use care when watering houseplants.** If spills occur, dry up excess water immediately.

m) **Ensure that your clothes dryer vent is operating properly,** and clean the lint screen after every use. When washing clothes in warm or hot water, watch to make sure condensation does not build up within the washer and dryer closet; if condensation does accumulate, dry with a fan or towel.

n) **Thoroughly dry any spills or pet urine on all flooring,** including carpet.

o) **Do not overfill closets or storage areas.** Ventilation is important in these spaces.

p) **Do not allow damp or moist stacks of clothes or other cloth materials to lie in piles for an extended period of time.**

q) **Immediately report to management any evidence of a water leak or excessive moisture in your apartment home, storage room, garage, or any common area.**

r) **Immediately report to management any evidence of mold growth that cannot be removed by simply applying a common household cleaner and wiping the area.** Also report any area of mold that reappears despite regular cleaning.

s) **Immediately report to management any failure or malfunction with your heating, ventilation or air-conditioning ducts in your apartment home.**

t) **Immediately report to management any inoperable windows or doors.**

u) **Immediately report to management any musty odors that you notice in your apartment home.**

## 54. Apartment Home Fire Emergency Plan

**54.1 Guidelines:** These evacuation guidelines have been developed to help residents in the evacuation of their apartment homes in the event of fire or smoke. Please read the following information carefully and ask management any questions you may have. The following suggested guidelines should be reviewed periodically by you and each resident or occupant in the household:

a) If there is fire or smoke in your apartment home, go to the nearest exit by crawling close to the floor, where there is less smoke. Do this even if you can tolerate the smoke by standing up. Check the doorknob and entire door to see if either is hot. If both are cool to the touch, open the door slowly and look in to the hallway/walkway or stairs. If it is clear, leave your apartment home and close the door.

b) Call the fire department or 911. Be sure to give the exact location of the fire (community name, address, building number, and floor and apartment home number).

c) Warn neighboring residents. Yell "Fire" and knock on neighboring doors.

**54.2 If You Are Alerted To A Fire by Smoke:** If you are alerted to a fire by smoke from the hallway or an outside alarm, follow these guidelines:

a) Determine if it is safe to leave your apartment home. Check the doorknob and entire door to see if either is hot. If neither is hot, open the door slowly and check the hallway/walkway or stairs. If all is clear of fire and smoke, leave your apartment home and close the door behind you.

b) Stay in the apartment home if the door or doorknob is hot or the hall/walkway or stairs are filled with smoke.

c) Call 911 for help.

d) Hang a sheet out of the window to signal to fire fighters that help is needed. Do not try to use the sheet to climb down the building.

e) Do not jump from windows or balconies. Needless injuries and fatalities have been caused in emergencies when people have panicked and jumped.

f) Stuff wet towels in the cracks around the door to keep smoke out. Use a bucket of water to splash water on the door and/or walls if they become hot. A wet towel tied around your nose and mouth will help filter smoke.

g) Remove drapes or other combustible materials near the hot area.

h) *Never go back into the apartment home until the fire department or management indicates it is safe to do so.*

## 55. Fire Hazards

a) Resident shall consider fire safety and fire safety regulations while in the apartment home and community, including while cooking, smoking, decorating (including holiday decorations), using electrical items and items which produce heat.

b) No flammable or combustible objects/substances are to be stored in your apartment home or on patios, balconies, under stairwells, in your garage or storage space, and should not be within 30 inches of an item which produces heat (water heater, furnace, stove, oven, candle, curling iron, etc.).

c) Open Flames / Items Which Produce Heat: Items which require an open flame to operate or which produce heat (e.g., Bunsen burners, sterno/canned heat, lighted candles, alcohol burners, heating elements, irons, curling irons, halogen bulbs, stove, oven) must be supervised by resident at all times during use and can never be left on unattended.

d) Resident shall not obstruct or use the driveways, sidewalks, entry passages, stairs, breezeways, courtyards, or halls for any purpose other than ingress or egress.

e) Fire Alarms: In the event residents are given procedures for fire alarms, resident, occupants, guests and invitees are required to adhere to all procedures. In the case of a fire alarm sounding in the community, resident, occupants, guests and invitees are required to evacuate the building. If resident sees smoke in the hallways, breezeways, or rooms, keep low to the ground while moving to the nearest exit. Once resident is out of the building, move away from the building and do not block emergency personnel and equipment. Resident may not re-enter the building until resident receives notification from the local officials or management. Failure to evacuate may result in fines and/or a default of the Lease Contract.

f) Resident and resident's occupant(s), guest(s), and invitee(s) must not tamper with, interfere with, or damage any alarm equipment and/or installation.

g) False Trigger of Fire Sprinklers: In the event the community has a fire sprinkler system, resident acknowledges and hereby agrees that it is important to never hang fire sprinkler heads so as not to falsely trigger or activate them. If resident triggers or activates the fire sprinkler system, resident will be responsible for all damages caused by the activation.

h) False Alarms: Anyone found to falsely pull a fire alarm will be subject to criminal charges, a fine, and/or a default of the Lease Contract.

i) Extension Cords and Multiple Plugs: An extension cord must be UL approved, 16 gauges, and not exceed an un-spliced length of six feet with a polarized plug and a single outlet; it may not be placed under floor coverings or furnishings and may not be secured by penetrating the insulation.

## 56. Freezing Weather Instructions

Water pipes in your community may freeze and break unless we all follow the precautions listed in these instructions. If any pipes freeze during the winter, we may have to cut off the water to entire buildings. If there is widespread pipe breakage across the city, it could be days before we can get the pipes fixed and get hot and cold water back on in your apartment home. Resident shall follow these precautions when subfreezing weather occurs.

a) Leave the heat on 24 hours a day at a temperature setting of no less than 55 degrees. Keep all windows closed.

b) Leave open the cabinet doors under the kitchen sink and bathroom sink to allow heat to get to the plumbing.

c) Drip all your water faucets 24 hours a day. If severe subfreezing weather occurs, it may be necessary to run your faucets at a steady, pencil-lead stream when you are in the apartment home and when you are gone. This includes hot and cold water in your kitchen, bathroom lavatories, bathtubs, shower, wet bar sinks, etc.

d) Leave all drains open and clear of obstacles; including lavatories, sinks and bathtubs.

e) Bring potted or hanging plants inside your apartment home and protect the floors where you place them.

f) Contact management if you will be away from your apartment home for more than 24 hours when subfreezing weather may reasonably be anticipated.

g) If you notice a water leak, icy spot or other hazardous condition on the community, notify management IMMEDIATELY.

h) Use extra caution when walking and/or driving on the community when freezing rain or snow is predicted or occurring. Remember that walkways, stairs, steps, sidewalks, breezeways, and parking lots can become dangerously slick with the buildup of ice. Hold on to the stair rails where available.

i) Unless required by law, we have no duty to remove ice, sleet, or snow from the common areas.

## 57. Flood Guidelines

A flood can occur during heavy rains. Please read the following suggested guidelines carefully, and ask management any questions you may have. The following are suggested guidelines and should be reviewed periodically by each resident and occupant.

**57.1 Before**

a) Purchase and stock supplies such as a battery-operated radio and flashlight, batteries, non-perishable food items, drinking water, extra ice, ice chest etc.

b) Remove plants, flower boxes, patio furniture, etc. from the patio or balcony. Store these items inside your apartment home. Put plastic under the plant pots or baskets so you will not damage the carpet. Do not put tape on the windows unless directed by management to do so.

c) Fill your car with gasoline and check the battery. Move your car to higher ground.

d) Unplug all appliances. Do not turn on the television. Do not plug appliances back in until the water completely recedes and community personnel give you permission.

e) Fill your bathtub(s) with water. You will need water for drinking, cooking, cleaning and bathing if the water supply is contaminated.

f) Fill needed medical prescriptions.

g) Wash your clothes so you will have plenty of clean clothes available. The laundry rooms may be closed during a flood and electrical power is usually disrupted.

**57.2 During**

a) Leave your apartment home only if it appears safe to do so, or if you have been instructed to evacuate by emergency personnel or management.

b) Move valuable items to higher ground. If one is available, you may have time to move items to an upstairs apartment home. If not, put them up on the bed, a sturdy table, etc. Listen for emergency instructions and weather updates on a battery powered radio,

c) Use the telephone for emergencies only.

**57.3 After**

a) Listen for emergency instructions on the radio. There are many safety precautions that must be followed after the flood passes.

b) Stay in your apartment home and do not drive until you are told it is allowed.

## 58. Automated Electronic Payments

**58.1 Check Scanner:** In the event your community uses a check scanner, you are hereby advised that personal checks remitted for normal payments will be scanned and the funds will be electronically withdrawn from your bank account via "Automated Clearing House" (ACH). If you wish to opt out of this process, you must choose another payment method. Standard ACH bank drafts occur after one business day.

**58.2 ACH, Credit, and Debit Cards:** Automated electronic payments include ACH and Credit and Debit Card transactions. ACH refers to the nationwide network of banking institutions that have agreed to process electronic payments automatically from your bank account to our bank accounts. Virtually all banks and credit unions participate. Card and Debit card transactions refers to credit and debit card transactions, including those cards bearing the Visa, MasterCard, Discover and American Express logos. Collectively, "automated electronic payments" are paperless transactions that occur instantly and automatically without a check being hand-processed through a local bank clearinghouse or the Federal Reserve System.

**58.3 Advantages in Paying Rent via ACH:** There are advantages for you in paying your rent via automated electronic payments, including: Greater convenience since you won't have to worry each month with writing, mailing or delivering a rent check; No late charges since your rent will be paid timely, assuming there are sufficient funds in your checking account; Greater security since there is little chance that a check signed by you will fall into the wrong hands or get lost in the mail; and Proof that you've paid since your bank statement is evidence of payment according to ACH and card network rules.

**58.4 Electronic Check Conversion:** Electronic check conversion is a process in which your check is used as a source of information (for the check number, your account number, and the number that identifies your financial institution). The information is then used to make a one-time electronic payment from your account (an electronic fund transfer). The check itself is not the method of payment. Your electronic transaction may be processed faster than a check. Be sure you have enough money in your account at the time you make a purchase. Your financial institution will not return any checks that are converted, even if you normally receive your original checks or images of those checks with your statement. Always review your regular account statement from your financial institution. You should immediately contact your financial institution if you see a problem. You have only 60 days (from the date your statement was sent) to tell the financial institution about a problem. Depending on the circumstances, the financial institution may take up to 45 days from the time you notify it to complete its investigation. Your checking account statement will contain information about your payment, including the date, the check number, the name of the person or company you have paid, and the amount of the payment.

### 59. Group E-Mail and Text Communication

In the event you provided an email address or cell phone number to us, we may send important announcements via e-mail and/or text, such as an emergency water shut off, change in office hours, etc. In addition, you may receive other promotional community messages, such as resident satisfaction surveys, resident referral messages, and various resident service reminders from our team via text or e-mail. If you do not want to be included in group messages via e-mail or text, you may opt out of receiving future group correspondence in this manner.

### 60. Mixed Use Facility (residential, retail, commercial space)

In the event your community is a Mixed-Use facility (retail, commercial, office, and/or residential), you understand and acknowledge that your apartment home is located and/or immediately adjacent to commercial business, including, but not limited to offices, restaurants, bars, nightclubs, retail establishments, and entertainment venues (all of the above collectively referred to as "commercial neighbors" or "neighbors"). You understand and acknowledge that such commercial neighbors may, by virtue of their respective businesses, produce noises and sounds (including but not limited to music and other forms of entertainment) and odors that may penetrate the walls and floors of your apartment home and that such noise, sounds, and odors may penetrate the walls and floors of your apartment home up to twenty-four (24) hours a day. You further understand and acknowledge that events may be held at the property from time to time that have the potential to attract a large volume of people. These events may cause noise and sounds or odors that may penetrate the walls of the apartment home. You understand and acknowledge that such events may reduce the amount of available guest parking spaces at the property; provided, however, such events will not unreasonably restrict residents' access to their individual apartment homes or parking spaces if designated specifically for the residents. Owner and management are not responsible for any interruption in the enjoyment of your apartment home or damages to your apartment home or personal belongings (smells that may permeate furniture, etc.) due to these commercial neighbors.

### 61. Subletting and Replacements

a) **When Allowed:** Replacing a resident, subletting, or assigning a resident's rights is allowed *only when we consent in writing*. Residency at your community is subject to an application and/or approval by management. Occupancy is restricted to only the named residents and occupants that are identified in your Lease Contract.

b) **Advertising Your Apartment:** Resident acknowledges and agrees that advertising your apartment(s) for rent without management's written consent is not allowed. This includes online postings such as Craigslist, Airbnb, etc.

### 62. Notification

All rules and regulations posted within the community are included by reference in this document. Immediately call 911 or the police to report an emergency, suspicious persons, strange vehicles, disturbances, or unusual activity on the community. *Neither owner nor management are liable for any injuries, and resident waives any claims or rights to sue management for any injury that may result directly or indirectly from the use of any of the facilities on the community.*

### 63. Acknowledgement by Residents of Apartment Home Rules

Residents and all occupants, guests and invitees must comply with all community policies and rules regarding use of the resident's dwelling and the common areas. These policies are added as part of the Lease Contract and, in some cases, separate rules attached to the Lease Contract or provided to the resident(s) during the lease term. Special instructions may have been given to residents regarding smoke alarms, alarm systems, access gates, and other devices or amenities.

I have carefully read the foregoing releases and I fully understand their contents. I sign these releases as my own free act. I am aware that these are releases of liability.

**Resident(s) Signature(s)**          *(18 years of age and over)*

_____ Date: _____

_____ Date: _____

_____ Date: _____

_____ Date: _____

_____ Date: _____

_____ Date: _____

**Owner's Representative Signature:**

_____

Title: _____ Date: _____



# Animal Addendum
*(to be completed only if an animal will occupy the dwelling unit)*
*Becomes part of Lease Contract*



NATIONAL
APARTMENT
ASSOCIATION

Date: **June 28, 2016**
(when this Addendum is filled out)

> *Please note: We consider animals a serious responsibility and a risk to each resident in the dwelling. If you do not properly control and care for an animal, you'll be held liable if it causes any damage or disturbs other residents.*

*In this document, the terms "you" and "your" refer to all residents listed below and all occupants or guests; and the terms "we," "us," and "our" refer to the owner named in the Lease Contract (not to the property manager or anyone else).*

1. **DWELLING UNIT DESCRIPTION.** Unit No. **86-103** , at **586 Calibre Crest Parkway #103** *(street address)* in **Altamonte Springs** *(city)*, Florida, **32714** *(zip code)*.

2. **LEASE CONTRACT DESCRIPTION.**
Lease Contract date: **June 28, 2016**
Owner's name: **BEL Calibre Holdings, LLC**

Residents *(list all residents)*: **Laura Frechette**

The Lease Contract is referred to in this Addendum as the "Lease Contract."

3. **CONDITIONAL AUTHORIZATION FOR ANIMAL.** You may keep the animal that is described below in the dwelling until the Lease Contract expires. But we may terminate this authorization sooner if your right of occupancy is lawfully terminated or if in our judgment you and your animal, your guests, or any occupant violate any of the rules in this Addendum.

4. **ANIMAL DEPOSIT.** An animal deposit of $ **0.00** will be charged. We *[check one]* ☒ will consider, or ☐ will not consider this additional security deposit the general security deposit for all purposes. The security deposit amount in the Lease Contract *[check one]* ☒ *does*, or ☐ *does not include* this additional deposit amount. Refund of the animal deposit will be subject to the terms and conditions set forth in the Lease Contract regardless of whether it is considered part of the general security deposit.

5. **ADDITIONAL MONTHLY RENT.** Your total monthly rent (as stated in the Lease Contract) will be increased by $ **0.00** . The monthly rent amount in the Lease Contract *[check one]* ☐ includes ☐ does not include this additional animal rent.

6. **ADDITIONAL FEE.** You must also pay a one-time fee of $ **300.00** for having the animal in the dwelling unit. It is our policy to not charge a deposit for support animals.

7. **LIABILITY NOT LIMITED.** The additional monthly rent and additional security deposit under this Animal Addendum do not limit residents' liability for property damages, cleaning, deodorization, defleaing, replacements, or personal injuries.

8. **DESCRIPTION OF ANIMAL(S).** You may keep only the animal(s) described below. You may not substitute any other animal(s). Neither you nor your guests or occupants may bring any other animal(s)-mammal, reptile, bird, amphibian, fish, rodent, arachnid, or insect-into the dwelling or dwelling community.
Animal's name: _____
Type: **Dog**
Breed: **Greyhound**
Color: _____
Weight: **65** Age: **10**
City of license : _____
License no.: _____
Date of last rabies shot: _____
Housebroken? _____
Animal owner's name: **Laura Frechette**

Animal's name: _____
Type: _____
Breed: _____
Color: _____
Weight: _____ Age: _____
City of license: _____
License no.: _____
Date of last rabies shot: _____
Housebroken? _____
Animal owner's name: _____

9. **SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form: **Up-to-date vaccination records required for pet approval. Management reserves the right to refuse any pet. Pets must be under 65 pounds and no agressive breeds nor mix of breed will be allowed.**
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

10. **EMERGENCY.** In an emergency involving an accident or injury to your animal, we have the right, but not a duty, to take the animal to the following veterinarian for treatment, at your expense.
Doctor: _____
Address: _____
City/State/Zip: _____
Phone: _____

11. **ANIMAL RULES.** You are responsible for the animal's actions at all times. You agree to abide by these rules:

- The animal must not disturb the neighbors or other residents, regardless of whether the animal is inside or outside the dwelling.

- Dogs, cats, and support animals must be housebroken. All other animals must be caged at all times. No animal offspring are allowed.

- Inside, the animal may urinate or defecate *only* in these designated areas: **Puppy Pad/Litter Box**

- Outside, the animal may urinate or defecate *only* in these designated areas: **On Leash with immediate clean-up.**

- Animals may not be tied to any fixed object anywhere outside the dwelling units, except in fenced yards (if any) for your exclusive use.

- You must not let an animal other than support animals into swimming-pool areas, laundry rooms, offices, clubrooms, other recreational facilities, or other dwelling units.

- Your animal must be fed and watered inside the dwelling unit. Don't leave animal food or water outside the dwelling unit at any time, except in fenced yards (if any) for your exclusive use.

- You must keep the animal on a leash and under your supervision when outside the dwelling or any private fenced area. We or our representative may pick up unleashed animals and/or report them to the proper authorities. We may impose reasonable charges for picking up and/or keeping unleashed animals.

- Unless we have designated a particular area in your dwelling unit or on the grounds for animal defecation and urination, you are prohibited from letting an animal defecate or urinate *anywhere* on our property. You must take the animal off our property for that purpose. If we allow animal defecation inside the dwelling unit in this Addendum, you must ensure that it's done in a litter box with a kitty litter-type mix. If the animal defecates anywhere on our property (including in a fenced yard for your exclusive use), you'll be responsible for immediately removing the waste and repairing any damage. Despite anything this Addendum says, you must comply with all local ordinances regarding animal defecation.

- You will have the right to have animal vaccinated and/or receive any shots or medical care as required by law. You will also obtain any licenses and/or permits for the animal as required by law. We may request proof of necessary vaccinations, licenses or permits at any time. Your failure to provide us such information is a material breach of this Lease Contract.

12. **ADDITIONAL RULES.** We have the right to make reasonable changes to the animal rules from time to time if we distribute a written copy of any changes to every resident who is allowed to have animals.

13. **VIOLATION OF RULES.** If you, your guest, or any occupant violates any rule or provision of this Animal Addendum (based upon our judgment) and we give you written notice, you must remove the animal immediately and permanently from the premises. We also have all other rights and remedies set forth in the Lease Contract, including damages, eviction, and attorney's fees to the extent allowed by law.

14. **COMPLAINTS ABOUT ANIMAL.** You must immediately and permanently remove the animal from the premises if we receive a reasonable complaint from a neighbor or other resident or if we, in our sole discretion, determine that the animal has disturbed neighbors or other residents.

15. **OUR REMOVAL OF ANIMAL.** In some circumstances, we may enter the dwelling unit and remove the animal with one day's notice left in a conspicuous place. We can do this if, in our sole judgment, you have:

- abandoned the animal;
- left the animal in the dwelling unit for an extended period of time without food or water;
- failed to care for a sick animal;
- violated our animal rules; or
- let the animal defecate or urinate where it's not supposed to.

In doing this, we must follow the procedures of the Lease Contract, and we may board the animal or turn the animal over to a humane society or local authority. We'll return the animal to you upon request if we haven't already turned it over to a humane society or local authority. We don't have a lien on the animal for any purpose, but you must pay for reasonable care and kenneling charges for the animal. If you don't pick up the animal within 5 days after we remove it, it will be considered abandoned.

16. **LIABILITY FOR DAMAGES, INJURIES, CLEANING, ETC.** You and all co-residents will be jointly and severally liable for the entire amount of all damages caused by the animal, including all cleaning, defleaing, and deodorizing. This provision applies to all parts of the dwelling unit, including carpets, doors, walls, drapes, wallpaper, windows, screens, furniture, appliances, as well as landscaping and other outside improvements. If items cannot be satisfactorily cleaned or repaired, you must pay for us to replace them completely. Payment for damages, repairs, cleaning, replacements, etc. are due immediately upon demand.

As owner of the animal, you're strictly liable for the entire amount of any injury that the animal causes to a person or anyone's property. You'll indemnify us for all costs of litigation and attorney's fees resulting from any such damage.

17. **MOVE-OUT.** When you move out, you'll pay for defleaing, deodorizing, and shampooing to protect future residents from possible health hazards, regardless of how long the animal was there. We—not you—will arrange for these services.

18. **MULTIPLE RESIDENTS.** Each resident who signed the Lease Contract must sign this Animal Addendum. You, your guests, and any occupants must follow all animal rules. Each resident is jointly and severally liable for damages and all other obligations set forth in this Animal Addendum, even if the resident does not own the animal.

19. **GENERAL.** You acknowledge that no other oral or written agreement exists regarding animals. Except for written rule changes under paragraph 9 above, our representative has no authority to modify this Animal Addendum or the animal rules except in writing. This Animal Addendum and the animal rules are considered part of the Lease Contract described above. It has been executed in multiple originals, one for you and one or more for us.

This is a binding legal document. Read it carefully before signing.

| Resident or Residents | Owner or Owner's Representative |
|---|---|
| *(All resident's must sign)* | *(Signs below)* |





# LEASE CONTRACT ADDENDUM
## FOR SATELLITE DISH OR ANTENNA



**NATIONAL APARTMENT ASSOCIATION**

Under a Federal Communications Commission (FCC) order, you as our resident have a right to install a transmitting or receiving satellite dish or antenna on the leased dwelling, subject to FCC limitations. We as a rental housing owner are allowed to impose reasonable restrictions relating to such installation. You are required to comply with these restrictions as a condition of installing such equipment. This addendum contains the restrictions that you and we agree to follow.

1. **Dwelling Unit Description.** Unit. No. **86-103** , **586 Calibre Crest Parkway #103** _(street address)_ in **Altamonte Springs** _(city)_, Florida, **32714** _(zip code)._

2. **Lease Contract Description.**
   Lease Contract date: **June 25, 2016**
   Owner's name: **BEL Calibre Holdings, LLC**

   Residents _(list all residents)_: **Laura Frechette**

3. **Number and size.** You may install **1** satellite dish(es) or antenna(s) on the leased premises. A satellite dish may not exceed one meter (3.3 feet) in diameter. Antennas that only transmit signals or that are not covered by 47 CFR § 1.4000 are prohibited.

4. **Location.** Your satellite dish or antenna must be located: (1) inside your dwelling; or (2) in an area outside your dwelling such as a balcony, patio, yard, etc. of which you have exclusive use under your lease. Installation is not permitted on any parking area, roof, exterior wall, window, window sill, fence or common area, or in an area that other residents are allowed to use. A satellite dish or antenna may not protrude beyond the vertical and horizontal space that is leased to you for your exclusive use.

5. **Safety and non-interference.** Your installation: (1) must comply with all applicable ordinances and laws and all reasonable safety standards; (2) may not interfere with our cable, telephone or electrical systems or those of neighboring properties; (3) may not be connected to our telecommunication systems; and (4) may not be connected to our electrical system except by plugging into a 110-volt duplex receptacle. If the satellite dish or antenna is placed in a permitted outside area, it must be safely secured by one of three methods: (1) securely attaching it to a portable, heavy object such as a small slab of concrete; (2) clamping it to a part of the building's exterior that lies within your leased premises (such as a balcony or patio railing); or (3) any other method approved by us in writing. No other methods are allowed. We may require reasonable screening of the satellite dish or antenna by plants, etc., so long as it does not impair reception.

6. **Signal transmission from exterior dish or antenna to interior of dwelling.** You may not damage or alter the leased premises and may not drill holes through outside walls, door jams, window sills, etc. If your satellite dish or antenna is installed outside your dwelling (on a balcony, patio, etc.), the signals received by it may be transmitted to the interior of your dwelling only by the following methods: (1) running a "flat" cable under a door jam or window sill in a manner that does not physically alter the premises and does not interfere with proper operation of the door or window; (2) running a traditional or flat cable through a pre-existing hole in the wall (that will not need to be enlarged to accommodate the cable); (3) connecting cables "through a window pane," similar to how an external car antenna for a cellular phone can be connected to inside wiring by a device glued to either side of the window—without drilling a hole through the window; (4) wireless transmission of the signal from the satellite dish or antenna to a device inside the dwelling; or (5) any other method approved by us in writing.

7. **Safety in installation.** In order to assure safety, the strength and type of materials used for installation must be approved by us. Installation must be done by a qualified person or company approved by us. Our approval will not be unreasonably withheld. An installer provided by the seller of the satellite dish or antenna is presumed to be qualified.

8. **Maintenance.** You will have the sole responsibility for maintaining your satellite dish, antenna and all related equipment.

9. **Removal and damages.** You must remove the satellite dish or antenna and all related equipment when you move out of the dwelling. In accordance with the NAA Lease Contract, you must pay for any damages and for the cost of repairs or repainting caused by negligence, carelessness,

accident or abuse which may be reasonably necessary to restore the leased premises to its condition prior to the installation of your satellite dish, antenna or related equipment. You will not be responsible for normal wear.

10. **Liability insurance.** You must take full responsibility for the satellite dish, antenna and related equipment. If the dish or antenna is installed at a height that could result in injury to others if it becomes unattached and falls, you must provide us with evidence of liability insurance (if available) to protect us against claims of personal injury and property damage to others, related to your satellite dish, antenna and related equipment. The insurance coverage must be $ **100000.00** , which is an amount reasonably determined by us to accomplish that purpose. Factors affecting the amount of insurance include height of installation above ground level, potential wind velocities, risk of the dish/antenna becoming unattached and falling on someone, etc.

11. **Security Deposit.** An additional security deposit of $ **200.00** will be charged. We (check one) ☒ will consider or ☐ will not consider this additional security deposit a general security deposit for all purposes. The security deposit amount in the Lease Contract (check one) ☒ does or ☐ does not include this additional deposit amount. Refund of the additional security deposit will be subject to the terms and conditions set forth in the Lease Contract regardless of whether it is considered part of the general security deposit.

    This additional security deposit is required to help protect us against possible repair costs, damages, or failure to remove the satellite dish, antenna and related equipment at time of move-out. Factors affecting any security deposit may vary, depending on: (1) how the dish or antenna is attached (nails, screws, lag bolts drilled into walls); (2) whether holes were permitted to be drilled through walls for the cable between the satellite dish and the TV; and (3) the difficulty and cost repair or restoration after removal, etc.

12. **When you may begin installation.** You may start installation of your satellite dish, antenna or related equipment only after you have: (1) signed this addendum; (2) provided us with written evidence of the liability insurance referred to in paragraph 10 of this addendum; (3) paid us the additional security deposit, if applicable, in paragraph 11; and (4) received our written approval of the installation materials and the person or company that will do the installation, which approval may not be unreasonably withheld.

13. **Miscellaneous.** If additional satellite dishes or antennas are desired, an additional lease addendum must be executed.

14. **Special Provisions.** The following special provisions control over conflicting provisions of this printed form:

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

**Resident or Residents**
_(All residents must sign here)_

_Lewis Frechette_ (signature)

**Owner or Owner's Representative**
_(sign here)_

_Amber Barrett_ (signature)

**Date of Lease Contract**

**June 25, 2016**

Laura Frechette

© 2012, National Apartment Association, Inc. - 9/2012, Florida



**LEASE ADDENDUM**
**LIABILITY INSURANCE REQUIRED OF RESIDENT**

1. **Addendum.** This is an addendum to the Lease Contract for Apt. No. 86-103 in the Central Parkway Apartments in Altamonte Springs (city) FL (state). The effective date of this addendum is 06/28/2016.

2. **Acknowledgment Concerning Insurance or Damage Waiver.** You acknowledge that we do not maintain insurance to protect you against personal injury, loss or damage to your personal property or belongings, or to cover your own liability for injury, loss or damage you (or your occupants or guests) may cause others. You also acknowledge that by not maintaining your own policy of personal liability insurance, you may be responsible to others (including us) for the full cost of any injury, loss or damage caused by your actions or the actions of your occupants or guests. You understand that paragraph 8 of the Lease Contract requires You to maintain a liability insurance policy, which provides limits of liability to third parties in an amount not less than $ 100,000 per occurrence. You will ensure that the liability insurance policy identifies this apartment community, C/O Greystar, P.O. Box 115009, Carrollton, TX 75011-5009 as a "Party of Interest" or "Interested Party" (or similar language as may be available). You understand and agree to maintain at all times during the Term of the Lease Contract and any renewal periods, a policy of personal liability insurance with this limit and otherwise satisfying the requirements listed below, at your sole expense.

3. **Required Policy.** You are required to purchase and maintain personal liability insurance covering you, your occupants and guests, for personal injury and property damage any of you cause to third-parties (including damages to our property), with the minimum policy coverage amount set forth in paragraph 2 above, from a carrier with an AM Best rating of A-VII or better, authorized to issue such insurance in (state). The Carrier must provide notice to us within 30 days of any cancellation, non-renewal, or material change in your coverage. We retain the right to hold you responsible for any loss in excess of your insurance coverage.

4. **No Solicitation.** Unless otherwise acknowledged in writing, you acknowledge that we have made no solicitations, guarantees, representations, or promises whatsoever concerning any insurance or services provided by any insurance company. You were and are free to contract for the required insurance with the provider of your choosing so long as that provider comports with the requirements of paragraph 3 above.

5. **Subrogation Allowed.** You and we agree that subrogation is allowed by all parties and that this agreement supersedes any language to the contrary in the Lease Contract. Accordingly, our insurance carrier may sue you for losses it pays as a result of your negligence, and your insurance carrier may sue us for losses it pays as a result of our negligence.

6. **Your Insurance Coverage.** By signing this addendum, you acknowledge that you have purchased (or will purchase) the insurance described in paragraphs 2 and 3, and that you will provide written proof of this insurance to on-site staff prior to taking possession of the apartment. You further acknowledge that you will keep this insurance policy in-force for the entire term of the lease and provide written proof of active renter's liability coverage upon request. If any material terms of your insurance policy change, you agree to promptly provide proof of the modified policy terms to the on-site staff. For the purposes of this paragraph, either the written policy itself or the declaration page to the policy shall constitute written proof.

7. **Default.** Unless otherwise prohibited by law, any default under the terms of this Addendum shall be deemed an immediate, material and incurable default under the terms of the Lease Contract, and we shall be entitled to exercise all rights and remedies under the law. If you allow your outside policy to expire or cancel, you will be in default under the terms of your lease. If you fail to provide written proof of insurance as required by paragraph 6, we reserve the right to procure coverage to address the deficiency and you agree to reimburse us in the form of a $15.00 Lease Violation Fee for all costs and administrative expenses associated with such a purpose. The Lease Violation Fee is not prorated. In addition, you will be listed on our Blanket Renter Protection Policy and will not receive a copy of the policy, as you are not the policy holder. We may continue to charge you for such insurance coverage until such time as you provide proof of insurance pursuant to paragraph 6.

8. **Miscellaneous.** Except as specifically stated in this Addendum, all other terms and conditions of the Lease Contract shall remain unchanged. In the event of any conflict between the terms of this Addendum and the terms of the Lease Contract, the terms of this Addendum shall control.

**IMPORTANT DISCLOSURES – READ CAREFULLY BEFORE SIGNING**

1. The insurance required by the Lease Contract is not required by any law. Your obligation to provide insurance stems solely from the Lease Contract.
2. The insurance required by the Lease is not an attempt to limit the Owner's liability for its own negligence or your liability for your own negligence.
3. Owner may be receiving remuneration from insurance companies where permitted by law. CAS Insurance Agency, a licensed affiliate of the property manager, may also receive compensation on policies issued by some insurance companies for administrative or marketing support.
4. The insurance required by the Lease Contract is not in lieu of, or in any way a component of, the security deposit required by the Lease Contract.
5. You understand that every term of the agreement between you and the Owner is set forth in the Lease Contract, any addenda thereto, and in the Rules and Regulations which collectively constitute the entire agreement between you and the Owner. There are no other terms except those which may be implied by law.
6. You agree that you have not received any oral representations from Owner or any representative of Owner which are inconsistent with or not contained in the Lease Contract, the addenda attached to the Lease Contract, or in the Rules and Regulations. If you have received any such oral representations, you agree that you did not rely on them to decide to enter in the Lease Contract or this Addendum.



# GREYSTAR®

**Resident or Residents**
*[All residents must sign here]*

**Owner or Owner's Representative**
*[sign here]*

**Date of Lease Contract**



| | Mailing Address: | **Confirmation** |
|---|---|---|
| **eRenterPlan** INSURANCE FOR APARTMENT RESIDENTS | P.O. Box 17478, Irvine, CA 92623-7478<br>Customer Service: 1-888-205-8118<br>M-F 6:30am PST to 5:30pm PST | Notice Date:  6/27/2016 |

Interested Party: Central Parkway

76405690

| Name and Address of Insured: | Additional Insured(s): |
|---|---|
| LAURA FRECHETTE<br>586 CALIBRE CREST PKWY Apt 103<br>ALTAMONTE SPRINGS FL 32714 | Any new resident must be added to the policy in order to be eligible for coverage. Residents can be added or removed by logging onto http://www.eRenterPlan.com |

| Mailing Address: | Policyholder Contact Information: |
|---|---|
| 586 CALIBRE CREST PKWY,APT 103<br><br>ALTAMONTE FL 32714 | Telephone #:  (401)-835-3101<br>Email Address: runningwolf127@aol.com |

**Policy Summary:**

| Policy Number: | ~~(redacted)~~ |
|---|---|
| Effective Date: | 06/28/2016 12:01 AM CST |

| Coverage | Limit |
|---|---|
| Personal Property Coverage | $20,000 |
| Additional Living Expenses | |
| Personal Liability Coverage | $100,000 |
| Medical Payments to Others | $1,000 |
| Deductible: | $250 |

**Insurance Company:**

| Insurance Company: | American Modern Insurance Company of Florida Inc. |
|---|---|
| Claims (Toll Free): | 1-800-375-2075 |
| NAIC#: | 12314 |
| Agent: | LeasingDesk Insurance Services |
| Lic#: | A140179 |

**Optional Coverages:**
Hurricane Deductible Change to $500

**Premium Installments:**
Your credit/debit card will be debited Monthly for your period premium installments. The debit will occur on or about the following dates :  07/13/2016, 08/13/2016, 09/13/2016, 10/13/2016, 11/13/2016, 12/13/2016, 01/13/2017, 02/13/2017, 03/13/2017, 04/13/2017, 05/13/2017, 06/13/2017

**Important Information**

**Insuring Agreement:**
Your complete policy will be mailed to you via U.S. Mail within 15 days. The policy is your contract for insurance, not the Insurance Election Form or this Confirmation of Insurance. Please review all information closely for accuracy when received. The information given here is only a summary of coverage to be provided to you by this policy.

**Policy Cancellation:**
Your policy will NOT automatically terminate when you move-out. You must inform us of your cancellation in writing to avoid any further premium being billed to you or deducted from your account. You may also cancel your policy on-line at http://www.eRenterPlan.com.

**Notice of Cancellation:**
Your leasing office or apartment community manager may be notified of any notice of cancellation or non-renewal of your policy.

**Premium Installment Charges:**
If you have chosen to have your periodic premium installment payments debited from your bank account or credit card, please note that these periodic installments will be charged to your account roughly 7 to 14 days prior to your installment due date. This is for your protection and allows us sufficient time to notify you in writing in the event your account is closed or your credit card is declined by your issuing bank.

Revised 09/2005
Printed: 6/27/2016

Form: COI-001



## CRIME/DRUG FREE HOUSING ADDENDUM

1. **Dwelling Unit Description.** Unit. No. __86-103__,
   __586 Calibre Crest Parkway #103__ _(street address)_
   in _____Altamonte Springs_____ _(city)_,
   Florida, _____32714_____ _(zip code)_.

2. **Lease Contract Description.**
   Lease Contract date: __June 28, 2016__
   Owner's name: __BEL Calibre Holdings, LLC__

   Residents _(list all residents)_: __Laura Frechette__

3. **ADDENDUM APPLICABILITY.** In the event any provision in this Addendum is inconsistent with any provision(s) contained in other portions of, or attachments to, the above-mentioned Lease Contract, then the provisions of this Addendum shall control. For purposes of this Addendum, the term "Premises" shall include the dwelling unit, all common areas, all other dwelling units on the property or any common areas or other dwelling units on or about other property owned by or managed by the Owner. The parties hereby amend and supplement the Lease Contract as follows:

4. **CRIME/DRUG FREE HOUSING.** Resident, members of the Resident's household, Resident's guests, and all other persons affiliated with the Resident:

   A. Shall not engage in any illegal or criminal activity on or about the premises. The phrase, "illegal or criminal activity" shall include, but is not limited to, the following:

      1. Engaging in any act intended to facilitate any type of criminal activity.

      2. Permitting the Premises to be used for, or facilitating any type of criminal activity or drug related activity, regardless of whether the individual engaging in such activity is a member of the household, or a guest.

      3. The unlawful manufacturing, selling, using, storing, keeping, purchasing or giving of an illegal or controlled substance or paraphernalia as defined in city, county, state or federal laws, including but not

limited to the State of Florida and/or the Federal Controlled Substances Act.

   4. Violation of any federal drug laws governing the use, possession, sale, manufacturing and distribution of marijuana, regardless of state or local laws. (So long as the use, possession, sale, manufacturing and distribution of marijuana remains a violation of federal law, violation of any such federal law shall constitute a material violation of this rental agreement.)

   5. Engaging in, or allowing, any behavior that is associated with drug activity, including but not limited to having excessive vehicle or foot traffic associated with his or her unit.

   6. Any breach of the Lease Contract that otherwise jeopardizes the health, safety, and welfare of the Owner, Owner's agents, or other Residents, or involving imminent, actual or substantial property damage.

   7. Engaging in or committing any act that would be a violation of the Owner's screening criteria for criminal conduct or which would have provided Owner with a basis for denying Resident's application due to criminal conduct.

   8. Engaging in any activity that constitutes waste, nuisance, or unlawful use.

   B. YOU AGREE THAT ANY VIOLATION OF THE ABOVE PROVISIONS CONSTITUTES A MATERIAL VIOLATION OF THE PARTIES' LEASE CONTRACT AND GOOD CAUSE FOR TERMINATION OF TENANCY. A single violation of any of the provisions of this Addendum shall be deemed a serious violation, and a material default, of the parties' Lease Contract. It is understood that a single violation shall be good cause for termination of the Lease Contract. Notwithstanding the foregoing comments, Owner may terminate Resident's tenancy for any lawful reason, and by any lawful method, with or without good cause.

5. **CRIMINAL CONVICTION NOT REQUIRED.** Unless otherwise provided by law, proof of violation of any criminal law shall not require a criminal conviction.

**Resident or Residents** _(sign here)_

_/s/ Laura Frechette_

**Date of Signing Addendum**

6/26/16

**Owner or Owner's Representative** _(signs here)_

_/s/ Amber Burell_

**Date of Signing Addendum**

7/20/16

0628201608710 1FL13012350

© 2015, National Apartment Association, Inc. - 5/2015, Florida

Laura Frechette





## WASHER DRYER ADDENDUM

This is an Addendum to the Lease dated <u>06/28/2016</u> (the "Lease"), by and between «Owner (hereinafter "Owner") of the Apartment Community known as <u>Central Parkway</u> and Laura Frechette, , , , collectively hereinafter "Resident"), for the premises known as <u>586 Calibre Crest Parkway #103, 86-103, Altamonte Springs, FL, 32714 County of , State of FL</u> ("Premises").

*Mark Yes or No Below for Supplied Equipment*

**Yes Community Supplied Equipment**

Owner agrees to lease to Resident a washer and dryer for the sum of $ <u>35.00</u> per month, beginning on June 28, 2016 and expiring concurrently with the above referenced Lease, including any month-to-month periods. Resident agrees to pay Owner $ per month to lease the washer and dryer. Resident shall pay the monthly rental amount in advance, as additional rent, at the beginning of each month.

The WASHER SERIAL # IS and the DRYER SERIAL # IS . The washer/dryer set will hereinafter collectively be referred to as the "equipment". Resident acknowledges that the equipment is for Resident's use and in consideration of Resident's agreement to pay washer and dryer rent. Owner is the owner of the equipment, and Resident shall not remove the equipment from the Premises.

Resident agrees to allow Owner's agents access to the Premises and the equipment for the purpose of delivery, repair, maintenance, replacement or removal of equipment. Resident agrees to make any necessary preparations, including clearing a path to the laundry closet and securing all pets.

Once the equipment is installed and prior to Resident's first use, Owner's onsite agent must come into Resident's apartment to verify that there are no leaks. Such an inspection does not create any liability on Owner's party. Resident is responsible for any damage caused by a leaking washer, and will be billed by Owner for such damage. Owner is not liable for any damage caused by the equipment. Resident agrees to waive any and all claims, liabilities and actions of whatever nature Resident may ever have against Owner and Owner's agents for the delivery, repair, maintenance or removal of equipment. Resident agrees to indemnify Owner and Owner's agents for any and all damages of whatever nature or kind arising from Resident's willful or negligent misuse of the equipment.

Resident agrees to use the equipment for normal household purposes, to use diligence in using the equipment, and to take proper care of the equipment. Resident is liable to Owner for all damages to the equipment beyond normal wear and tear including, but not limited to, scratches, dents, dings and costs for mechanical repairs. During occupancy, Resident must pay Owner all damages to the equipment upon demand. Owner will deduct damages to the equipment from Resident's security deposit upon move-out. If Resident removes the equipment from the Premises, Resident shall pay Owner $800 or the actual cost of the equipment whichever is greater.

If any monthly rent is not paid on or before the due date Central Parkway reserves the right to remove the equipment without prior notice.

Resident agrees that sums and charges owed under this Addendum are additional rent. Violation of this Addendum including, but not limited to, Resident's failure to pay monthly equipment rent is a breach of the Lease, and Owner shall have all remedies including eviction. In addition, upon Resident's failure to pay equipment rent, Owner shall have the right to remove the equipment without notice.

Resident shall remain liable for all amounts under this Addendum until Resident vacates, including holding over or month-to-month periods, and all provisions of this Addendum will remain in effect during such periods.



**No  Resident Supplied Equipment**

Resident has permission from Owner to install and use a washer/dryer set ("equipment") in the Premises.

If Resident's equipment leaks or floods, it may cause a lot of problems and a lot of damage to the Premises and other adjoining units, as well as damage to Resident's personal property and personal property of residents in other units. For these reasons, Resident's right to install and use the equipment is subject to the following conditions and Resident agrees to these conditions:

1. Resident agrees to be especially careful in Resident's selection of equipment and in its installation, maintenance and use. Please remember that Owner does not select, install or maintain Resident equipment. Resident and Resident's occupants and guests must follow the manufacturer's instructions for the equipment installation, maintenance and use. Owner strongly recommends that Resident have the equipment professionally installed.

2. Upon installation of the equipment, Resident must use new hoses. Bursting or leaking hoses are the most common cause of water damage. Stainless braided water hoses are recommended.

3. Once the equipment is installed and prior to Resident's first use, Owner's onsite agent must come into Resident's apartment to verify that there are no leaks. Such inspection does create any liability on Owner and does not release Resident from liability in the event of damage from Resident's equipment.

4. Resident agrees to assume strict liability for all damages to the Premises and to other units and to personal property in the Premises and other units caused by the equipment, including but not limited to leaks and floods, and will be billed by Owner for such damage. Owner is not liable for any damage caused by the equipment and Owner's insurance will not cover such damages. Resident agrees to indemnify Owner and Owner's agents for any and all damages of whatever nature or kind arising from Resident's equipment. Resident must carry renter's insurance until Resident vacates the Premises. Resident's policy must provide insurance coverage for damage to Resident's personal property from accidental water discharge. It must also provide coverage for any potential liability due to the equipment damaging, including but not limited to, the Premises, other units and personal property of others.

**Resident(s) Signature(s)**                              *(18 years of age and over)*

_____            Date: _6/28/16_

_____            Date: _____

_____            Date: _____

_____            Date: _____

Apartment Number: _86-103_

Owner's Representative Signature:

_____

Title: ___ACM___        Date: _7/20/16_

EXHIBIT 2

# NOTICE OF INTENTION TO IMPOSE CLAIM

Forwarding Address:

| | |
|---|---|
| Laura Frechette | |
| 586 Calibre Cest Pkwy # 103 | 4170 Taggart Cay S Apt 202 |
| Altamonte Springs, FL 32714 | Sarasota, FL 34233 |

This is notice of Landlord's intention to impose a claim for damages as indicated below.  It is sent to you as required by Section 83.49(3), Florida Statues.  You are hereby notified that you must object in writing within 30 days from the time you receive this notice.  Your objection must be sent to the Landlord at the address shown below.

| Summary of Outstanding Rent, Fees, and Damages | |
|---|---|
| Rent | $15.49 |
| Damages | |
| Cleaning Fees | |
| Late Fees | |
| Legal Fees | |
| NSF Fees | |
| Concession Repayment | |
| Unreturned Keys | |
| Unreturned Gate Cards / Access Cards | |
| Utility Reimbursement | $95.14 |
| Accelerated Rent / Termination Fee | $1,679.16 |
| Total Balance Due | $1,789.79 |

Central Parkway Apartment Homes
599 Calibre Crest Pkwy
Altamonte Springs, FL 32714

(407) 862 - 5990

Sent Certified Mail #70170530000104764308 on 8/4/17 by: Frances Figueroa

Revised on:  April 9, 2006

EXHIBIT 5.

DEPT 855   3400715618051
PO BOX 4115
CONCORD CA  94524

**National Credit Systems, Inc**
P.O. Box 312125 Atlanta, GA 31131-2125
Phone: (404) 629-2728
Toll Free: (800) 459-1539

ADDRESS SERVICE REQUESTED

LAURA LEE FRECHETTE
4170 TAGGART CAY S APT 202
SARASOTA FL 34233-4825

---

Current Creditor: SURE DEPOSIT / CENTRAL PARKWAY APTS / 4207263                 May 15, 2018
Account #:            3049
Balance:  $500.00

Dear LAURA LEE FRECHETTE,

It is imperative that you give this matter your prompt attention.

The above referenced account has been placed with this office for collection.  National Credit Systems, Inc. has been authorized to recover this debt by way of credit bureau reporting (following this initial 30 day validation period) as well as other remedies available under the law.  It is our intention to pursue this debt until resolved.

However, if you contact our office, we will work with you to satisfy this debt in a friendly manner.  Your representative will review and explain all charges assessed, consider your individual circumstances, and assist you in resolving this matter.  Please be assured that you may still avoid the aforementioned consequences.

You may also wish to visit our user-friendly website at www.nationalcreditsystems.com to:
1.  Watch helpful videos.
2.  Make payment on your account.
3.  Explore links for assistance with your personal finances.

We encourage you to take advantage of this opportunity, so we may settle this debt amicably.

Sincerely,

House Collector
Collection Representative
Direct Line: 404-629-2728 or  800-459-1539

Use QR code to gain
immediate access for payment.
www.nationalcreditsystems.com

**Required Statutory Notice:** Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.                                    ATL13-0514-1033846803-00367-367

**EXHIBIT. 4 .**

DEPT 855    3400715518053
PO BOX 4115
CONCORD CA  94524

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

**National Credit Systems, Inc**

P.O. Box 312125 Atlanta, GA 31131-2125

Phone: (404) 629-2728

Toll Free: (800) 459-1539

ADDRESS SERVICE REQUESTED

|||||||||||||||||||||||||||||||||||||||||||||||||||||

LAURA LEE FRECHETTE
4170 TAGGART CAY S APT 202
SARASOTA FL 34233-4825

---

Current Creditor:  CENTRAL PARKWAY APTS / 586-103                   May 15, 2018
Account #:  ●●●●9018
Balance:  $1289.79

Dear LAURA LEE FRECHETTE,

It is imperative that you give this matter your prompt attention.

The above referenced account has been placed with this office for collection.  National Credit Systems, Inc. has been authorized to recover this debt by way of credit bureau reporting (following this initial 30 day validation period) as well as other remedies available under the law.  It is our intention to pursue this debt until resolved.

However, if you contact our office, we will work with you to satisfy this debt in a friendly manner.  Your representative will review and explain all charges assessed, consider your individual circumstances, and assist you in resolving this matter.  Please be assured that you may still avoid the aforementioned consequences.

You may also wish to visit our user-friendly website at www.nationalcreditsystems.com to:
  1.  Watch helpful videos.
  2.  Make payment on your account.
  3.  Explore links for assistance with your personal finances.

We encourage you to take advantage of this opportunity, so we may settle this debt amicably.

Sincerely,

House Collector
Collection Representative
Direct Line: 404-629-2728 or  800-459-1539

Use QR code to gain immediate access for payment.
www.nationalcreditsystems.com

**Required Statutory Notice:** Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.

ATL13-0514-1003846802-00388-388

EXHIBIT 5

DEPT 855    4608734818010
PO BOX 4115
CONCORD CA 94524

**National Credit Systems, Inc**

P.O. Box 312125 Atlanta, GA 31131-2125

Phone: (404) 629-2728

Toll Free: (800) 459-1539

ADDRESS SERVICE REQUESTED

LAURA FRECHETTE
4170 TAGGART CAY S APT 202
SARASOTA FL 34233-4825



Use QR code to gain
immediate access for payment.
www.nationalcreditsystems.com

January 8, 2018

Current Creditor: CENTRAL PARKWAY APTS / 86-103
Account #: 2677
Balance: $1789.79

Dear LAURA FRECHETTE,

Your refusal to make suitable arrangements to satisfy the above referenced debt has resulted in your account being reviewed for additional recovery options available to our client in your state. Our company has already reported this account to all three national credit bureaus, which is likely affecting your ability to obtain credit, rent, or secure favorable interest rates.

If voluntary payment of this account is not made, we may recommend that our client proceed with additional collection remedies available to them under the law.  If our client initiates a lawsuit and obtains a court judgment against you, they may pursue their lawful recovery options, which may include any or all of the following, based upon legal procedures allowed in your state:

1. Garnishment of wages (states excluded: NC, SC, PA, TX).
2. Liens placed on property including: Automobiles, Real estate, or Other real property
3. Seizure & auction of personal property

To avoid further costly collection activity, it is imperative you contact me immediately.

Otherwise, you may submit payment for this account through our website (www.nationalcreditsystems.com), by mail, or with our office over the phone.

Sincerely,
JIM BEACHUM
Collection Representative
404-592-0227 or  800-440-5043

Please direct all correspondence to:
NATIONAL CREDIT SYSTEMS, INC., PO Box 312125, Atlanta, GA 31131-2125

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

ATL30-0108-866394818-04409-4409